SEND

FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JUSTIN BUNNELL, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-1093 AHM (JCx)<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Ownership of stock in a named plaintiff.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

2-24-06
Date

_____
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___J. Spencer Letts___. On all documents subsequently filed in this case, please substitute the initials ___JSL___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 06-1093 JSL (JCx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM 3/2/06

Dockets.Justia.co