Columbia Pictures Industries Inc v. Bunnell                                                                                               Doc. 14

ORIGINAL



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| COLUMBIA PICTURES, Et al<br><br>PLAINTIFF(S)<br><br>V.<br><br>JUSTIN BUNNELL, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-1093-JSL (JCx)<br><br>ORDER RETURNING CASE<br>FOR REASSIGNMENT |
|---|---|

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: __April 7, 2006__      __J. SPENCER LETTS__
                              Senior United States District Judge

### NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge ___Florence-Marie Cooper___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___FMC___ after the case number in place of the initials of the prior judge so that the case number will read ___CV 06-1093 FMC (JCx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

CV-89 (02/98)                 ORDER RETURNING CASE FOR REASSIGNMENT

ENTERED ON CM __4/11/06__

Dockets.Justia.co