P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1093 FMC(JCx) | Date | April 17, 2006 |
|---|---|---|---|
| Title | COLUMBIA PICTURES, et al. v. JUSTIN BUNNELL, et al. | | |

Present: The Honorable   **FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not present                                              Not present

**Proceedings:**   TRANSFER OF CASE TO JUDGE COOPER   (In Chambers)

This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.

Please substitute the initials FMC in place of the initials <u>VAP</u>. The case number will now read: <u>**CV 06-1093 FMC(JCx)**</u>. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750. **Additional information about Judge Cooper's procedures can be found on her website profile at www.cacd.uscourts.gov.** The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. *If you wish to appear by telephone, you must:*

(i) notify the clerk at least two days in advance of **each appearance date**
(ii) provide the clerk with the telephone number at which the Court can reach you (land lines, only; no cellular phones)
(iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

<u>**XX**</u>   <u>The Court hereby resets the Defendant's Motion to Dismiss (docket # 11) on **May 15, 2006** at 10:00 a.m.</u>





Initials of Preparer   AM    : N/A

---

CV-90 (06/04)                    CIVIL MINUTES - GENERAL                    Page 1 of 1

Dockets.Justia.co