Name and address
Katherine A. Fallow
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Columbia Pictures Industries, Inc., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 06-1093 AHM (JCX) |
| v. | |
| Justin Bunnell, Forrest Parker, Wes Parker, Valence Media, LLC, and Does 1-10 | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of _____Katherine A. Fallow_____,
                                                                      *Applicant's Name*

of _____Jenner & Block LLP_____ for permission to appear and participate in the above-entitled
      *Firm Name*

action on behalf of ☑ Plaintiff  ☐ Defendant  _____Columbia Pictures Industries, Inc. et al._____

and the designation of _____Karen R. Thorland_____ of _____Loeb & Loeb LLP_____
                        *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  4-17-06

_____
U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Dockets.Justia.com