Steven B. Fabrizio
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6040
Facsimile: 202-661-4823
sfabrizio@jenner.com

**ORIGINAL**

COPY

FILED CLERK, U.S. DISTRICT COURT
APR 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Columbia Pictures Industries, Inc., et al.

Plaintiff(s)

v.

Justin Bunnell, et al.

Defendant(s).

CASE NUMBER:
06-01093 FMC (JCx)

"BY FAX"

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

LODGED
2006 APR 13 PH 3:33
CLERK U.S DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

The Court, having reviewed the accompanying Application of <u>Steven B. Fabrizio</u>
                                                                            *Applicant's Name*

of <u>Jenner & Block LLP</u> for permission to appear and participate in the above-entitled
   *Firm Name*

action on behalf of ☒ Plaintiff ☐ Defendant <u>Columbia Pictures Industries, et al.</u>

and the designation of <u>Karen R. Thorland</u> of <u>Loeb & Loeb LLP</u>
                        *Local Counsel Designee*         *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  APR 17 2006

_____
_Florence-Marie Cooper_
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
APR 17 2006
19

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 13, 2006, I served a true copy of the **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this cause by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 224
Novato, CA 94949

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2006, at Los Angeles, California.

*/s/ Vicki S. Henderson*
Vicki S. Henderson

LA1531424.1