# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Cooper__

From: __M. Martinez__, Deputy Clerk   Date Received: __5/24/06__

Case No.: __CV 06-1093__   Case Title: __Columbia Pictures Ind Inc v Justin Bunnell__

Document Entitled: __(1) Crossclaim (2) Summons on Crossclaim__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
- ☒ Other: __Claim is against a new party — Should be a 3rd Party Complaint__

FILED CLERK, U.S DISTRICT COURT
MAY 25 2006
CENTRAL DISTRICT OF CALIFORNIA

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

MAY 26 2006

_____
Date                                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

__5/25/06__                                   __/s/ Florence-Marie Cooper__
Date                                          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---