Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1093 FMC(JCx) | Date | July 24, 2006 |
|---|---|---|---|
| Title | COLUMBIA PICTURES INDUSTRIES, INC., et al. v. JUSTIN BUNNELL, et al. | | |

Present: The Honorable   FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
    Katherine Fallow  
    Steven B. Fabrizio  
    Karen R. Thorland

Attorneys Present for Defendants:  
    Ira P. Rothken

**Proceedings:**     SCHEDULING CONFERENCE      (In Chambers)

The conference is held. The Court's trial order will issue.



Initials of Preparer   AM

: 20