P Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 06-1093 FMC(JCx)                                Date  January 22, 2007

Title  COLUMBIA PICTURES INDUSTRIES, INC., et al. v. JUSTIN BUNNELL, et al.

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not present                                                           Not present

**Proceedings:**     ORDER MODIFYING TRIAL ORDER     (In Chambers)

The Court hereby modifies its July 25, 2006, Order for Jury Trial (docket no. 33) as follows:
1. Cut-Off Date for Joining Parties or Amending Pleadings: April 23, 2007.
2. Discovery Cut-Off Date: May 4, 2007.
3. Expert Discovery Cut-Off: June 11, 2007.
4. Cut-Off Date for Hearing Motions: August 20, 2007.
5. Final Pre-Trial Conference: October 22, 2006, at 9:30 a.m.
6. Trial Date: December 4, 2007, at 9:00 a.m.

If the parties desire to so modify the scheduling order in the related case, Bunnell v. Motion Picture Ass'n of Am., CV 06-3206 FMC (RZx), they may make a separate request demonstrating good cause pursuant to Federal Rule of Civil Procedure 16(b)(6) or provide the Court with a stipulation and order to that effect.



DOCKETED ON CM
JAN 22 2007
BY _____ 085

                                                                                    : N/A
                                                  Initials of Preparer  AM