ORIGINAL

Columbia Pictures Industries Inc v. Bunnell                                                                    Doc. 55

CHAMBERS COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U.S. DISTRICT COURT

JAN 22 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge _____ Chooljian _____

From: _Terry R. Baker_, Deputy Clerk     Date Received: 01/18/2007

Case No.: CV 06-1093 FMC (JCx)   Case Title: Columbia Pictures, et al -v- Bunnell

Document Entitled: Notice of Motion to Compel; Joint stipulation; et al supplemental declaration of Duane C. Pozza; proposed order

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 11-3.1 | Document not legible | |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone and facsimile numbers | |
| ☐ Local Rule 11-4.1 | No copy provided for judge | Priority |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties | Send ✓ |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | Enter |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | Closed |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | JS-5/JS-6 |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | JS-2/JS-3 |
| ☐ Local Rule 6.1 | Written notice of motion lacking or timeliness of notice incorrect | Scan Only |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine issues of material fact lacking | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☐ Local Rule 16-6 | Pretrial conference order not signed by all counsel | |
| ☐ FRCvP Rule 5(d) | No proof of service attached to document(s) | |
| ☒ Other: | Joint stipulation is not signed by | |

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

the attorneys for the defendants.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. ~~Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.~~

1/22/07
_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

JACQUELINE CHOOLJIAN

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

DOCKETED ON CM

_____
Date                          _____
U.S. District Judge / U.S. Magistrate Judge     JAN 23 2007

BY _____ 007

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

G20 U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

Dockets.Justia.com