# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 06-1093 FMC(JCx) |
| Date | February 5, 2007 |
| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. |

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Nancy Hackney | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

none                                        none

**Proceedings:**    (IN CHAMBERS)

**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL DOCUMENTS/DECLARATIONS IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL**

On February 23, 2006, plaintiffs filed a complaint against defendants for copyright infringement. Plaintiffs allege, inter alia, that defendants knowingly enable, encourage, induce, and profit from massive online piracy of plaintiffs' copyrighted works through the operation of defendants' internet website. Defendants filed an Answer on May 24, 2006.

On January 18, 2007, plaintiffs filed a "Joint Stipulation Regarding Motion to Compel Document Production and Supplemental Responses to Plaintiffs' First Set of Interrogatories" ("Plaintiffs' Motion") and a supplemental declaration. On January 23, 2007, plaintiffs filed another supplemental declaration. On January 30, 2007, plaintiffs filed a supplemental memorandum in support of Plaintiffs' Motion ("plaintiffs' memo"). On January 31, 2007, defendants filed a supplemental memorandum in opposition to Plaintiffs' Motion (defendants' memo") and a declaration.

Plaintiffs' Motion takes issue, inter alia, with defendants' responses to (i) Plaintiffs' First Request for Production of Documents ("plaintiffs' document request"); and (ii) Plaintiffs' First Set of Interrogatories ("plaintiffs' interrogatories"). However, neither party has seen fit to provide the Court with copies of such responses.

Defendants' memo contends that Plaintiffs' Motion is moot because defendants have produced and supplemented their production of documents responsive to plaintiffs' document request and have provided and supplemented responses to plaintiffs' interrogatories. The Court cannot discern from the parties' filings whether discovery responses currently remain outstanding.



Columbia Pictures Industries Inc v. Bunnell    Doc. 71

Dockets.Justia.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-1093 FMC(JCx) | Date | February 5, 2007 |
| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. | | |

IT IS THEREFORE ORDERED:

1. **By no later than 10:30 a.m. on Thursday, February 8, 2007**, plaintiffs shall:

    a) Files copies of defendants' response(s) to plaintiffs' document request and defendants' response(s) to plaintiffs' interrogatories;

    b) File a declaration (i) authenticating the above-referenced documents; (ii) stating the date(s) on which each such response was provided; and (iii) **identifying by reference to specific numbered document requests/interrogatories**, those requests/interrogatories to which responses remain outstanding and those requests/interrogatories to which full responses have now been provided. In essence, this declaration should identify what discovery requested by plaintiffs' document request and plaintiffs' interrogatories, if any, remains to be compelled.

    c) Serve copies of the above-referenced filings on defendants' counsel personally or via facsimile or e-mail.

    d) Deliver courtesy copies of the above-referenced filings to the Court's chambers located at Room 339 in the United States Courthouse, 312 North Spring Street, Los Angeles, California.

2. **By no later than 10:30 a.m. on Thursday, February 8, 2007**, defendants shall:

    a) File a declaration **identifying by reference to specific numbered document requests/interrogatories**, those requests/interrogatories to which responses remain outstanding and those requests/interrogatories to which full responses have now been provided. The declaration shall also indicate whether any objections that were interposed by defendants in their responses remain in issue. If any such objections remain in issue, the declaration shall identify such outstanding objections by reference to the specific numbered documents requests/interrogatories to which such objections pertain.

    b) Serve copies of the above-referenced filings on plaintiffs' counsel personally or via facsimile or e-mail.

    c) Deliver courtesy copies of the above-referenced filing to the Court's chambers located at Room 339 in the United States Courthouse, 312 North Spring Street, Los Angeles, California.

IT IS SO ORDERED.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD IN THIS ACTION ON THIS DATE.

DATE: 2-5-07

N. Hackney

DEPUTY CLERK

Initials of Deputy Clerk    nhac