Columbia Pictures Industries Inc v. Bunnell                                                                 Doc. 9

P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-1093 FMC(JCx) | Date | March 19, 2007 |
|---|---|---|---|

| Title | COLUMBIA PICTURES INDUSTRIES, INC., et al. v. JUSTIN BUNNELL, et al. |
|---|---|

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not present                                  Not present

**Proceedings:**   ORDER CONTINUING HEARING DATE OF DEFENDANTS' MOTION FOR REVIEW (docket #'s 90 & 93)   (In Chambers)

The Court, on its own motion, hereby continues for hearing the above-referenced motion(s) from March 23, 2007 to **April 16, 2007 at 10:00 a.m.**  The briefing schedule is not changed by this order; briefs will be due on the dates previously set.

Initials of Preparer   AM   : N/A


