Priority  Send ✓  Enter  Closed  JS-5/JS-6  JS-2/JS-3  Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1093 FMC(JCx) | Date | March 28, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. |
|---|---|

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

              none                                          none

**Proceedings:**      (IN CHAMBERS)

**ORDER DIRECTING PARTIES TO ADVISE COURT OF POSITION REGARDING PRESENCE OF "TECHNICAL" DECLARANTS AT APRIL 3, 2007 HEARING**

Pending before the court and noticed for hearing on April 3, 2007 at 9:30 a.m. is plaintiffs' motion for an order requiring, inter alia, defendants to preserve and produce certain server log data. Plaintiffs and defendants have both submitted declarations from individuals with technical expertise in connection with this motion. The court is considering whether to require such "technical declarants" to be present at the hearing and/or available for limited cross-examination by opposing counsel solely on the issues relevant to the dispute currently before the court, and wishes to ascertain the parties' position on this issue, and whether such declarants are available to attend the hearing.

IT IS THEREFORE ORDERED:

1.      The parties shall file and serve via facsimile or e-mail, a **brief** (no more than two-page) statement or declaration regarding their position on the aforementioned issue and the availability of the technical declarants. A courtesy copy of such statement or declaration should be e-mailed to the court's chambers at jcchambers@cacd.uscourts.gov by no later than **Friday, March 30, 2007, at 12:00 p.m.** The court anticipates that the clerk will provide telephonic notice to the parties by 5:00 p.m. on that date as to whether such technical declarants will be required to be present at the hearing. As a courtesy to the technical declarants, the parties are directed forthwith to notify the declarants that their presence may be required at the April 3, 2007 hearing.

IT IS SO ORDERED.

DOCKETED ON CM     MAR 28 2007

Initials of Deputy Clerk   kc

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|