LOEB & LOEB LLP
KAREN R. THORLAND (State Bar No. 172092)
Email: kthorland@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

**ORIGINAL**

FILED
CLERK, U S DISTRICT COURT

APR - 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES INDUSTRIES, INC. et al.
                                    Plaintiff(s)
                v.

JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,
                                    Defendant(s).

CASE NUMBER
CV 06-1039 FMC (JCx)
06-1093

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of **Gianni P. Servodidio**
*Applicant's Name*

of **Jenner & Block LLP** for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff   ☐ Defendant **Columbia Pictures Industries, Inc., et al.**

and the designation of **Karen R. Thorland** of **Loeb & Loeb LLP**
*Local Counsel Designee*                       *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated **APR - 4 2007**

_____
U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 2, 2007, I served a true copy of the **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the parties in this cause by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list. I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

| | |
|---|---|
| Ira P. Rothken<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949 | Kirk J. Retz, Esq.<br>Retz & Hopkins LLP<br>21535 Hawthorne Boulevard, Suite 200<br>Torrance, CA 90503 |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2007, at Los Angeles, California.

_____
Vicki S. Henderson

LA1531424.1
203351-10010