```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         APR - 6 2007

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

Request issued

```
         LODGED
    CLERK, U.S. DISTRICT COURT

         APR - 5 2007

    CENTRAL DISTRICT OF CALIFORNIA
    BY                    DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, AND UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br><br>    Defendants | Case No.: CV 06-1093 FMC (JCx)<br><br>[PROPOSED] ORDER REGARDING JOINT APPLICATION FOR ORDER ISSUING LETTER ROGATORY TO OBTAIN EVIDENCE IN FOREIGN COUNTRY (CANADA) |

```
DOCKETED ON CM

  APR 11 2007

BY            005
```

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Joint Application for Order Issuing Letter Rogatory To Obtain Evidence in Foreign Country (Canada), which came on for hearing in the above-entitled actions, is hereby GRANTED.

1

[PROPOSED] ORDER

113

The Letter Rogatory/Letter of Request attached hereto as Exhibit "A" is hereby issued to the courts of Canada.

IT IS HEREBY ORDERED.

Dated: 4/6/07

Hon. Jacqueline Chooljian
United States Magistrate Judge

PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Los Angeles, and not a party to the within action; my business address is 21535 Hawthorne Blvd., #200, Torrance, California 90503.

On April 5, 2007, I served the within:

[PROPOSED] ORDER REGARDING JOINT APPLICATION FOR ORDER ISSUING LETTER ROGATORY TO OBTAIN EVIDENCE IN FOREIGN COUNTRY (CANADA)

By FEDERAL EXPRESS by placing a copy in a sealed envelope, postage prepaid and depositing in a FEDERAL EXPRESS SERVICE BOX addressed as follows:

**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
310-282-2000
Email: kthorland@loeb.com

**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
601 Thirteenth Street NW, Suite 1200 South
Washington, DC 20005
202-639-6000
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
818-995-6600

**Ira P. Rothken**
Rothken Law Offices
Three Hamilton Landing, Suite 224
Novato, CA 94949
(415) 924-4250; (415) 924-2905 fax
cdcal@techfirm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 5, 2007.

_Sandie Guidinger_
Sandie Guidinger

PROOF OF SERVICE
Justin Bunnell, *et al.* v. Motion Picture Assoc. of America
U.S. Dist. Ct., Central Dist Cal., No CV06-3206 FMC (JCx)
-1-