Columbia Pictures Industries Inc v. Bunnell                                                                                          Doc. 114

P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  CV 06-1093 FMC(JCx)                              Date  April 12, 2007

Title   COLUMBIA PICTURES INDUSTRIES, INC., et al. v. JUSTIN BUNNELL, et al.

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not present                                                    Not present

**Proceedings:**   ORDER TAKING MOTION(S) UNDER SUBMISSION   (In Chambers)

The following motion(s) was/were set for hearing on the Court's calendar:

**Defendants' Motion for Review/Reconsideration of Certain Rulings, etc. (#90 & 93)**

The Court finds the matter(s) appropriate for submission on the papers without oral argument. See Local Rule 7.11 (the Court may dispense with oral argument on any matter unless otherwise required); FRCvP78. The matter is therefore, removed from the Court's **April 16, 2007** calendar.

                                                                        : N/A
                                    Initials of Preparer   AM



# 114

dockets.Justia.co