# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority       ✓
Send           ✓
Enter          __
Closed         __
JS-5/JS-6      __
JS-2/JS-3      __
Scan Only      __

Case No.   CV 06-1093 FMC(JCx); and      Date   April 3, 2007
           CV 06-3206 FMC(JCx)

Title   Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al.; and
        Justin Bunnell, et al. v. Motion Picture Association of America

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | Miriam V. Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Columbia Pictures Industries, Inc., et al. ("Studios") and Motion Picture Association of America ("MPAA") | Attorneys Present for Justin Bunnell, et al. ("Bunnell Parties") |
|---|---|
| Steven B. Fabrizio<br>Gianni P. Servodidio | Ira P. Rothken<br>Kirk J. Retz<br>Jared R. Smith |

**Proceedings:** (1) Status Conference in Case Nos. CV 06-1093 FMC(JCx) and CV 06-3206 FMC(JCx);[1] and (2) Hearing on Notice of Motion and Local Rule 37-1 Joint Stipulation Regarding Studios' Motion for an Order Requiring Bunnell Parties to Preserve and Produce Certain Server Log Data and for Evidentiary Sanctions in Case.No. CV 06-1093 FMC(JCx)

Case called. Counsel make their appearances.

Court advises parties of deficiencies noted by Clerk's Office with respect to the parties' Joint Application for Letter Rogatory and accompanying documents in Case Nos. CV 06-1093 FMC(JCx) and CV 06-3206 FMC(JCx). Court advises parties to correct deficiencies and to submit corrected documents directly to the Court's Deputy Clerk for filing and expeditious processing.

Court acknowledges receipt of the following documents in Case No. CV 06-3206 FMC(JCx): (1) MPAA's Notice of Ex Parte Application and Ex Parte Application for Order Compelling Production and Certification ("MPAA's Ex Parte Application"); and (2) Notice of Ex Parte Application and Ex Parte Application for Order Compelling Production by MPAA of E-Mail Documents and Continuance of Discovery Cut-off, Motion Cut-off and Trial Dates" ("Bunnell Parties' Ex Parte Application") (collectively "Ex Parte Applications"). Court notes that submission by Bunnell Parties' counsel of

---

[1] As the status of proceedings in both related cases of Columbia Pictures Industries, Inc., et al. v. Justin Bunnell, et al., No. CV 06-06-1093 FMC(JCx) and Justin Bunnell, et al. v. Motion Picture Association of America, No. CV 06-3206 FMC(JCx) were discussed, the Clerk is directed to file a copy of these minutes in both such cases. The Court Reporter is also directed to file the Reporter's Transcripts of these proceedings in both such cases.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-1093 FMC(JCx); and<br>CV 06-3206 FMC(JCx) | Date | April 3, 2007 |
| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al.; and<br>Justin Bunnell, et al. v. Motion Picture Association of America | | |

courtesy copy of Bunnell Parties' Ex Parte Application to the Court chambers' e-mail box was inappropriately accompanied by a substantive letter directed to the Court. Court cautions Bunnell Parties' counsel that such communications are prohibited by Local Rule 83-2.11. Court directs parties to file any oppositions to the Ex Parte Applications by no later than Friday, April 6, 2007, and any replies to said oppositions by no later than Tuesday, April 10, 2007. Court deems Ex Parte Applications submitted on the date on which the replies are due, and notes that Court will thereafter rule expeditiously without the need for oral argument.

The parties advise the Court that although they no longer request the appointment of a special master for all discovery purposes in both Case Nos. CV 06-1093 FMC(JCx) and CV 06-3206 FMC(JCx), they continue to request the appointment of a special master to participate in depositions including a deposition scheduled to take place in Canada on April 12, 2007. The Court directs counsel to meet and confer and to file, by no later than Friday, April 6, 2007, memoranda regarding the propriety of appointing a special master to participate in proceedings in another country.

Court holds hearing on Notice of Motion and Local Rule 37-1 Joint Stipulation Regarding Studios' Motion for an Order Requiring Bunnell Parties to Preserve and Produce Certain Server Log Data and for Evidentiary Sanctions in Case No. CV 06-1093 FMC(JCx) (the "Motion"). Witnesses Wesley Alexander Parker, Ellis Horowitz, and Justin Mark Bunnell are sworn and testify.[2] Counsel argue. The Court takes the Motion under submission.

                                                    5  :  40
                                    Initials of Preparer  kc

---

[2] See separate List of Exhibits and Witnesses.

## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV06-01093 FMC (JCx) | Title | Columbia Pictures Industries, Inc., et al. v. Justin Bunnell, et al., |
|---|---|---|---|
| Judge | Jacqueline Chooljian | | |
| Dates of Trial or Hearing | April 3, 2007 | | |
| Court Reporters or Tape No. | Miriam V. Baird | | |
| Deputy Clerks | Kimberly I. Carter | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Steven B. Fabrizio | Ira P. Rothken |
| Gianni P. Servodidio | Kirk J. Retz |
| | Jared R. Smith |
| | |
| | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Wesley Alexander Parker | Plf |
| 1 | 4/3/07 | 4/3/07 | | | | Google Privacy Policy Print-Out | |
| 2 | 4/3/07 | 4/3/07 | | | | Page from Microsoft.com (configure web-site logging) | |
| | | | A | 4/3/07 | 4/3/07 | Page from Grokster | |
| 3 | 4/3/07 | 4/3/07 | | | | Print-Out from Slyck.com | |
| | | | | | | Professor Ellis Horowitz | Plf |
| 4 | 4/3/07 | 4/3/07 | | | | Torrentspy.com (info problems downloading torrent files) | |
| | | | | | | Justin Mark Bunnell | Dft |

G-65 (03/07)  LIST OF EXHIBITS AND WITNESSES  Page 1 of 1