# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1093 FMC(JCx) | Date | April 26, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries, Inc. v. Justin Bunnell, et al. |
|---|---|

Present: The Honorable **Jacqueline Chooljian, United States Magistrate Judge**

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendant:

None                                                                   None

**Proceedings:** **ORDER RE (1) PLAINTIFFS' MOTION TO COMPEL DOCUMENT PRODUCTION AND FOR EXPENSES INCLUDING ATTORNEYS' FEES; AND (2) DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA TO MPAA**

   1.   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the court finds that Plaintiffs' Motion to Compel Document Production and for Expenses Including Attorneys' Fees is appropriate for decision without oral argument. The hearing calendared for May 1, 2007 is hereby vacated and the matter taken off calendar.

   2.   The hearing on Defendants' Motion to Compel Production of Documents Pursuant to Subpoena to MPAA, which is currently set for May 1, 2007, is continued to **May 15, 2007 at 9:30 a.m.** The parties are directed to appear in this court's courtroom on that date and at that time.

   IT IS SO ORDERED.

Initials of
Deputy Clerk            kc



DOCKETED ON CM
APR 30 2007
BY _____ 110

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|