Priority ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Columbia, | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 06-01093 FMC (JCx) |
| v. | |
| Bunnell, | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:   U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry  have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____ Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
   ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Minutes dated 05/22/07 did not receive a document control number.

Date 5/24/07

DOCKETED ON CM
MAY 24 2007
BY ___

CLERK, U.S. DISTRICT COURT
By: _____
       Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (06/05)                           NOTICE OF CLERICAL ERROR

154

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1093 FMC(JCx) | Date | May 22, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries, Inc. v. Justin Bunnell, et al. | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

None                                                    None

**Proceedings:**     (In Chambers)

**ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST**

On May 22, 2007, plaintiffs filed a "Notice of Application and Plaintiffs' Ex Parte Application for Issuance of Letter of Request" ("Plaintiffs' Ex Parte Application"). Plaintiffs' Ex Parte Application requests that the court issue a letter of request to Canada to enable plaintiffs to take the deposition of and secure the production of documents from a witness who is located there. Plaintiffs argue good cause exists because (i) the identity, importance and location of the witness has only recently been discovered; (ii) the fact discovery cut-off date in this action is August 2, 2007; and (iii) due to an alleged backlog in Ontario courts, it may take months for the court in Canada to act on the Letter of Request.

Defendants are directed to file any response to Plaintiffs' Ex Parte Application by no later than **Friday, May 25, 2007.** Defendants are further directed to provide a courtesy copy of any said response to this court's chambers (Room 339, 312 North Spring Street, Los Angeles, CA 90012) no later than **May 25, 2007 at 5:00 p.m.**

IT IS SO ORDERED.

Initials of
Deputy Clerk     kc

