Columbia Pictures Industries Inc v. Bunnell							Doc. 158

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
   sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
   kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
   dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES
INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., PARAMOUNT
PICTURES CORPORATION,
TRISTAR PICTURES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, WARNER BROS.
ENTERTAINMENT INC.,
UNIVERSAL CITY STUDIOS LLLP,
and UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP,
        Plaintiffs,
    v.
JUSTIN BUNNELL, FORREST
PARKER, WES PARKER, VALENCE
MEDIA, LLC, and DOES 1-10,
        Defendants.

) Case No. CV 06-1093 FMC (JCx)
) DISCOVERY MATTER
) The Honorable Jacqueline Chooljian
)
) [~~PROPOSED~~] ORDER
) REGARDING PLAINTIFFS'
) APPLICATION FOR FILING
) UNDER SEAL OF FURTHER
) SUPPLEMENTAL DECLARATION
) OF STEVEN B. FABRIZIO AS
) AUTHORIZED DURING MAY 15,
) 2007 HEARING
)
) IN RESPONSE TO MAY 15, 2007
) SUPPLEMENTAL JARED R.
) SMITH DECLARATION
) REGARDING DISCOVERY
) SANCTIONS

[PROPOSED] ORDER REGARDING PLS.'
APP. FOR FILING UNDER SEAL OF
FURTHER SUPP. DEC. OF STEVEN B.
FABRIZIO PER MAY 15, 2007 HEARING.

Dockets.Justia.com

1  Plaintiffs' Application for Filing Under Seal of Further Supplemental
2  Declaration of Steven B. Fabrizio as Authorized During May 15, 2007 Hearing in
3  Response to May 15, 2007 Supplemental Jared R. Smith Declaration Regarding
4  Discovery Sanctions, having come before the Court, the Court has considered the
5  application and the documents proposed to be filed under seal. Based on the
6  foregoing, for good cause shown, and pursuant to the Protective Order entered in
7  this case,

8  IT IS HEREBY ORDERED THAT the Further Supplemental Declaration of
9  Steven B. Fabrizio as Authorized During May 15, 2007 Hearing in Response to May
10 15, 2007 Supplemental Jared R. Smith Declaration Regarding Discovery Sanctions
11 is hereby filed under seal.

12  IT IS SO ORDERED.

14  Dated: __5/22__, 2007

    _____
    HON. JACQUELINE CHOOLJIAN
    UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER REGARDING PLS.'
APP. FOR FILING UNDER SEAL OF
FURTHER SUPP. DEC. OF STEVEN B.
FABRIZIO PER MAY 15, 2007 HEARING

## PROOF OF SERVICE

I, Olivia Johnson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On May 18, 2007, I served a true copy of the **[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING UNDER SEAL OF FURTHER SUPPLEMENTAL DECLARATION OF STEVEN B. FABRIZIO AS AUTHORIZED DURING MAY 15, 2007 HEARING IN RESPONSE TO MAY 15, 2007 SUPPLEMENTAL JARED R. SMITH DECLARATION REGARDING DISCOVERY SANCTIONS** on the parties in this cause as follows:

[X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express, in accordance with Loeb & Loeb LLP's ordinary business practices.

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken, Esq.
Jared R. Smith, Esq.
Robert L. Kovsky, Esq.
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Email: ira@techfirm.com
Email: jared@techfirm.com
Email: rlk@sonic.net

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Blvd. Ste. 200
Torrance, CA 90503
Email: kretz@retzhopkins.com

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1630168.1
203351-10010

06-01093 FMC

1  I certify that I am employed in the office of a member of the bar of this Court
2  at whose direction the service was made.
3  I declare under penalty of perjury that the foregoing is true and correct.
4  Executed on May 18, 2007, at Los Angeles, California.

*Olivia Johnson* (signature)
Olivia Johnson

SCANNED

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1630168.1
203351-10010

06-01093 FMC