1  JENNER & BLOCK LLP
2  STEVEN B. FABRIZIO (*pro hac vice*)
       sfabrizio@jenner.com
3  KATHERINE A. FALLOW (*pro hac vice*)
       kfallow@jenner.com
4  DUANE C. POZZA (State Bar No. 225933)
       dpozza@jenner.com
5  601 Thirteenth Street, N.W.
6  Suite 1200 South
7  Washington, DC  20005
   Telephone:  202-639-6000
8  Facsimile:  202-639-6066
9  Attorneys for Plaintiffs

(Letter Rogatory to Canada)

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK U.S. DISTRICT COURT
MAY 22 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES                    )  Case No. CV-06-1093 FMC (JCx)
INDUSTRIES, INC., DISNEY             )  DISCOVERY MATTER
ENTERPRISES, INC., PARAMOUNT         )  The Honorable Jacqueline Chooljian
PICTURES CORPORATION,                )
TRISTAR PICTURES, INC.,              )  [PROPOSED] ORDER
TWENTIETH CENTURY FOX FILM           )  REGARDING PLAINTIFFS' EX
CORPORATION, WARNER BROS.            )  PARTE APPLICATION FOR
ENTERTAINMENT INC.,                  )  ISSUANCE OF LETTER OF
UNIVERSAL CITY STUDIOS LLLP,         )  REQUEST
and UNIVERSAL CITY STUDIOS           )
PRODUCTIONS LLLP,                    )
       Plaintiffs,                   )
   v.                                )
JUSTIN BUNNELL, FORREST              )
PARKER, WES PARKER, VALENCE          )
MEDIA, LLC, and DOES 1-10,           )
       Defendants.                   )

DOCKETED ON CM
JUN 5 2007
BY 005

163

[PROPOSED] ORDER RE PLS.' EX PARTE
APPLICATION FOR ISSUANCE OF
LETTER OF REQUEST

1  Plaintiffs' Ex Parte Application for Issuance of Letter of Request, having
2  come before the Court, the Court has considered the Application. Based on the
3  Application, the opposition to that Application, and all matters of record in this
4  action, IT IS HEREBY ORDERED THAT plaintiffs' Application is GRANTED.

5  The Letter of Request attached hereto as Exhibit A is hereby issued to the
6  Appropriate Authority in Canada.

9  Dated:  5/31 , 2007

   Hon. Jacqueline Chooljian
   United States Magistrate Judge

# PROOF OF SERVICE

I, Olivia Johnson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On May 22, 2007, I served a true copy of the **[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ISSUANCE OF LETTER OF REQUEST** on the parties in this cause as follows:

[X]   (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express, in accordance with Loeb & Loeb LLP's ordinary business practices.

[X]   (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken, Esq.
Jared R. Smith, Esq.
Robert L. Kovsky, Esq.
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Email: ira@techfirm.com
Email: jared@techfirm.com
Email: rlk@sonic.net

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Blvd. Ste. 200
Torrance, CA 90503
Email: kretz@retzhopkins.com

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1632262.2
203351-10010

Case No. CV 06-1093 FMC (JCx)
[Proposed] Order Regarding Plaintiffs' Ex Parte Application For Issuance Of Letter Of Request

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on May 22, 2007, at Los Angeles, California.

   *Olivia Johnson*

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1632262.2
203351-10010

Case No. CV 06-1093 FMC (JCx)
[Proposed] Order Regarding Plaintiffs' Ex Parte Application For Issuance Of Letter Of Request