# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-1093 FMC(JCx) | Date | June 8, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. |
|---|---|

Present: The Honorable **Jacqueline Chooljian, United States Magistrate Judge**

| Kimberly I. Carter | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

none                                                             none

**Proceedings:**        (IN CHAMBERS)

### ORDER STAYING COMPLIANCE WITH MAY 29, 2007 ORDER

On May 29, 2007, the court issued under seal an Order (1) Granting in Part and Denying in Part Plaintiffs' Motion to Require Defendants to Preserve and Produce Server Log Data and for Evidentiary Sanctions; and (2) Denying Defendants' Request for Attorneys' Fees and Costs (the "May 29 Order"). This court unsealed the May 29 Order this date.

On June 5, 2007, defendants filed an Ex Parte Application ("June 5 Application") which requests, inter alia, that the court stay enforcement of the May 29 Order. On June 7, 2007, plaintiffs filed an opposition to the June 5 Application ("Opposition").

The June 5 Application does not meet the requisite standards for issuance of a stay. However, because the May 29 Order involves matters of first impression, this court will nonetheless exercise its discretion to stay compliance with the May 29 Order as follows:

IT IS HEREBY ORDERED that defendants' compliance with the May 29 Order is stayed until **June 12, 2007**. If defendants file a Motion for Review of the May 29 Order with the assigned District Judge on or before that date, defendants' compliance with the May 29 Order is stayed until the date on which the District Judge rules on the Motion for Review, absent further order of this court or the assigned District Judge.

IT IS SO ORDERED.

Initials of
Deputy Clerk        kc