Columbia Pictures Industries Inc v. Bunnell                                                                                                   Doc. 167

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-1093 FMC(JCx) | Date | June 8, 2007 |
| Title | Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. | | |

Present: The Honorable **Jacqueline Chooljian, United States Magistrate Judge**

| Kimberly I. Carter | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

none                                                                 none

**Proceedings:**        (IN CHAMBERS)

### ORDER UNSEALING MAY 29, 2007 ORDER

On May 29, 2007, the court issued an order (the "May 29 Order") which it directed to be filed and maintained under seal for a period of seven (7) days, based on the court's finding that good cause existed therefor in light of the nature of the order's contents and the fact that it was based, at least in part, on materials submitted under seal pursuant to a protective order.[1] The court advised the parties that they had five (5) days from the date of the May 29 Order, i.e., until June 5, 2007, to submit any objections to the public filing of the order or any portion thereof, and that absent such objections or further court order, the May 29 Order would be unsealed.

On June 5, 2007, defendants filed under seal an ex parte application ("June 5 Application") which reflects, inter alia, defendants' desire that the May 29 Order be unsealed. On June 7, 2007, plaintiffs filed under seal an opposition to the June 5 Application ("Opposition") which reflects, inter alia, that defendants consent to the unsealing of the May 29 Order.

IT IS THEREFORE ORDERED that this court's May 29, 2007 Order (1) Granting in Part and Denying in Part Plaintiffs' Motion to Require Defendants to Preserve and Produce Server Log Data and for Evidentiary Sanctions; and (2) Denying Defendants' Request for Attorneys' Fees and Costs be unsealed and filed in the public record.

IT IS SO ORDERED.



Initials of
Deputy Clerk        kc

---

[1] The Clerk sent the May 29 Order to the parties via facsimile on the date it was issued.