Columbia Pictures Industries Inc v. Bunnell                                                                              Doc. 170

P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:06-cv-01093-FMC-JCx √ |
| | 2:06-cv-03206-FMC-JCx |
| Date | June 15, 2007 |

Title   Columbia Pictures Industries Inc et al v. Justin Bunnell et al
        Justin Bunnell et al v. Motion Picture Association of America

---

**Present: The Honorable   FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not present                                  Not present

**Proceedings:**   ORDER CORRECTING FILING ERROR BY PARTY   (In Chambers)

On May 30, 2007, Defendants Bunnell, F. Parker, W. Parker and Valencia Media LTD filed their Notice of Defandants' Motion for Review and Reconsideration, etc. (docket # 125), the Memorandum in Support (docket # 126), and the Declaration of Ira P. Rothken (docket # 127) in case 2:06-cv-03206-FMC-JCx. The Court has been advised that the motion and supporting documents should have been filed under case 2:06-cv-01093-FMC-JCx.

Accordingly, the Court now ORDERS that the Motion documents be stricken from the record in case 2:06-cv-03206-FMC-JCx, removed from that file, and re-filed in case 2:06-cv-01093-FMC-JCx.

The hearing date and briefing schedule on the Motion are not changed and it remains on the Court's June 25, 2007 10:00 a.m. calendar.

                                                                    : N/A
                                            Initials of Preparer   AM

DOCKETED ON CM
JUN 1 5 2007
BY_____ 085

#170

Dockets.Justia.co