**Ira P. Rothken (SBN #160029)**
**Robert L. Kovsky (SBN #61770)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:   (415) 924-4250
Facsimile:  (415) 924-2905

**Kirk J. Retz (#170208)**
**Deann Flores Chase (#183937)**
RETZ & HOPKINS, LLP
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone:   (310) 540-9800
Facsimile:  (310) 540-9881

Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes
Parker and Valence Media, Ltd.

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>            Defendants. | Case No. 06-01093 FMC (JCx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES OF SIZE IN EXCESS OF THE 25 PAGE LIMIT MANDATED BY LOCAL RULE 11-6<br><br>DATE: June 13, 2007<br>CTRM: 750<br>Hon. Florence Marie Cooper |

-1-

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM
OF POINTS AND AUTHORITIES OF SIZE IN EXCESS OF THE 25 PAGE LIMIT MANDATED BY LOCAL
RULE 11-6
Columbia Pictures, et al. v. Bunnell, et al.
U.S. Dist. Ct., Central Dist Cal., No. CV 06-01093 FMC

DOCKETED ON CM
JUN 15 2007

1  Defendants' Ex Parte Application for Leave to File a Memorandum of Points
2  and Authorities of Size in Excess of the 25 Page Limit Mandated by Local Rule 11-6
3  with supporting declarations of Robert L. Kovsky and Jared R. Smith having been
4  submitted to the Court, the Court having been advised in the premises and good cause
5  appearing,

6  IT IS ORDERED that the papers previously received by the Court in
7  connection with Defendants' Motion for Review of the Magistrate Judge's "Order (1)
8  Granting in Part and Denying in Part Plaintiffs' Motion to Require Defendants to
9  Preserve and Produce Server Log Data and for Evidentiary Sanctions; and (2)
10 Denying Defendants' Request for Attorney's Fees and Costs" entered on May 29,
11 2007 shall be filed as of June 12, 2007.  Plaintiffs may file an opposition brief of up to
12 35 pages in length.
13 IT IS SO ORDERED.

15 Dated: June 14, 2007

Hon. Florence Marie Cooper
U.S. District Judge

-2-

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM
OF POINTS AND AUTHORITIES OF SIZE IN EXCESS OF THE 25 PAGE LIMIT MANDATED BY LOCAL
RULE 11-6
Columbia Pictures, *et al.* v. Bunnell, et al.
U.S. Dist. Ct., Central Dist Cal., No. CV 06-01093 FMC

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On June 13, 2007, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES OF SIZE IN EXCESS OF THE 25 PAGE LIMIT MANDATED BY LOCAL RULE 11-6**

By EMAIL and FEDEX addressed as follows:

| | |
|---|---|
| **Duane Charles Pozza**<br>**Katherine A Fallow**<br>**Steven B Fabrizio**<br>Jenner and Block<br>601 Thirteenth Street NW, Suite 1200 South<br>Washington, DC 20005<br>202-639-6000<br>Email: dpozza@jenner.com | **Karen R Thorland**<br>**Walter Allan Edmiston, III**<br>Loeb and Loeb<br>10100 Santa Monica Blvd, Ste 2200<br>Los Angeles, CA 90067-4164<br>310-282-2000<br>Email: kthorland@loeb.com |
| **Gregory Paul Goeckner**<br>**Lauren T Nguyen**<br>Motion Picture Association of America<br>15503 Ventura Blvd<br>Encino, CA 91436<br>818-995-6600 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 13, 2007.

*[signature]*

-3-

ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES OF SIZE IN EXCESS OF THE 25 PAGE LIMIT MANDATED BY LOCAL RULE 11-6
Columbia Pictures, *et al.* v. Bunnell, et al.
U.S. Dist. Ct., Central Dist Cal., No. CV 06-01093 FMC