P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | June 27, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not present  Not present

**Proceedings:** ORDER ON MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* and ORDER CONTINUING HEARING DATE OF MOTION FOR REVIEW
(In Chambers)

The Court has read and considered the Motion for Leave to file Brief *Amici Curiae* in Support of Defendants' Objections to and Motion for Review of Order re Server Log Data, filed on behalf of the Electronic Frontier Foundation and Center for Democracy and Technology. The Court finds no need for a forma notice motion for leave to file such a request. The Court treats the Motion as an Ex Parte Application, and hereby GRANTS it. The Brief of *Amici Curiae* is accepted for filing.

The hearing date of the Motion for Review, filed by defendants on June 12, 2007, is hereby continued from July 23, 2007 to **August 13, 2007 at 10:00 a.m.**

Initials of Preparer   AM   : N/A

# 180

DOCKETED ON CM
JUN 27 2007
BY _____ 085