Columbia Pictures Industries Inc v. Bunnell                                                                                    Doc. 181

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 06-1093 FMC(JCx) | Date | June 27, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries, Inc., et al. v. Justin Bunnell, et al. |
|---|---|

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

None                                        None

**Proceedings:**     (In Chambers)

**ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION TO ENFORCE COMPLIANCE WITH THE MAY 3 ORDER AND FOR ATTORNEYS' FEES AND COSTS**

On April 10, 2007, plaintiffs filed a "Notice of Motion and Local Rule 37-1 Joint Stipulation Regarding Plaintiffs' Motion to Compel Document Production and for Expenses Including Attorneys' Fees" ("Plaintiffs' Motion") and supporting documents. On May 3, 2007, the court granted Plaintiffs' Motion and directed defendants to produce certain documents responsive to plaintiffs' document requests ("May 3 Order"). The May 3 Order authorized plaintiffs to proceed by way of Ex Parte Application to enforce compliance with or seek sanctions for non-compliance with the May 3 Order.

On June 26, 2007, plaintiff filed, inter alia, an under seal "Plaintiffs' Notice of Ex Parte Application and Ex Parte Application to Enforce Compliance With Court's May 3 Order, And For Attorneys' Fees and Costs" ("Plaintiffs' Ex Parte Application") and a declaration of Katherine A. Fallow with accompanying exhibits. Plaintiffs' Ex Parte Application requests that the court, inter alia, enforce compliance with the May 3 Order compelling defendants to produce documents.

Defendants are directed to file any response to Plaintiffs' Ex Parte Application by no later than **Thursday, June 28, 2007**. Defendants are further directed to provide a courtesy copy of any said response to this court's chambers (Room 339, 312 North Spring Street, Los Angeles, CA 90012) no later than **Thursday, June 28, 2007 at 5:00 p.m.**

As multiple filings in this action, as well as in another action involving the same counsel have been mis-routed to the assigned District Judges, defendants are to ensure that they timely provide a courtesy copy of any said response to this court's chambers.

IT IS SO ORDERED.

Initials of
Deputy Clerk      kc