Columbia Pictures Industries Inc v. Bunnell                                    Doc. 18

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _____ Cooper _____

From: M Martinez _____, Deputy Clerk    Date Received: 6/22/07

Case No.: CV 06-1093 _____    Case Title: Columbia Pictures Ind Inc V

Document Entitled: Amici Curiae ① Motion for leave to file    Bunnell

order ④ brief amici curiae ② declaration of E. Von Lohmann ③ Proposed

brief of amici curiae ⑤ Certificate of interested parties ⑥ Proof of Service

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1     Document not legible
☐ Local Rule 11-3.8     Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1     No copy provided for judge
☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☒ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)       No proof of service attached to document(s)
☐ Other: _____

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. ~~Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.~~

6/26/07
Date

_____
U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
JUN 28 2007
BY _____

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-784/69123

Dockets.Justia.com