# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Priority  Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 06-1093 FMC(JCx) |
| | CV 06-3206 FMC(JCx) |
| Date | June 29, 2007 |

Title   Columbia Pictures Industries, Inc. v. Justin Bunnell, et al.  
        Justin Bunnell, et al. v. Motion Picture Association of America

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendant:

                None                                          None

**Proceedings:**       (In Chambers)

### ORDER CORRECTING FILING ERROR

On June 5, 2007, the Bunnell Parties filed in case 2:06-cv-03206-FMC-JCx, "Defendants' Application For Filing Conditionally Under Seal of Defendants' Notice of Ex Parte Application and Ex Parte Application for Stay of Enforcement, for Clarification and/or for Modification of Order re Server Log Data" and supporting documents ("Defendants' Under Seal Application") (Docket No. 123) and Defendants' Notice of Ex Parte Application and Ex Parte Application for Stay of Enforcement, for Clarification and/or for Modification of Order re Server Log Data ("Defendants' Stay Application") (Docket Number Unassigned) (collectively "Defendants' Applications"). Defendants concurrently lodged proposed orders granting Defendants' Applications. On June 8, 2007, the court signed the proposed order granting Defendants' Under Seal Application ("June 8 Order") in case 2:06-cv-03206-FMC-JCx (Docket No. 124). The court has been advised that Defendants' Applications and the June 8 Order should have been filed under case 2:06-cv-01093-FMC-JCx.

Accordingly, the court now ORDERS that Defendants' Applications and the June 8 Order be stricken from the record in case 2:06-cv-03206-FMC-JCx and refiled in case 2:06-cv-01093-FMC-JCx.

The Clerk is directed to file a copy of this minute order in both of the above-captioned cases.

IT IS SO ORDERED.



Initials of  
Deputy Clerk       kc

201