1 | JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
2 | sfabrizio@jenner.com
3 | KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
4 | DUANE C. POZZA (State Bar No. 225933)
5 | dpozza@jenner.com
601 Thirteenth Street, N.W.
6 | Suite 1200 South
7 | Washington, DC 20005 .
Telephone: 202-639-6000
8 | Facsimile: 202-639-6066
9 | Attorneys for Plaintiffs

LODGED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 | ) Case No. CV 06-1093 FMC (JCx) |
| 14 COLUMBIA PICTURES | ) |
| INDUSTRIES, INC., DISNEY | ) The Hon. Florence-Marie Cooper |
| 15 ENTERPRISES, INC., PARAMOUNT | ) |
| 16 PICTURES CORPORATION, | ) |
| TRISTAR PICTURES, INC., | ) |
| 17 TWENTIETH CENTURY FOX FILM | ) [PROPOSED] ORDER |
| 18 CORPORATION, WARNER BROS. | ) REGARDING PLAINTIFFS' |
| ENTERTAINMENT INC., | ) APPLICATION FOR FILING |
| 19 UNIVERSAL CITY STUDIOS LLLP, | ) DOCUMENTS UNDER SEAL |
| 20 and UNIVERSAL CITY STUDIOS | ) |
| PRODUCTIONS LLLP, | ) |
| 21 Plaintiffs, | ) |
| 22 v. | ) |
| JUSTIN BUNNELL, FORREST | ) |
| 23 PARKER, WES PARKER, VALENCE | ) |
| 24 MEDIA, LLC, and DOES 1-10, | ) |
| Defendants. | ) |

DOCKETED ON CM

AUG - 3 2007

BY _____ 010

[PROPOSED] ORDER REGARDING PLS.'
APPLICATION FOR FILING DOCUMENTS
UNDER SEAL

1      Plaintiffs' Application for Filing Documents Under Seal, having come before

2  the Court, the Court has considered the application and the documents proposed to

3  be filed under seal. Based on the foregoing, for good cause shown, and pursuant to

4  the Protective Order entered in this case,

5      IT IS HEREBY ORDERED THAT Plaintiffs' Opposition to Defendants'

6  Objections to and Motion for Review of Order Regarding Server Log Data, and the

7  Declaration of Steven B. Fabrizio in Support of Plaintiffs' Opposition to

8  Defendants' Objections to and Motion for Review of Order Regarding Server Log

9  Data are hereby filed under seal.

10      IT IS SO ORDERED.

11

12  Dated: _____Aug. 1_____, 2007

13

    HON. FLORENCE-MARIE COOPER

14      U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On July 30, 2007, I served a true copy of the **[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** on the parties in this cause

[X]    (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com;**
**jared@techfirm.com; rlk@sonic.net**

[X]    (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com;**
**jared@techfirm.com; rlk@sonic.net**

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

**Email: kretz@retzhopkins.com**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

1 correspondence with the United States Postal Service and/or Overnight Delivery
2 Service the same day it is collected and processed.

3     I certify that I am employed in the office of a member of the bar of this Court
4 at whose direction the service was made.

5     I declare under penalty of perjury that the foregoing is true and correct.

6     Executed on July 30, 2007, at Los Angeles, California.

Vicki S. Henderson

## PROOF OF SERVICE

I, _Rudy Elizondo_ the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484 ), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On July 30, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA  90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 30, 2007, at Los Angeles, California.

_____
Signature

LA1661848 1
203351-10010