P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:06-cv-01093-FMC-JCx ✓<br>2:06-cv-03206-FMC-JCx | Date | August 9, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al<br>Justin Bunnell et al v. Motion Picture Association of America |
|---|---|

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not present             Not present

**Proceedings:**     ORDER CONTINUING HEARING DATE    (In Chambers)

The Court, on its own motion, hereby VACATES the hearing date of August 13, 2007 and continues the following motions for hearing to **August 20, 2007 at 10:00 a.m.**:

2:06-cv-01093-FMC-JCx:    Defendants' Motion for Review  (#194);

2:06-cv-03206-FMC-JCx:    Cross Motions for Summary Judment (#136 and 169).

Initials of Preparer  AM



#239

CV-90 (06/04)          CIVIL MINUTES - GENERAL          Page 1 of 1