Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:06-cv-01093-FMC-JCx √<br>2:06-cv-03206-FMC-JCx | Date | August 20, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al<br>Justin Bunnell et al v. Motion Picture Association of America |
|---|---|

Present: The Honorable FLORENCE-MARIE COOPER

| Alicia Mamer/Cheryl Smith-Lintner | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Fabrizio-for pltfs in 1093 and defts in 3206 | Ira Rothken-for deft in 1093 and pltf in 3206 |

**Proceedings:** HEARING OF:
Defendants' Motion for Review (#194) in 1093 case
Cross Motions for Summary Judgment (#136 and 169) in 3206 case

The Court hears oral argument in the above-referenced motions. The Court takes its rulings UNDER SUBMISSION. The Court's final ruling will be issued by separate order.

                                                                       1 : 13

Initials of Preparer    AM/CASL

DOCKETED ON CM
AUG 2 0 2007
BY _____ 154

#243