ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority — 
Send ✓
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-1093 FMC(JCx) ✓ <br> CV 06-3206 FMC(JCx) | Date | August 20, 2007 |
|---|---|---|---|

Title  ✓ Columbia Pictures Industries, Inc., et al. v. Justin Bunnell, et al.
Justin Bunnell, et al. v. Motion Picture Association

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Nancy Hackney | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants.

None                                        None

**Proceedings:**     (In Chambers)

**ORDER CORRECTING FILING ERROR BY PARTY**

On August 17, 2007, defendants' filed their (1) Notice of Ex Parte Application and Ex Parte Application for Stay of Enforcement of August 8, 2007 Order Pending Review ("Ex Parte Application"), and; (2) Declaration of Jared R. Smith in support thereof (Smith Declaration) in case no. CV 06-3206 FMC(JCx). These documents pertain to and should have been filed under case no. CV 06-1093 FMC(JCx).

Accordingly, the court now ORDERS that the Ex Parte Application and Smith Declaration be stricken from the record in case no. CV 06-3206 FMC(JCx), removed from that file, and re-filed in case no. CV 06-1093 FMC(JCx).

The Clerk is directed to file a copy of this minute order in both of the above-captioned cases.

IT IS SO ORDERED.

Initials of Deputy Clerk     nhac



DOCKETED ON CM
AUG 21 2007
BY _____ 057

246

CV-90 (06/04)                CIVIL MINUTES - GENERAL                Page 1 of 1