Priority —
Send ✓
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 06-1093 FMC(JCx) | Date August 20, 2007 |
| Title Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. | |

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Nancy Hackney | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)

### ORDER DENYING EX PARTE APPLICATION FOR STAY OF ENFORCEMENT OF AUGUST 8, 2007 ORDER

Defendants' Ex Parte Application for Stay of Enforcement of August 8, 2007 Order Pending Review is **DENIED**. The Ex Parte Application does not meet the requisite standards for issuance of a stay and is untimely in that it was filed <u>after</u> defendants were required to comply with the August 8, 2007 Order.

IT IS SO ORDERED.

Initials of
Deputy Clerk    nhac



DOCKETED ON CM
AUG 21 2007
BY _____ 057

247