# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 06-1093 FMC(JCx) | Date August 20, 2007 |
| Title Columbia Pictures Industries, Inc. et al. v. Justin Bunnell, et al. | |

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Nancy Hackney | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

none                                none

**Proceedings:** ORDER DENYING PLAINTIFFS' MOTION TO ADMONISH DEFENDANTS' COUNSEL (DOCKET NO. 86)

Pending before the court is Plaintiffs' Motion to Admonish Defendants' Counsel ("plaintiffs' motion") which the court has taken under submission. To the extent plaintiffs' motion seeks relief based upon the alleged misconduct of defendants/defendants' counsel, the court has since dealt with alleged misconduct to the extent it believes appropriate, in the context of particular disputes presented to the court for resolution. To the extent plaintiffs' motion seeks relief relative to defendants' second set of document requests, the court has already dealt with such issues in a separate order. See February 13, 2007 Order (Docket No. 85). To the extent plaintiffs' motion seeks appointment of a special master, the parties have advised the court that they no longer seek appointment of a special master for all discovery purposes, but that a special master may still be appropriate for depositions. The court is not inclined to recommend that the assigned District Judge appoint a special master for such limited purpose at this stage of the litigation. In sum, given events which have transpired since the filing of plaintiffs' motion, such motion is, for all practical purposes moot, and is denied as such.

IT IS SO ORDERED.

Initials of
Deputy Clerk    nhac



250