# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:06-cv-01093-FMC-JCx |
| Date | August 27, 2007 |
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al |

Present: The Honorable FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not present

Attorneys Present for Defendants: Not present

**Proceedings:** ORDER ON EX PARTE APPLICATION (In Chambers)

The Court has read and considered Defendants' Ex Parte Application for Stay of Enforcement of August 8, 2007, Order Pending Review, and Plaintiff's Opposition thereto. The Application is DENIED, for all of the reasons recited in Plaintiff's Opposition.

: N/A

Initials of Preparer AM



# 255

CV-90 (06/04)     CIVIL MINUTES - GENERAL     Page 1 of 1