IRA P. ROTHKEN, ESQ. (#160029)
JARED R. SMITH, ESQ. (#130343)
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, #280
Novato, CA 94949
(415) 924-4250; (415) 924-2905 FAX

KIRK J. RETZ, ESQ. (#170208)
KATHRYN C. MARSHALL, ESQ. (#236572)
RETZ & HOPKINS, LLP
21535 Hawthorne Blvd., #200
Torrance, CA 90503
(310) 540-9800; (310) 540-9881 FAX

Attorneys for Defendants, JUSTIN BUNNELL,
FORREST PARKER, WES PARKER and
VALENCE MEDIA LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JUSTIN BUNNELL, et al., <br><br> Defendants. | Case No.: CV06-1093 FMC (JCx) <br><br> [~~~~~~~~] ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE AMENDED NOTICE AND MEMORANDUM RE REVIEW OF AUGUST 8, 2007 ORDER AND TO CHANGE HEARING DATE <br><br> DATE: August 24, 2007 <br> CTRM: 750 <br> JUDGE: Hon. Florence Marie Cooper |

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE AMENDED NOTICE AND MEMORANDUM RE REVIEW OF AUGUST 8, 2007 ORDER

On February 23, 2006, plaintiffs filed a complaint against defendants for copyright infringement. Defendants filed an Answer on May 24, 2006.

On August 8, 2007, the Court filed its "(1) Granting Plaintiffs' Ex Parte Application; (2) Granting Plaintiffs' Request for Sanctions; (3) Denying Defendants' Request for Attorney's Fees and Costs and (4) Cautioning Defendants regarding Potential Non-monetary Consequences of Further Violations of Discovery Obligations and Orders (hereinafter "the Order").

On August 22, 2007 Defendants filed an ex parte application for stay and a Notice of Motion and Motion for Review of the August 8, 2007 Order. Defendants represent that they gave to plaintiffs' counsel the notice required by Local Rule 7-19.1.

Based on the representations set forth in the ex parte application, the Court finds that, because of significant privacy rights at issue and attorney client privilege issues, the good cause shown due to excuseable neglect, the lack of prejudice to or objection by plaintiffs,

IT IS HEREBY ORDERED, that defendants' AMENDED NOTICE OF DEFENDANTS' OBJECTIONS TO AND MOTION FOR REVIEW OF AUGUST 8, 2007 ORDER and AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' OBJECTIONS TO AND MOTION FOR REVIEW OF AUGUST 8, 2007 ORDER shall be deemed timely filed and

IT IS FURTHER ORDERED, that the hearing of this motion is hereby reset from September 17, 2007 to September 24, 2007.

IT IS SO ORDERED.
DATED: 8/27/07

Honorable Florence Marie Cooper
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On August 24, 2007, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE AMENDED NOTICE AND MEMORANDUM RE REVIEW OF AUGUST 8, 2007 ORDER AND TO CHANGE HEARING DATE**

By EMAIL and FEDEX by depositing a copy in an envelope, postage prepaid in a FEDEX BOX addressed as follows:

| | |
|---|---|
| **Duane Charles Pozza**<br>**Katherine A Fallow**<br>**Steven B Fabrizio**<br>Jenner and Block<br>601 Thirteenth Street NW, Suite 1200 South<br>Washington, DC 20005<br>202-639-6000<br>Email: dpozza@jenner.com | **Karen R Thorland**<br>**Walter Allan Edmiston, III**<br>Loeb and Loeb<br>10100 Santa Monica Blvd, Ste 2200<br>Los Angeles, CA 90067-4164<br>310-282-2000<br>Email: kthorland@loeb.com |
| **Gregory Paul Goeckner**<br>**Lauren T Nguyen**<br>Motion Picture Association of America<br>15503 Ventura Blvd<br>Encino, CA 91436<br>818-995-6600 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 24, 2007.

*[signature]*