JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
    sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
    kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
    dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066
*Attorneys for Plaintiffs*

ROTHKEN LAW FIRM LLP
IRA P. ROTHKEN (State Bar No. 160029)
    ira@techfirm.com
3 Hamilton Landing, Suite 280
Novato, California 94949
Telephone: 415-924-4250
Facsimile: 415-924-2905
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES
INDUSTRIES, INC., *et al.*,

    Plaintiffs,

v.

JUSTIN BUNNELL, *et. al.*,

    Defendants.

Case No. CV-06-1093 FMC (JCx)

**STIPULATION FOR DEFENDANTS' WITHDRAWAL OF AFFIRMATIVE DEFENSES**

WHEREAS, Defendants have agreed to withdraw the Affirmative Defenses numbered 5, 15, 17, 23-25, 27, 30-36, and 38 (hereinafter "the Defenses") in Defendants' Answer to the First Amended Complaint;

WHEREAS, Plaintiffs consent to Defendants' withdrawal of the Defenses;

THEREFORE, the parties stipulate that, subject to the Court's approval and for good cause shown, the Defenses are deemed withdrawn without prejudice.

IT IS SO STIPULATED.

Dated: August 24, 2007

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Katherine A. Fallow
Katherine A. Fallow

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
   JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
   LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
   15503 Ventura Boulevard
   Encino, CA 91436

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: Aug 25, 2007 | ROTHKEN LAW FIRM LLP<br><br>By: _____<br>Ira P. Rothken<br><br>IRA P. ROTHKEN<br>ROTHKEN LAW FIRM LLP<br><br>KIRK J. RETZ<br>RETZ & HOPKINS LLP<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

Dated: Aug 30, 2007

_____
HON. FLORENCE-MARIE COOPER
U.S DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067.

On August 29, 2007, I served a true copy of the **STIPULATION FOR DEFENDANTS' WITHDRAWAL OF AFFIRMATIVE DEFENSES** on the parties in this cause

[X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net**

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net**

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

**Email: kretz@retzhopkins.com**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

LA1669495 1
203351-10012

1 | correspondence with the United States Postal Service and/or Overnight Delivery
2 | Service the same day it is collected and processed.
3 |     I certify that I am employed in the office of a member of the bar of this Court
4 | at whose direction the service was made.
5 |     I declare under penalty of perjury that the foregoing is true and correct.
6 |     Executed on August 29, 2007, at Los Angeles, California.

*/s/ Vicki Henderson*
Vicki S. Henderson

LA1669495 1
203351-10012

# PROOF OF SERVICE

I, ~~Nelson Barnes~~ the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484 ), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On August 29, 2007, I served a true copy of **STIPULATION FOR DEFENDANTS' WITHDRAWAL OF AFFIRMATIVE DEFENSES** by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA  90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2007, at Los Angeles, California.

_____
Signature

LA1669497 1
203351-10012