JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
   sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
   kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
   dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066
*Attorneys for Plaintiffs*

ROTHKEN LAW FIRM LLP
IRA P. ROTHKEN (State Bar No. 160029)
   ira@techfirm.com
3 Hamilton Landing, Suite 280
Novato, California 94949
Telephone: 415-924-4250
Facsimile: 415-924-2905
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN BUNNELL, *et al.*,<br><br>Defendants. | Case No. CV-06-1093 FMC (JCx)<br><br>[PROPOSED] ORDER REGARDING AMENDMENT OF THE APRIL 12, 2007 SCHEDULING ORDER<br><br>Judge: Hon. Florence-Marie Cooper<br>Ctrm: 750 |

ORDER RE AMENDMENT OF
THE APRIL 12, 2007 SCHEDULING ORDER

Based on the parties' Stipulation Regarding Amendment of the April 12, 2007 Scheduling Order, IT IS HEREBY ORDERED THAT:

The Schedule ordered by the Court of July 25, 2006, and modified on January 22, 2007 and April 12, 2007, is modified as follows:

1. The Expert Discovery Cut-Off is continued to November 30, 2007.
2. Summary judgment motions shall be filed no later than January 14, 2008; oppositions shall be filed no later than February 11, 2008; and replies shall be filed no later than February 25, 2008.
3. The Cut-Off Date for Hearing Motions is continued to March 3, 2008.
4. The Final Pre-Trial Conference is continued to May 12, 2008, at 9:30 a.m.
5. The Trial Date is continued to June 17, 2008, at 9:00 a.m.

Other than as set forth herein, the April 12, 2007 Amended Scheduling Order remains in full force and effect.

IT IS SO ORDERED.

Dated: Sept. 7, 2007

HON. FLORENCE-MARIE COOPER
U.S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067.

On September 7, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING AMENDMENT OF THE APRIL 12, 2007 SCHEDULING ORDER** on the parties in this cause

[X]  (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net

[X]  (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

Email: kretz@retzhopkins.com

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

LA1669495.1
203351-10012

correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2007 at Los Angeles, California.

*Vicki S. Henderson* (signature)

Vicki S. Henderson

LA1669495.1
203351-10012

# PROOF OF SERVICE

I, WICHM JWARAK the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On September 7, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING AMENDMENT OF THE APRIL 12, 2007 SCHEDULING ORDER** by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 7, 2007, at Los Angeles, California.

_____
Signature