1  Ira P. Rothken (SBN 160029)
2  Jared R. Smith (SBN 130343)
   ROTHKEN LAW FIRM LLP
3  3 Hamilton Landing, Suite 280
4  Novato, CA 94949
5  Telephone:  (415) 924-4250
   Facsimile:  (415) 924-2905
6
7  Kirk J. Retz (#170208)
   RETZ & HOPKINS, LLP
8  21535 Hawthorne Blvd., #200
9  Torrance, CA 90503
   Telephone:  (310) 540-9800
10 Facsimile:  (310) 540-9881
11
12 Attorneys for Defendants, JUSTIN BUNNELL,
   FOREST PARKER, WES PARKER and
13 VALENCE MEDIA LTD.,
14
15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17
   COLUMBIA PICTURES          ) Case No. 06-01093 FMC
18 INDUSTRIES, INC., et al.   )
                              ) [_____] ORDER ON
19                            ) UNOPPOSED EX PARTE
            Plaintiffs,       ) APPLICATION FOR ORDER FOR
20                            ) LEAVE TO LATE FILE
21 vs.                        ) DEFENDANTS' OPPOSITION TO
                              ) MOTION FOR TERMINATING
22 JUSTIN BUNNELL, et al.,    ) SANCTIONS
23                            )
            Defendants.       )
24                            ) Ctrm: 750
25                            ) Hon. Florence Marie Cooper
26 _____
27
28
                                    1
   ORDER ON UNOPPOSED EX PARTE APPLICATION FOR ORDER FOR LEAVE TO LATE FILE
   DEFENDANTS' OPPOSITION TO MOTION FOR TERMINATING SANCTIONS

FILED
CLERK US DISTRICT COURT
SEP 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

DOCKETED ON CM
SEP 17 2007
BY ___

LODGED


306

Defendants' **EX PARTE APPLICATION FOR ORDER FOR LEAVE TO LATE FILE DEFENDANTS' OPPOSITION TO MOTION FOR TERMINATING SANCTIONS and supporting declarations** having come before the Court on September 11, 2007, the Court having considered the Application and all matters of record in this action and plaintiffs having consented to the Application,

IT IS HEREBY ORDERED THAT the ex parte application is GRANTED and that the **DEFENDANTS' OPPOSITION TO MOTION FOR TERMINATING SANCTIONS and supporting declarations** accompanying the application shall be deemed late filed.

IT IS SO ORDERED.

Dated: 9/14 ,2007

HON. FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action, my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949

On September 12, 2007, I served the within:

**[PROPOSED] ORDER ON UNOPPOSED EX PARTE APPLICATION FOR ORDER FOR LEAVE TO LATE FILE DEFENDANTS' OPPOSITION TO MOTION FOR TERMINATING SANCTIONS**

By EMAIL addressed as follows

| | |
|---|---|
| Karen B. Thorland<br>Loeb and Loeb<br>10100 Santa Monica Blvd, Ste 2200<br>Los Angeles, CA 90067-4164<br>310-282-2000<br>Email kthorland@loeb com | Steven B Fabrizio<br>Katherine A Fallow<br>Duane Charles Pozza<br>Jenner and Block<br>601 Thirteenth Street NW, Suite 1200 South<br>Washington, DC 20005<br>202-639-6000<br>Email sfabrizio@jenner.com<br>Email kfallow@jenner com<br>Email dpozza@jenner com |
| Gregory Paul Goeckner<br>Lauren T Nguyen<br>Motion Picture Association of America<br>15503 Ventura Blvd<br>Encino, CA 91436<br>818-995-6600 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 12, 2007

*/s/ signature/*

---

3
ORDER ON UNOPPOSED EX PARTE APPLICATION FOR ORDER FOR LEAVE TO LATE FILE DEFENDANTS' OPPOSITION TO MOTION FOR TERMINATING SANCTIONS