JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
  sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
  kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
  dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br><br> Plaintiffs, <br> v. <br> JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, <br> Defendants. | Case No. CV 06-1093 FMC (JCx) <br><br> The Hon. Florence-Marie Cooper <br><br> [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL |

Plaintiffs' Application for Filing Documents Under Seal, having come before the Court, the Court has considered the application and the documents proposed to be filed under seal. Based on the foregoing, for good cause shown, and pursuant to the Protective Order entered in this case,

IT IS HEREBY ORDERED THAT Plaintiffs' Reply in Support of Plaintiffs' Motion for Terminating Sanctions Based on Defendants' Willful Spoliation of Key Evidence and the Declaration of Katherine A. Fallow in Support of Reply in Support of Plaintiffs' Motion for Terminating Sanctions Based on Defendants' Willful Spoliation of Key Evidence are hereby filed under seal.

IT IS SO ORDERED.

Dated: Sept 17, 2007

HON. FLORENCE-MARIE COOPER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Vicki S. Henderson, the undersigned, declare that: |
| 3 | I am employed in the County of Los Angeles, State of California, over the age |
| 4 | of 18, and not a party to this cause. My business address is 10100 Santa Monica |
| 5 | Boulevard, Suite 2200, Los Angeles, California 90067. |
| 6 | On September 17, 2007, I served a true copy of **[PROPOSED] ORDER** |
| 7 | **REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS** |
| 8 | **UNDER SEAL** on the parties in this cause |
| 9 | [X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a |
| 10 | sealed envelope addressed as set forth below, or on the attached service list and by |
| 11 | then causing said envelope to be deposited for collection and overnight delivery via |
| 12 | Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices. |

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com;
jared@techfirm.com; rlk@sonic.net**

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

| | |
|---|---|
| Ira P. Rothken | Kirk J. Retz, Esq. |
| Jared Smith | Retz & Hopkins LLP |
| Robert Kovsky | 21535 Hawthorne Boulevard, Suite 200 |
| ROTHKEN LAW FIRM | Torrance, CA 90503 |
| 3 Hamilton Landing, Suite 280 | |
| Novato, CA 94949 | **Email: kretz@retzhopkins.com** |
| **Email: ira@techfirm.com;
jared@techfirm.com; rlk@sonic.net** | |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

LA1669495.1
203351-10012

| | |
|---|---|
| 1 | correspondence with the United States Postal Service and/or Overnight Delivery |
| 2 | Service the same day it is collected and processed. |
| 3 |     I certify that I am employed in the office of a member of the bar of this Court |
| 4 | at whose direction the service was made. |
| 5 |     I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | Executed on September 17, 2007 at Los Angeles, California. |

*/s/ Vicki Henderson*
Vicki S. Henderson

LA1669495 1
203351-10012

# PROOF OF SERVICE

I, _____ the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484 ), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On September 17, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

_____
Signature

LA1669497 1
203351-10012