

P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | September 21, 2007 |
|---|---|---|---|

| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al |
|---|---|

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                                Not present

**Proceedings:**    ORDER TAKING MOTION(S) UNDER SUBMISSION   (In Chambers)

The following motion(s) was/were set for hearing on the Court's September 24, 2007 calendar:

    Plaintiff's motion for terminating sanctions (#288)
    Plaintiff's motion for terminating sanctions (#280)
    Defendants' motion for review of 8/8/07 order (#262)

The Court finds the matter(s) appropriate for submission on the papers without oral argument. See Local Rule 7.11 (the Court may dispense with oral argument on any matter unless otherwise required); FRCvP78. The matter(s) is/are, therefore, removed from the Court's calendar subject to resetting should the Court deem oral argument is needed.

: N/A

Initials of Preparer  AM



DOCKETED ON CM
SEP 2 1 2007
BY _____ 085

#313