# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | October 31, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

　　　　　Not present　　　　　　　　　　　　　　Not present

**Proceedings:**　　ORDER DENYING MOTION FOR REVIEW　(In Chambers)

The Court is in receipt of the Motion for Review of Order Re: August 8, 2007 Order (docket no. 262), filed by Defendants on August 22, 2007. Defendants' Motion asks the Court to review the Magistrate Judge's August 8, 2007 Order, which responded to Plaintiffs' Ex Parte Application to enforce the Magistrate Judge's May 3, 2007 Order. The Court has reviewed the moving, opposition, and reply documents submitted in connection with this motion and deems it appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

A district court will not modify or set aside a magistrate judge's order unless it is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). To the extent that Defendants' Motion objects to the substance of the May 3, 2007 Order, it is untimely. Local Rule 72-2.1. Moreover, the supplemental privilege log submitted on May 24, 2007 was untimely, in violation of the Magistrate Judge's May 3, 2007 Order. Defendants had been warned that failure to timely submit a privilege log would lead to the sanction of waiver; they nonetheless submitted the privilege log ten days late. The Court strongly cautions Defendants that deadlines imposed by the Court must be strictly adhered to; late filings are impermissible except with leave of the Court. Defendants ought not to feign surprise when the Court imposes sanctions about which parties have been warned.
Accordingly, Defendants' Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 　N/A

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　AM

#321

Dockets.Justia.com