## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | November 5, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER SETTING HEARING    (In Chambers)

Pursuant to the Court's TENTATIVE ruling re ORDER ON PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS [#280], the Court hereby sets the hearing for oral argument on **December 10, 2007 at 10:00 a.m.**

                                                                            :    N/A

                                                  Initials of Preparer    AM

Dockets.Justia.com