# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | December 10, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Cheryl Smith-Lintner | Wil Wilcox | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Steven B. Fabrizio

Attorneys Present for Defendants:

Ira P. Rothken
Kirk Retz
Jared R. Smith

**Proceedings:** HEARING ON PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS [#280]

The Court hears oral argument on plaintiff's motion for terminating sanctions. The Court takes the matter under submission and will issue an order.

|  | 1 | : | 02 |
|---|---|---|---|
| Initials of Preparer | CASL | | |

Dockets.Justia.com