1   JENNER & BLOCK LLP
2   STEVEN B. FABRIZIO (*pro hac vice*)
        sfabrizio@jenner.com
3   KATHERINE A. FALLOW (*pro hac vice*)
        kfallow@jenner.com
4   DUANE C. POZZA (State Bar No. 225933)
5       dpozza@jenner.com
6   601 Thirteenth Street, N.W.
    Suite 1200 South
7   Washington, DC 20005
8   Telephone: 202-639-6000
    Facsimile: 202-639-6066
9   *Attorneys for Plaintiffs*

10
11  ROTHKEN LAW FIRM LLP
    IRA P. ROTHKEN (State Bar No. 160029)
12      ira@techfirm.com
    3 Hamilton Landing, Suite 280
13  Novato, California 94949
14  Telephone: 415-924-4250
    Facsimile: 415-924-2905
15  *Attorneys for Defendants*

16

17                  UNITED STATES DISTRICT COURT

18                 CENTRAL DISTRICT OF CALIFORNIA

19  COLUMBIA PICTURES                )
20  INDUSTRIES, INC., *et al.*,        )   Case No. CV-06-1093 FMC (JCx)
                                     )
21                                   )   **STIPULATION AND**
22                  Plaintiffs,      )   **[PROPOSED] ORDER**
                                     )   **REGARDING AMENDMENT**
23          v.                       )   **OF THE SEPTEMBER 10, 2007**
                                     )   **SCHEDULING ORDER**
24  JUSTIN BUNNELL, *et. al.*,        )
25                                   )
                                     )
26                  Defendants.      )
27                                   )

28

1      WHEREAS, under the Court's September 10, 2007 Amended Scheduling

2 Order ("September 10 Scheduling Order"), the deadline for summary judgment

3 motions is January 14, 2008;

4      WHEREAS, plaintiffs have two pending sanctions motions: Plaintiffs'

5 Motion for Terminating Sanctions Based On Defendants' Willful Spoliation of Key

6 Evidence ("Motion for Terminating Sanctions"), filed on August 30, 2007, and

7 Plaintiffs' Ex Parte Application for a Report and Recommendation for Evidentiary

8 Sanctions for Violation of the Court's May 29 Order ("Motion for Evidentiary

9 Sanctions"), filed on October 4, 2007;

10      WHEREAS, the outcome of these Motions may resolve legal and factual

11 disputes in this case, altering the substance of the parties' summary judgment briefs,

12 which the parties believe necessitates an extension of the briefing deadlines in the

13 September 10 Scheduling Order; and

14      WHEREAS, given the issues to be presented to the Court in summary

15 judgment motions, including multiple theories of copyright infringement and

16 defenses, the parties believe the Court would benefit from briefing in excess of the

17 current page limits;

18      THEREFORE, the parties stipulate as follows:

19      1.    Subject to the Court's approval and for good cause shown, the

20 Schedule ordered by the Court on July 25, 2006, and modified on January 22, 2007,

21 April 12, 2007, and in the September 10 Scheduling Order, is modified as follows:

22           a.    Summary judgment motions shall be filed no later than February

23                11, 2008; oppositions shall be filed no later than March 10,

24                2008; and replies shall be filed no later than March 24, 2008.

25           c.    The Cut-Off Date for Hearing Motions is continued to March 31,

26                2008.

27

28

 d.   The Final Pre-Trial Conference is continued to June 9, 2008 at 9:30 a.m.

 e.   The Trial Date is continued to July 15, 2008, at 9:00 a.m.

2.   Other than as set forth herein, the Amended Scheduling Order remains in full force and effect.

3.   The page limits for summary judgment briefs shall be 40 pages for opening and opposition briefs and 20 pages for reply briefs.

IT IS SO ORDERED.

Dated: _____, 2007

HON. FLORENCE-MARIE COOPER
U.S DISTRICT COURT JUDGE

IT IS SO STIPULATED.

Dated: December 12, 2007

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
    Steven B. Fabrizio

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
    JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
    LOEB & LOEB LLP

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF SCHEDULING ORDER

1 | GREGORY P. GOECKNER
2 | LAUREN T. NGUYEN
3 | 15503 Ventura Boulevard
   | Encino, CA 91436
4 |
5 | *Attorneys for Plaintiffs*
6 |
7 |
8 | Dated: December 12, 2007
9 |                                    ROTHKEN LAW FIRM LLP
10 |                                   By: _____
11 |                                       Ira P. Rothken
12 |                                   IRA P. ROTHKEN
13 |                                      ROTHKEN LAW FIRM LLP
14 |                                   KIRK J. RETZ
15 |                                      RETZ & HOPKINS LLP
16 |                                      *Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF SCHEDULING ORDER

1                                      **PROOF OF SERVICE**

2          I, Vicki S. Henderson, the undersigned, declare that:

3          I am employed in the County of Los Angeles, State of California, over the age

4 of 18, and not a party to this cause. My business address is 10100 Santa Monica

5 Boulevard, Suite 2200, Los Angeles, California 90067-4120.

6          On December 13, 2007, I served a true copy of the **STIPULATION AND**

7 **[PROPOSED] ORDER REGARDING AMENDMENT OF THE**

8 **SEPTEMBER 10, 2007 SCHEDULING ORDER** on the parties in this cause

9 [X]     (VIA U.S. MAIL) by placing the above named document in a sealed envelope

10 addressed as set forth below, or on the attached service list. I caused each such

11 envelope, with postage thereon fully prepaid, to be deposited for collection and

12 mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's

13 ordinary business practices.

14 [X]     (VIA EMAIL) I caused the transmission of the above named document to the

15 email address set forth below.

16 Ira P. Rothken                          Kirk J. Retz, Esq.
     Jared Smith                             Law Offices of Kirk J. Retz

17 Robert Kovsky                       21535 Hawthorne Boulevard, Suite 200
     ROTHKEN LAW FIRM           Torrance, CA 90503

18 3 Hamilton Landing, Suite 280
     Novato, CA 94949                **Email: kretz@retzlaw.com**

19

20 **Email: ira@techfirm.com;
     jared@techfirm.com; rlk@sonic.net**

21

22          I am readily familiar with Loeb & Loeb LLP's practice for collecting and

23 processing correspondence for mailing with the United States Postal Service and

24 Overnight Delivery Service. That practice includes the deposit of all

25 correspondence with the United States Postal Service and/or Overnight Delivery

26 Service the same day it is collected and processed.

27          I certify that I am employed in the office of a member of the bar of this Court

28 at whose direction the service was made.

LA1629121.1
203351-10010

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2007, at Los Angeles, California.

Vicki S. Henderson

# PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4164..

On December 13, 2007, I caused a true copy of **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF THE SEPTEMBER 10, 2007 SCHEDULING ORDER** to be served *VIA COMMERCIAL MESSENGER* on the parties in this cause:

Kirk J. Retz, Esq.
Law Offices of Kirk J. Retz
21535 Hawthorne Boulevard
Suite 200
Torrance, CA 90503

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2007, at Los Angeles, California.

Vicki S. Henderson

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1706565.1
203351-10010