# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:06-cv-01093-FMC-JCx | Date | December 14, 2007 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Cheryl Smith-Lintner | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     ORDER re STIPULATION REGARDING AMENDMENT OF THE SEPTEMBER 10, 2007 SCHEDULING ORDER (In Chambers)

The Court is in receipt of the parties' Stipulation and Proposed Order Regarding Amendment of the September 10, 2007 Scheduling Order, filed December 13, 2007 [docket #324]. In light of the Court's order of December 13, 2007 granting plaintiffs' motion for terminating sanctions and directing the Clerk to enter default against defendants, the Court DENIES the order on the parties' stipulation as moot.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | CASL | |

Dockets.Justia.com