# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Columbia Pictures Industries, Inc., et al | CASE NUMBER |
| Plaintiff(s) v. Justin Bunnell, et al. Defendant(s). | CV 06-1093 FMC (JCx) <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

FILED CLERK, U.S. DISTRICT COURT
DEC 19 2007
CENTRAL DISTRICT OF CALIFORNIA

The Court hereby orders that the request of:

☐ Plaintiff ☒ Defendant ☐ Other _____

Name of Party: Justin Bunnell, Forest Parker, Wes Parker, and Valence Media Ltd.

to substitute Law Offices of Kirk J. Retz, A Professional Corporation who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Street Address: 21535 Hawthorne Boulevard, Suite 200
City, State, Zip: Torrance, CA 90503
E-Mail Address: kretz@retzlaw.com
Telephone Number: (310)540-9800
Fax Number: (310)540-9881
State Bar Number: 170208

as attorney of record in place and stead of  Retz & Hopkins, LLP
                                              *Present Attorney*

is hereby  ☒ GRANTED  ☐ DENIED

Dated 12/19/07

*[signature]*
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.