# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | January 17, 2008 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Steve Chung | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　　　　　Attorneys Present for Defendants:

Not present　　　　　　　　　　　　　　　　Not present

**Proceedings:**　　ORDER RE ELECTRONIC FILING PROCEDURES FOR JUDGE COOPER (In Chambers)

This action has been assigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge. Beginning January 1, 2008, counsel shall e-file all criminal and civil filings for JUDGE COOPER pursuant to Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Orders 06-07, 07-08, as follows:

Step 1: All non-signature items shall be **E-FILED** in pdf format. All proposed signature items shall be **E-FILED** as a separate document in pdf format.

Step 2: All **proposed** signature items shall be **E-MAILED** to the chambers email address at

fmc_(underscore)chambers@cacd.uscourts.gov

in **Word or Word Perfect format**. ONLY proposed signature items should be emailed to the chambers' email address. Please do NOT email other associated documents, and do NOT use this email address for communication with the Court or the Clerk.

Step 3: A PAPER COURTESY COPY of all e-filed documents shall be delivered to the ***COURTESY DROP BOX OUTSIDE THE CLERK'S OFFICE IN THE ROYBAL FEDERAL BUILDING (FIRST FLOOR, SUITE 181-L)*** within 24 hours or on the same day, if priority processing is being requested. All copies delivered to the courtesy bin shall have the notice of E-filing attached.

### FOR UNDER SEAL FILINGS

　　Process documents the traditional way, but attach Notice of Manual Filing to the paper copies delivered to the clerk's courtesy bin. DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS EMAIL ADDRESS.

**Plaintiff's counsel is directed to serve this Order on defense counsel.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: N/A
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　SC

Dockets.Justia.com