**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK U.S. DISTRICT COURT
JAN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et. al. PLAINTIFF(S) | CASE NUMBER<br>06-01093 FMC |
| v.<br>JUSTIN BUNNELL, et. al.<br>DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

RECEIVED BUT NOT FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The following information must be provided:

I, __Kathryn Carol Marshall__ , __236572__ , __kmarshall@retzlaw.com__
         Name                     CA Bar ID Number              E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s):
_____
_____

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____.
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
E-mail address _____

☑ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☑ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 1-7-08

Attorney Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

| | |
|---|---|
| 1 | (PROOF OF SERVICE BY MAIL -- 1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 21535 Hawthorne Blvd., #200, Torrance, California, 90503.

On January 10, 2008, I served the within:

NOTICE OF CHANGE OF ATTORNEY INFORMATION

on the interested parties in said action,

__XX__ by placing true copies thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

SEE ATTACHED MAILING LIST

__ by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

I am readily familiar with the firm's practice of collecting and processing of documents and correspondence for mailing with the United States Postal Service. Under that practice, on the above date the envelope was sealed and placed for collection and mailing following the ordinary business practices of our office. This results in the envelope being delivered to the United States Postal Service that same day, with postage thereon fully prepaid.

Executed on January 10, 2008, at Torrance, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Sandie Guidinger_
SANDIE GUIDINGER

1

PROOF OF SERVICE
Case No. 06-01093 FMC

# Columbia Pictures, et al. v. Bunnell, et al.
## US District Court, Central District,
## Case No. 06-01093 FMC
Assigned to: Judge Florence-Marie Cooper

| | |
|---|---|
| Ira P. Rothken<br>Rothken Law Firm LLP<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>(415) 924-4250; (415) 924-2905 fax<br>cdcal@techfirm.com | Attorneys for Defendants, JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA LTD. |
| Brian Hauck<br>Jenner & Block<br>601 Thirteenth Street NW, Suite 1200 South<br>Washington DC 20005<br>(202) 639-6000; (202) 639-6066 fax | Attorneys for Defendant, MOTION PICTURE ASSOCIATION OF AMERICA |
| Karen B. Thorland<br>Loeb and Loeb<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067-4164<br>(310) 282-2000; (310) 282-2200 FAX | Attorneys for |
| Gregory Paul Goeckner<br>Lauren T. Nguyen<br>Motion Picture Association of America<br>15503 Ventura Blvd.<br>Encino, Ca 91436<br>(818) 995-6600 | Attorneys for |
| Fred Von Lohmann<br>Corynne McSherry<br>Kevin Bankston<br>Lila I. Bailey<br>Electronic Frontier Foundation<br>454 Shotwell St.<br>San Francisco, CA 94110-1914<br>(415) 436-9333; (415) 436-9993 fax<br>fred@eff.org | Attorneys for *Amici Curiae* ELECTRONIC FRONTIER FOUNDATION AND CENTER FOR DEMOCRACY & TECHNOLOGY |
| Thomas E. Moore, III<br>The Moore Law Group<br>228 Hamilton Ave., Third Floor<br>Palo Alto, CA 94301<br>(650) 798-5352; (650) 798-5001 fax<br>tmoore@moorelawteam.com | Attorneys for *Amici Curiae* ELECTRONIC FRONTIER FOUNDATION AND CENTER FOR DEMOCRACY & TECHNOLOGY |

R:\0188-10123\#proof.doc

PROOF OF SERVICE
Case No. 06-01093 FMC