1  JENNER & BLOCK LLP
2  STEVEN B. FABRIZIO (*pro hac vice*)
       sfabrizio@jenner.com
3  KATHERINE A. FALLOW (*pro hac vice*)
       kfallow@jenner.com
4  DUANE C. POZZA (State Bar No. 225933)
       dpozza@jenner.com
5
6  601 Thirteenth Street, N.W.
   Suite 1200 South
7  Washington, DC  20005
   Telephone:   202-639-6000
8  Facsimile:   202-639-6066
9
10 *Attorneys for Plaintiffs*

11              UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, <br><br> Defendants. | Case No. CV 06-1093 FMC (JCx) <br><br> **NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AT THE COURT'S EARLIEST OPPORTUNITY** <br><br> Judge:  Hon. Florence-Marie Cooper <br><br> Ctrm:  750 |

26
27
28

Dockets.Justia.com

1  **PLEASE TAKE NOTICE** that the above-named plaintiffs hereby move *ex*

2  *parte* for an order setting a case management conference at the Court's earliest

3  opportunity.  This Ex Parte Application is based on this Notice, the accompanying

4  Application; the accompanying Declaration of Steven B. Fabrizio dated March 28,

5  2008 ("Fabrizio Decl.") and exhibits; all pleadings on file with the Court, all matters

6  of which the Court may take judicial notice, and all such additional evidence and

7  argument as may be presented to the Court.

8  　　　Plaintiffs seek an immediate case management conference for the purpose of

9  having the Court order a schedule for (a) obtaining a permanent injunction against

10  defendants; and (b) the commencement of damages proceedings.  Defendants'

11  counsel has received notice of this Ex Parte Application pursuant to Local Rule 7-

12  19.1 and has indicated that defendants will consent to an immediate case

13  management conference.  Fabrizio Decl. ¶ 4.

14  　　　　　　　　　　　　　　　　Respectfully submitted,

15  Dated:  March 28, 2008　　　　　JENNER & BLOCK LLP

16  　　　　　　　　　　　　　　　　By:

17  　　　　　　　　　　　　　　　　　　Steven B. Fabrizio

18  　　　　　　　　　　　　　　　STEVEN B. FABRIZIO

19  　　　　　　　　　　　　　　　KATHERINE A. FALLOW
　　　　　　　　　　　　　　　DUANE C. POZZA

20  　　　　　　　　　　　　　　　　JENNER & BLOCK LLP

21

22  　　　　　　　　　　　　　　　KAREN R. THORLAND
　　　　　　　　　　　　　　　W. ALLAN EDMISTON

23  　　　　　　　　　　　　　　　　LOEB & LOEB LLP

24  　　　　　　　　　　　　　　　GREGORY P. GOECKNER

25  　　　　　　　　　　　　　　　LAUREN T. NGUYEN
　　　　　　　　　　　　　　　　15301 Ventura Boulevard, Bldg E

26  　　　　　　　　　　　　　　　　Sherman Oaks, CA 91403

27
　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

28

# EX PARTE APPLICATION

On December 13, 2007, the Court entered an Order granting plaintiffs' motion for terminating sanctions and directing the clerk to enter default against defendants (the "December 13 Order"); default was entered in December 17, 2007. As the Court recognized in its December 13 Order, defendants willfully destroyed vast amounts of highly relevant evidence, irrevocably prejudicing plaintiffs' ability to have a fair adjudication on the merits of their copyright infringement claims. Upon the entry of default, the allegations of plaintiffs' complaint are taken to be true. *Fair Housing of Marin v. Combs*, 285 F.3d 899, 906 (9th Cir. 2002).

Following the December 13 Order, the parties engaged in extended discussions to attempt to resolve plaintiffs' claims without further litigation. Those negotiations – themselves marked by defendants' gamesmanship and foot-dragging – have failed to yield a workable settlement of this action. Fabrizio Decl. ¶ 2. Plaintiffs are thus compelled to seek an expedited schedule for: (a) a permanent injunction against defendants to enjoin their infringement of plaintiffs' copyrighted works; and (b) the commencement of proceedings to determine and assess damages against defendants for their infringement of plaintiffs' copyrighted works. Further, in the last few days, an online source has suggested that defendants are attempting to sell or otherwise transfer the domain "torrentspy.com" – the website through which defendants encouraged and facilitated infringement of plaintiffs' copyrighted works – undoubtedly to another pirate website operator, and possibly one outside of the United States. Fabrizio Decl., Ex. 1. If such reports are true, defendants plainly would be attempting to defeat the equitable remedies to which plaintiffs are entitled upon entry of judgment, and plaintiffs may need to seek emergency pre-judgment relief.

Plaintiffs therefore request that the Court set a case management conference as early as the Court is able to hear the parties. Defendants' counsel has received notice of this Ex Parte Application pursuant to Local Rule 7-19.1 and has indicated

that defendants will consent to an immediate case management conference.  Fabrizio Decl. ¶ 4.

Respectfully submitted,

Dated:  March 28, 2008

JENNER & BLOCK LLP

By: _____
    Steven B. Fabrizio

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
   JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
   LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
   15301 Ventura Boulevard, Bldg E
   Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*