JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
   sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
   kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
   dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>    Plaintiffs,<br>    v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>    Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Florence-Marie Cooper<br><br>Ctrm: 750 |

# DECLARATION OF STEVEN B. FABRIZIO

I, Steven B. Fabrizio, declare as follows:

1. I am a partner with the law firm of Jenner & Block LLP, and represent the plaintiff motion picture studios in this action. I submit this declaration in support of Plaintiffs' Ex Parte Application for Order Setting Case Management Conference. The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues working under my supervision on this case. If called to testify as a witness, I would testify as follows:

2. Following the Court's December 13, 2007 Order, plaintiffs diligently and in good faith pursued settlement negotiations with defendants in an effort to reach a negotiated resolution of this action. The parties, however, have been unable to reach a settlement. Moreover, given what I perceive to have been defendants' deliberate stalling and foot-dragging during a multi-month negotiations process, there is reason question whether defendants ever intended the negotiations to lead to a settlement.

3. In the last few days, at least one news article has surfaced suggesting that defendants may be offering or attempting to transfer the domain torrentspy.com, possibly even to other pirate website operators. Attached as Exhibit 1 is a true and correct copy of a printout from the website torrentfreak.com, printed on March 27, 2008.

4. On March 27, 2008, I informed defendants' counsel, Kirk Retz, that plaintiffs intended to file their Ex Parte Application for Order Setting Case Management Conference, and that plaintiffs would be making that application today. Mr. Retz advised me that, unless I heard from him to the contrary before filing, plaintiffs could represent to the Court that defendants consent to plaintiffs' request for an immediate case management conference. I have not heard from Mr.

Retz to the contrary, and accordingly plaintiffs are able to report defendants' consent to their application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2008, in Washington, D.C.

_____
Steven B. Fabrizio