JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
   sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
   kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
   dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>      Plaintiffs,<br>  v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>      Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SETTING CASE MANAGEMENT CONFERENCE** |

LA1754786.1
203351-10010

**NOTICE OF LODGING OF
[PROPOSED] ORDER RE PLS.' EX PARTE
APP. FOR ORDER SETTING CASE
MANAGEMENT CONFERENCE**

Dockets.Justia.com

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 28, 2008, a [Proposed] Order Regarding Plaintiffs' Ex Parte Application for Order Setting Case Management Conference was lodged with the court in the above-captioned action, a true and correct copy of which is attached hereto as Exhibit 1.

Dated: March 28, 2008

        LOEB & LOEB LLP
        Karen R. Thorland


By: _____/s/_____
   KAREN R. THORLAND
   Attorney for Plaintiffs

LA1754786.1
203351-10010

NOTICE OF LODGING OF
[PROPOSED] ORDER RE PLS.' EX PARTE
APP. FOR ORDER SETTING CASE
MANAGEMENT CONFERENCE