## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | March 31, 2008 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER ON EX PARTE APPLICATION   (In Chambers)

The Court has read and considered plaintiffs' Ex Parte Application for Order Setting Case Management Conference [338]. The Court deems it unnecessary to schedule a conference, and sets the following dates:

Plaintiffs are to file and serve their proposed Permanent Injunction by April 14, 2008. Any objections to the injunction are to be filed and served by April 21. The Court will thereupon take the request under submission.

The matter is set for default prove-up hearing on **Thursday, April 17, 2008 at 9:00 a.m.**

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

Dockets.Justia.com