JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
   sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
   kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
   dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>        Plaintiffs,<br>   v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>        Defendants. | Case No. CV-06-1093 FMC (JCx)<br><br>DISCOVERY MATTER<br><br>**PLAINTIFFS' REPLY RE NOTICE OF STATUS RE EX PARTE APPLICATION FOR A REPORT AND RECOMMENDATION FOR EVIDENTIARY SANCTIONS FOR VIOLATION OF COURT'S MAY 29 ORDER**<br><br>Judge: Hon. Jacqueline Chooljian<br>Ctrm: 20 |

PLS.' REPLY RE NOTICE OF STATUS
RE EX PARTE APP. FOR REPORT &
RECOMMENDATION FOR EVID. SANCTIONS
FOR VIOLATION OF COURT'S MAY 29 ORDER

Dockets.Justia.com

Given that the Court may reasonably have been under the impression that the default entered in this case against defendants obviated the need for a ruling on plaintiffs' Ex Parte Application for a Report and Recommendation for Evidentiary Sanctions for Violation of the Court's May 29 Order, Docket No. 317 (the "Application"), plaintiffs filed their Notice of Status and Request re Ex Parte Application for Report and Recommendation for Evidentiary Sanctions for Violation of Court's May 29 Order (the "Notice") on March 28, 2008. Defendants' "opposition" to that Notice merely reargues substantive points defendants made (and plaintiffs refuted) in the briefing on the Application. Accordingly, plaintiffs will not respond to the substance of defendants' opposition.

However, there are two new facts that plaintiffs wish to bring to the Court's attention:

First, by order dated March 31, 2008, Judge Cooper has set a schedule for further proceedings in this case. Plaintiffs are to file a proposed Permanent Injunction by April 14, 2008, and defendants must file objections by April 21, 2008. Further, the Court has set a default prove-up hearing for April 17, 2008. The Court's schedule makes expeditious resolution of the pending Application all the more important.

Second, within the last several days, defendants have completely shut down the TorrentSpy website. Defendants, *by their own admission*, have taken this step (in further violation of the May 29 Order) for the express purpose of frustrating enforcement of the Court's May 29 Order:

> [T]he Court demanded actions that in our view were inconsistent with our privacy policy, traditional court rules, and International law; therefore, we now feel compelled to provide the ultimate method of privacy protection for our users - permanent shutdown.

PLS.' FURTHER REPLY RE OF STATUS
RE EX PARTE APP. FOR REPORT &
RECOMMENDATION FOR EVID. SANCTIONS
FOR VIOLATION OF COURT'S MAY 29 ORDER

2

*See* Goodbye TorrentSpy, www.torrentspy.com (last visited Apr. 1, 2008), attached hereto as Exhibit 1.

Defendants' recent action in shutting down the TorrentSpy website has rendered the Server Log Data permanently unavailable. To be clear, defendants were free to shut down the TorrentSpy website – but ***only after*** complying with the Court's May 29 Order. Defendants' violation of the May 29 Order has irrevocably destroyed crucial evidence demonstrating the extent to which TorrentSpy users directly infringed plaintiffs' copyrighted motion pictures and television programs. The evidentiary sanctions requested in the pending Application therefore remain relevant to the imminent default prove-up proceedings.

Accordingly, plaintiffs respectfully request that Your Honor consider and rule on the pending Application.

Respectfully submitted,

Dated: April 2, 2008      JENNER & BLOCK LLP

By: _____
Steven B. Fabrizio

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
   JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
   LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
   15301 Ventura Boulevard, Bldg E
   Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*

3

PLS.' FURTHER REPLY RE OF STATUS
RE EX PARTE APP. FOR REPORT &
RECOMMENDATION FOR EVID. SANCTIONS
FOR VIOLATION OF COURT'S MAY 29 ORDER