JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
    sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
    kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
    dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>      Plaintiffs,<br>  v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>      Defendants. | Case No. 2:06-cv-01093-FMC-JCx<br><br>**[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO PRESERVE ASSETS** |

Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction to Preserve Assets, having come before the Court, the Court has considered the Application and the accompanying Memorandum of Points and Authorities, Declaration of Steven B. Fabrizio dated April 4, 2008, and exhibits thereto.  Based on the pleadings before it, and all matters of record in this action, and having found that this is a proper case for granting a temporary restraining order and an order to show cause why a preliminary injuction should not issue, and that plaintiffs will suffer irreparable harm unless the requested temporary restraining order is granted:

IT IS HEREBY ORDERED that the Application is granted, and defendants, and any of their officers, agents, servants, employees, or persons in active concert or participation with any of them, are hereby restrained and enjoined from selling, transferring or otherwise disposing of the torrentspy.com domain, or the technology that comprises the TorrentSpy website, either by acting individually or through any corporation or other entity that they own, control or operate, until ~~such time as the Court has considered and ruled on plaintiffs' proposed final injunctive relief.~~ **the hearing date of April 17, 2008.**

IT IS HEREBY FURTHER ORDERED that defendants show cause at <u>9:00 a.m. on April 17, 2008</u>, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Florence-Marie Cooper, Los Angeles, California, why defendants, and any of their officers, agents, servants, employees, or persons in active concert or participation with any of them, should not be preliminarily enjoined from selling, transferring or otherwise disposing of the torrentspy.com domain, or the technology that comprises the TorrentSpy website, either by acting individually or through any corporation or other entity that they own, control or operate, until such time as the Court has considered and ruled on plaintiffs' proposed final injunctive relief.

1     A copy of this Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction to Preserve Assets, together with all accompanying legal memoranda, declarations, and exhibits, shall be served upon defendants on or before <u>April 7, 2008</u>. Defendants' opposition papers shall be filed and served by email on plaintiffs' counsel on or before <u>April 11, 2008</u>. Plaintiffs' reply papers shall be filed and served by email on or before <u>April 15, 2008</u>.

    Plaintiff shall ~~not~~ be required to post ~~upon the issuance~~ **bond prior to the effectiveness** of this Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction to Preserve Assets, **in the amount of $100,000**.

    IT IS SO ORDERED.

Dated: April 4, 2008

*[signature: Florence-Marie Cooper]*

_____
HON. FLORENCE-MARIE COOPER
U.S. DISTRICT COURT JUDGE