JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
  sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
  kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
  dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

LOEB & LOEB LLP
KAREN R. THORLAND (SBN 170292)
  kthorland@loeb.com
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., ET AL.,<br>    Plaintiffs,<br>    v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>    Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**NOTICE OF POSTING OF BOND** |

Dockets.Justia.com

Pursuant to the Court's April 4, 2008 Temporary Restraining and Order to Show Cause Re Preliminary Injunction to Preserve Assets, Plaintiffs have posted and the Clerk has approved the Bond in the amount of One Hundred Thousand dollars ($100,000), a true and correct copy of which is attached hereto as Exhibit A.

Dated: April 7, 2008           LOEB & LOEB LLP
                               KAREN R. THORLAND


                               By: /s/_____
                               KAREN R. THORLAND
                               Attorney for Plaintiffs