# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01093-FMC-JCx | Date | April 7, 2008 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |  |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**　　ORDER ON EX PARTE APPLICATION　　(In Chambers)

The Court has read and considered Defendants' Ex Parte Application for Leave to File a Memorandum in Connection with Default Hearing (docket no. 348), filed April 7, 2008, and Plaintiffs' Opposition thereto. Unlike DirecTV, Inc. v. Huynh, 503 F.3d 847 (9th Cir. 2007), in which default judgment was entered after the defendants failed to appear, the Court here has already considered, and Defendants have had opportunity to attack, the sufficiency of Plaintiffs' claims. In denying Defendants' Motion to Dismiss, the Court concluded that "Plaintiffs have sufficiently set forth their claim that Defendants are liable on theories of contributory and vicarious copyright infringement." (May 10, 2006 Order Den. Defs.' Mot. to Dismiss for Failure to State a Claim (docket no. 22) at 8.) Accordingly, briefing on the sufficiency of Plaintiffs' claims in light of the factual allegations in the Complaint is neither necessary nor appropriate at this time. Defendants' request to file a memorandum of points and authorities is DENIED.

Plaintiffs shall submit their declarations in support of damages no later than April 21, 2008. Defendants shall submit any declarations in opposition to damages by April 28, 2008.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM |  |