```
Ira P. Rothken - Bar No. 160029
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, California 94949-8271
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
District Court Counsel


Thomas J. Polis - Bar No. 119326
POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com
Bankruptcy Counsel

Counsel for Defendant,
Forrest Parker
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN BUNNELL, et al., <br><br> Defendants. | Case No. 06-01093 FMC (JCx) <br><br> **NOTICE OF BANKRUPTCY STAY** |

**PLEASE TAKE NOTICE** that on April 7, 2008 Defendant, Forrest Parker, commenced a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code (11 U.S.C. 101, et seq.) Defendant Forrest Parker's Chapter 7 bankruptcy case is presently pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division and is designated Case No. LA 08-14538 BR.

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that as a result of Defendant |
| 2 | Forrest Parker's April 7, 2008 bankruptcy filing, the imposition of the |
| 3 | automatic stay of Section 362 of the Bankruptcy Code went into effect to |
| 4 | immediately stay any and all litigation matters, including but, without limitation |
| 5 | the above-captioned action pending in this Court. |

DATED: APRIL 11, 2008          POLIS & ASSOCIATES, APLC


                               By:   /s/ Thomas J. Polis
                                     Thomas J. Polis
                                     Attorneys for Forrest Parker

EXHIBIT A

EXHIBIT A

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 7, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Forrest William Parker<br>5735 Dawn Creek<br>Playa Vista, CA 90094 | Case Number:<br>2:08-bk-14538-BR |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx-xx-6879 |
| Attorney for Debtor(s) (name and address):<br>Thomas J Polis<br>Polis & Associates, APLC<br>19800 MacArthur Blvd<br>Ste 1000<br>Irvine, CA 92612-2433<br>Telephone number: 949-862-0040 | Bankruptcy Trustee (name and address):<br>Timothy Yoo<br>Robinson, Diamant & Wolkwitz<br>1888 Century Park East, #1500<br>Los Angeles, CA 90067<br>Telephone number: (310) 277-7400 |

### Meeting of Creditors

Date: **May 8, 2008**  Time: **08:00 AM**
Location: **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: July 7, 2008**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213-894-3118 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM - 4:00 PM | Date: April 9, 2008 |
| (Form rev. 12/07:341-B9A) | / |