Columbia Pictures Industries Inc v. Bunnell Doc. 355

**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes
Parker and Valence Media, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>Defendants. | **Case No. 06-01093 FMC (JCx)**<br><br>DECLARATION OF JARED R. SMITH IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION RE RETENTION OF ASSETS<br><br>Date: April 17, 2008<br>Time: 9:00 a.m.<br>Judge: Florence Marie Cooper<br>Ctrm: 750 |



Dockets.Justia.com

I, Jared R. Smith, declare:

1. I am an attorney at law licensed to practice before this court and associated with the Rothken Law Firm LLP, counsel for defendants in this action and make this declaration in opposition to Plaintiffs' request that "defendants, and any of their officers, agents, servants, employees, or persons in active concert or participation with any of them," "be preliminarily enjoined from selling, transferring or otherwise disposing of the torrentspy.com domain, or the technology that comprises the TorrentSpy website either acting individually or through any corporation or other entity that they own, control, or operate." All statements made herein are on personal knowledge unless otherwise stated. If called as a witness, I could competently testify as to the facts herein stated.

2. As disclosed in discovery responses in this action, the torrentspy.com domain name is not owned by any named defendant, but is and at all times relevant herein and since 2003 has been owned by Sharestream, Inc., a separate Nevis corporation. Attached hereto as Exhibit A is a true and correct copy of relevant pages of Defendants' Third Supplemental Objections and Responses to Special Interrogatories, Response to Interrogatory No. 1 in which Defendants attested to these facts.

3. A standard Whois lookup of the torrentspy.com domain name reveals that Sharestream was and is at all relevant times herein the true and correct owner of the Torrentspy.com domain name. Attached hereto as Exhibit B is a true and correct copy of a current printout of the Whois page regarding the domain name, torrentspy.com, evidencing that it still is owned by Sharestream, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct. Dated: April 11, 2008.

/s/

Jared R. Smith

EXHIBIT A

Ira P. Rothken (SBN #160029)
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

Kirk J. Retz (#170208)
Deann Flores Chase (#183937)
RETZ & HOPKINS, LLP
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes
Parker and Valence Media, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., | ) | **Case No. 06-01093 FMC** |
| Plaintiffs, | ) | |
| vs. | ) | **DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SPECIAL INTERROGATORIES** |
| JUSTIN BUNNELL, | ) | **[Fed.R.Civ.P. 33]** |
| Defendants. | ) | |

Defendants Justin Bunnell, Forrest Parker, Wes Parker and Valence Media, Ltd. (collectively referred to herein as "defendants" or "Responding Parties") hereby

supplement for a third time, respond and object to Defendant's First Set of Interrogatories, dated August 4, 2006, as follows:

## INTRODUCTION

Responding Parties have not fully completed the investigation of the facts of this case, have not fully completed discovery in this action, and have not completed preparation for trial. All of the responses herein are based on information presently available to and specifically known to Responding Parties. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional information, and Responding Parties specifically reserve the right to amend, modify or supplement these Responses based on such additional information.

## GENERAL OBJECTIONS

The following objections apply to each Interrogatory:

Responding Parties object to the discovery to the extent it calls for the disclosure, implicitly or explicitly, of matters protected from discovery by the attorney-client or attorney-work product privileges.

Responding Parties object to the discovery to the extent it calls for the disclosure, implicitly or explicitly, of information protected by any Responding Parties' rights of privacy, financial privacy and rights pertaining to proprietary business information, trade secret, confidential business information or competitively-sensitive information. Responding Parties further object to the extent the discovery call for the disclosure of private information, including but not limited to private financial information, of a consumer.

Responding Parties object to the discovery to the extent it is unduly burdensome and oppressive or the information requested is equally available to the propounding party.

Responding Parties object to the discovery to the extent it calls for the premature disclosure of expert witness testimony or information.

Responding Parties object to the discovery to the extent it requests information that is not relevant to any claim or defense in the action, or not reasonably calculated to lead to the discovery of admissible evidence.

These General Objections are hereby incorporated into each discovery response set forth below.

## RESPONSES TO INTERROGATORIES

1. Identify each individual or entity (including all subsidiaries and parent corporations) that owns, operates, controls, or holds an ownership interest in any part of TorrentSpy or has in the past owned, operated, controlled, or held an ownership interest in any part of TorrentSpy, as well as all officers, directors, and/or owners of any such entities that are not natural persons.

**RESPONSE:**

Responding Party objects to this request as calling for the disclosure, implicitly or explicitly, of information protected by defendant's rights of privacy, financial privacy and rights pertaining to proprietary business information, trade secret, confidential business information or competitively-sensitive information. Responding Party further objects to this request based on the right of privacy via statute, constitution, and common law, and as calling for the disclosure of private information, including but not limited to, private financial and other sensitive information, of a consumer.

Responding Party objects to this request as unduly burdensome, vague, ambiguous, overbroad, and calls for legal conclusion.

Without waiving these objections, Responding Parties respond as follows:

The Torrentspy.com domain name is owned by Sharestream, Ltd.
Torrentspy.com is owned by:

Valence Media, Ltd.
Hunkins Plaza 556, Main Street
Charlestown, Nevis

Incorporated in Nevis and St. Kitts

Prior to the incorporation of Valence Media, Ltd. in early 2005, TorrentSpy was owned by Zerobit Studios, LLC.

Valence Media is owned by defendants; Justin Bunnell, Chairman and CEO; Forrest Parker, Secretary and Chief Technology Officer; Wes Parker, Chief Operating Officer.

Sharestream, Ltd. is owned by Justin Bunnell, who is the sole officer of this Nevis corporation.

2. Identify all individuals or entities with which Defendants, or any individual or entity identified in response to Interrogatory No. 1, have entered into contracts or other beneficial arrangements related to TorrentSpy, including any paid consultants.

**RESPONSE:**

Responding Party objects to this request as calling for the disclosure, implicitly or explicitly, of information protected by defendant's rights of privacy, financial privacy and rights pertaining to proprietary business information, trade secret, confidential business information or competitively-sensitive information. Responding Party further objects to this request based on the right of privacy via statute, constitution, and common law, and as calling for the disclosure of private information, including but not limited to, private financial and other sensitive information, of a consumer.

Responding Party objects to this request as unduly burdensome, vague, ambiguous, overbroad, calls for legal conclusion, misleading, and on the ground that this interrogatory calls for information that is not relevant to the claim or defense of any party to this action and not reasonably calculated to lead to the discovery of admissible evidence. Without waiver of the above objections: Justin Bunnell, Wes Parker, and Forrest Parker, Searching Corporation. In addition, the following is a list of advertisers that can be recalled and discerned at this time:

Torrentspy.com consists primarily of a crawler that uses automated processes to crawl the Internet and web looking for dot torrent files and then provides links to them and/or otherwise caches them much like Google.com and then when a search query is entered by an end user on the search engine site a result web page or pages occurs of links to dot torrent files based on string name matches amongst other things. The search mechanism above is capable of substantial non infringing uses much like Google is.

This case and its discovery are in the early stages, discovery has not yet been completed, and discovery and investigation of the case is continuing. Responding Parties specifically reserve the right to amend, modify or supplement this Response.

Dated: June 14, 2007

ROTHKEN LAW FIRM LLP

By: Ira P. Rothken, Esq., (State Bar #160029)
Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes
Parker and Valence Media, Ltd.

Ira P. Rothken (SBN #160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

## VERIFICATION

I, JUSTIN BUNNELL, declare that:

I am a defendant and an officer of defendant VALENCE MEDIA, LTD. in the above-entitled action. I have read the foregoing **DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SPECIAL INTERROGATORIES** and know the contents thereof. The same is true of my own knowledge, except as to those matters therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Dated: June 14, 2007

Justin Bunnell

JUSTIN BUNNELL

# VERIFICATION

I, FORREST PARKER, declare that:

I am a defendant in the above-entitled action. I have read the foregoing **DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SPECIAL INTERROGATORIES** and know the contents thereof. The same is true of my own knowledge, except as to those matters therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Dated: June 14, 2007

FORREST PARKER

## VERIFICATION

I, WESLEY PARKER, declare that:

I am a defendant in the above-entitled action. I have read the foregoing **DEFENDANTS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SPECIAL INTERROGATORIES** and know the contents thereof. The same is true of my own knowledge, except as to those matters therein stated upon my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Dated: June 14, 2007

WESLEY PARKER

PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On June 15, 2007, I served the within:

**DEFENDANTS' THIRD SUPPLMENTAL OBJECTIONS AND RESPONSES TO SPECIAL INTERROGATORIES**

By EMAIL and FEDEX by placing a copy in a sealed envelope, postage prepaid and depositing in a FEDEX BOX addressed as follows:

**VIA EMAIL and FEDEX**
**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
310-282-2000
Email: kthorland@loeb.com

**VIA EMAIL and FEDEX**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
601 Thirteenth Street NW, Suite 1200 South
Washington, DC 20005
202-639-6000
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

**VIA FEDEX**
**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
818-995-6600

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 15, 2007.

EXHIBIT B

Start a domain search: .com GO! Today's Offers SALE 24/7 Sales & Support: (480)505-8877

Go Daddy .com The web is your Domain!™ ICANN Domain Confirmation GET .TV $19.99 .TV SALE! The perfect domain for video & entertainment! NEW! Bob Parsons TV! Our brand new commercial. Danica's checkered new role. Network's surprise reaction. Go Daddy vs The Blue Pill.

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions | Reseller Plans

# WHOIS Search Results for: TORRENTSPY.COM

Search Again
Enter a Domain Name to Check
.com GO

; This data is provided by domaindiscount24.com
; for information purposes, and to assist persons obtaining information
; about or related to domain name registration records.
; domaindiscount24.com does not guarantee its accuracy.
; By submitting a WHOIS query, you agree that you will use this data
; only for lawful purposes and that, under no circumstances, you will
; use this data to
; 1) allow, enable, or otherwise support the transmission of mass
; unsolicited, commercial advertising or solicitations via E-mail
; (spam); or
; 2) enable high volume, automated, electronic processes that apply
; to this WHOIS server.
; These terms may be changed without prior notice.
; By submitting this query, you agree to abide by this policy.

DOMAIN: TORRENTSPY.COM

RSP: domaindiscount24.com
URL: http://www.dd24.net

created-date: 2003-09-24
updated-date: 2007-08-29
registration-expiration-date: 2008-09-24

owner-contact: P-NZA36
owner-organization: Sharestream, Ltd
owner-fname: Network
owner-lname: Admin
owner-street: PO Box 556 Hunkins Plaza
owner-city: Charlestown
owner-zip: N/A
owner-country: SH
owner-phone: 8694690211
owner-email: admin@torrentspy.com

admin-contact: P-NZA36
admin-organization: Sharestream, Ltd
admin-fname: Network
admin-lname: Admin
admin-street: PO Box 556 Hunkins Plaza
admin-city: Charlestown
admin-zip: N/A
admin-country: SH
admin-phone: 8694690211
admin-email: admin@torrentspy.com

tech-contact: P-NZA36
tech-organization: Sharestream, Ltd
tech-fname: Network
tech-lname: Admin
tech-street: PO Box 556 Hunkins Plaza
tech-city: Charlestown
tech-zip: N/A
tech-country: SH
tech-phone: 8694690211
tech-email: admin@torrentspy.com

billing-contact: P-NZA36
billing-organization: Sharestream, Ltd
billing-fname: Network
billing-lname: Admin

Available TLDs

| | |
|---|---|
| TORRENTSPY.NAME | $14.99/yr |

You might also consider:

| | |
|---|---|
| TORRENTSPYONLINE.COM | $9.99/yr |
| ONLINETORRENTSPY.COM | $9.99/yr |
| TORRENTSPYSITE.NET | $8.99/yr SAVE! |
| SITETORRENTSPY.NET | $8.99/yr SAVE! |
| TORRENTSPYSTORE.ORG | $7.99/yr SAVE! |
| STORETORRENTSPY.ORG | $7.99/yr SAVE! |
| TORRENTSPYTODAY.INFO | $0.99/yr SAVE! |
| TODAYTORRENTSPY.INFO | $0.99/yr SAVE! |
| TORRENTSPYBLOG.BIZ | $14.99/yr |
| BLOGTORRENTSPY.BIZ | $14.99/yr |
| TORRENTSPYNOW.US | $12.99/yr |

REGISTER NOW!

billing-street: PO Box 556 Hunkins Plaza
billing-city: Charlestown
billing-zip: N/A
billing-country: SH
billing-phone: 8694690211
billing-email: admin@torrentspy.com

nameserver: ns1.dnshawk.com
nameserver: ns2.dnshawk.com

; Please register your domains at
; http://www.dd24.net

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

24/7 Sales and Support: (480) 505-8877 Billing Questions? Call (480)505-8855 Free Email Updates! Enter address GO

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Resellers | Link to Us

GoDaddy.tv | GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com

DomainNameAftermarket.com | GoDaddyConnections.com

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers