Columbia Pictures Industries Inc v. Bunnell Doc. 359

**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes Parker and Valence Media, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>Defendants. | Case No. 06-01093 FMC (JCx)<br><br>OBJECTIONS OF DEFENDANTS TO PLAINTIFFS' EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION RE RETENTION OF ASSETS<br><br>Date: April 17, 2008<br>Time: 9:00 a.m.<br>Judge: Florence Marie Cooper<br>Ctrm: 750 |



Dockets.Justia.com

Defendants hereby object to the following evidence submitted in support of Plaintiffs' application for preliminary injunction:

## I. Declaration of Steven B. Fabrizio

### A. Objections to the Evidence in its Entirety

Defendants object to the DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO PRESERVE ASSETS in its entirety, and all exhibits attached thereto (Exhibits 1, 2 and 3), on the grounds that they contain and constitute, and the opinions contained therein are based on, inadmissible hearsay, Fed.R.Evid. 801, 802; lack of qualifications of the witness to testify as an expert regarding the matters testified to, Fed.R.Evid. 702; improper and inadmissible lay opinion testimony, Fed.R.Evid. 701; lack of foundation, Fed.R.Evid. 901; lack of relevance, Fed.R.Evid. 401, 402; relevance is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact, Fed.R.Evid. 403; testimony constitutes and is based on a legal opinion regarding an ultimate legal issue in the case, and is not helpful to the trier of fact, Fed.R.Evid. 403.

### B. Specific Objections

Defendants object to the specific contents of the Fabrizio Declaration, as follows:

1. Page 2, line 11 through line 13:

   "**Defendants, by their own admission, have taken this step for the express purpose of frustrating enforcement of the Magistrate Judge's May 29 Order requiring the preservation and production of server log data**"

OBJECTIONS: inadmissible hearsay, Fed.R.Evid. 801, 802; lack of qualifications of the witness to testify as an expert regarding the matters

testified to, Fed.R.Evid. 702; improper and inadmissible lay opinion testimony, Fed.R.Evid. 701; lack of foundation, Fed.R.Evid. 901; lack of relevance, Fed.R.Evid. 401, 402; relevance is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact, Fed.R.Evid. 403; testimony constitutes and is based on a legal opinion regarding an ultimate legal issue in the case, and is not helpful to the trier of fact, Fed.R.Evid. 403.

2. Page 2, line 14 through line 20,

> "**According to defendants:**
>
> > **[T]he Court demanded actions that in our view were inconsistent with our privacy policy, traditional court rules, and International law; therefore, we now feel compelled to provide the ultimate method of privacy protection for our users - permanent shutdown.**
>
> **A true and correct copy of a printout from the home page of the website www.torrentspy.com is attached hereto as Exhibit 1."**

OBJECTIONS: inadmissible hearsay, Fed.R.Evid. 801, 802; improper and inadmissible lay opinion testimony, Fed.R.Evid. 701; lack of foundation, Fed.R.Evid. 901; lack of relevance, Fed.R.Evid. 401, 402; relevance is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact, Fed.R.Evid. 403; testimony constitutes and is based on a legal opinion regarding an ultimate legal issue in the case, and is not helpful to the trier of fact, Fed.R.Evid. 403.

3. Page 2, line 21 through line 28

> **"Moreover, since the shutdown of the TorrentSpy website, there have been at least two reports on the Internet suggesting that defendants may be offering or attempting to transfer the domain torrentspy.com, possibly even to other pirate website operators. Attached as Exhibit 2 is a true and correct copy of a printout from the website torrentfreak.com, printed on March 27, 2008. Attached as Exhibit 3**

**is a true and correct copy of a printout from the website www.dnforum.com," printed on April 4, 2008.”**

OBJECTIONS: inadmissible hearsay, Fed.R.Evid. 801, 802; lack of qualifications of the witness to testify as an expert regarding the matters testified to, Fed.R.Evid. 702; improper and inadmissible lay opinion testimony, Fed.R.Evid. 701; lack of foundation, Fed.R.Evid. 901; lack of relevance, Fed.R.Evid. 401, 402; relevance is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact, Fed.R.Evid. 403; testimony constitutes and is based on a legal opinion regarding an ultimate legal issue in the case, and is not helpful to the trier of fact, Fed.R.Evid. 403.

4. Exhibit 1, Exhibit 2 and Exhibit 3

OBJECTIONS: Based upon and constitute inadmissible hearsay, Fed.R.Evid. 801, 802; lack of qualifications of the witness who prepared the exhibits to testify as an expert regarding the matters testified to, Fed.R.Evid. 702; improper and inadmissible lay opinion testimony, Fed.R.Evid. 701; lack of foundation, Fed.R.Evid. 901; lack of relevance, Fed.R.Evid. 401, 402; relevance is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the trier of fact, Fed.R.Evid. 403; testimony constitutes and is based on a legal opinion regarding an ultimate legal issue in the case, and is not helpful to the trier of fact, Fed.R.Evid. 403.

Dated: April 14, 2008

ROTHKEN LAW FIRM LLP

____________/s/_________________

Ira P. Rothken