Columbia Pictures Industries Inc v. Bunnell Doc. 363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:06-cv-01093-FMC-JCx | Date | April 17, 2008 |
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| | |
|---|---|
| Present: The Honorable | FLORENCE-MARIE COOPER |

| | | |
|---|---|---|
| Alicia Mamer | Sheri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Steven B Fabrizio | Kirk J Retz |

**Proceedings:** ORDER TO SHOW CAUSE HEARING

The Court is advised of the Chapter 7 bankruptcy filing by defendant Forrest Parker.

The Court hears brief oral argument from the parties and takes its ruling UNDER SUBMISSION. Final ruling shall issue by separate order. The Temporary Restraining Order remains in full force and effect until the Court's final order is entered.

: N/A

Initials of Preparer AM



Dockets.Justia.com