O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES, INC., et al., Plaintiffs, vs. JUSTIN BUNNELL, et al., Defendants. | 2: 06-cv-01093-FMC-JCx **PRELIMINARY INJUNCTION** |

On April 17, 2008, the parties appeared before the Court on an Order to Show Cause Re: Preliminary Injunction against Defendants, to preserve assets until such time as the Court has considered and ruled on Plaintiffs' proposed final injunctive relief. Having considered the issues raised at the hearing and reviewed the evidence cited there and in the parties' papers, the Court determines that Plaintiffs have shown a probability of success on the merits, that Plaintiffs will suffer irreparable injury unless a preliminary injunction issues, and that issuance of the injunction is in the public interest.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants, and any of their officers, agents, servants, employees, or persons in active concert or participation with any of them, are hereby restrained and

Dockets.Justia.com

enjoined from selling, transferring, or otherwise disposing of the torrentspy.com domain, or the technology that comprises the TorrentSpy website, either by acting individually or through any corporation or other entity that they own, control or operate, until such time as the Court has considered and ruled on Plaintiffs' proposed final injunctive relief.

The bond that Plaintiffs posted in the amount of $100,000 upon the issuance of the April 4, 2008 Temporary Restraining Order shall be, and hereby is, converted to a bond for the purposes of this Preliminary Injunction.

April 17, 2008

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT