KAREN R. THORLAND (SBN 172092)
kthorland@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
PH: 310-282-2000
FAX: 310-282-2200

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.<br>PLAINTIFF(S)<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC and DOES 1-10,<br>DEFENDANT(S). | CASE NUMBER:<br>CV-06-1093 FMC (JCx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Duane C. Pozza in Support of Plaintiffs' Motion for Entry of Default Judgment by the Court (Volume 1, Pages 1 to 350; Volume 2, Pages 326 to 650; Volume 3, Pages 651 to 975; and Volume 4, Pages 976 to 1250); Plaintiffs' Application for Filing Documents Under Seal; [Proposed] Order re Application

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other Declaration and Voluminous Exhibits

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated ________________________

☐ Manual Filing required (*reason*):

April 21, 2008
Date

/s/ Karen R. Thorland
Attorney Name

Attorney for Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com