JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

LODGED
08 APR 15 PM 2:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>The Hon. Florence-Marie Cooper<br><br>**~~[PROPOSED]~~ ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** |



Dockets.Justia.com

Plaintiffs' Application for Filing Documents Under Seal, having come before the Court, the Court has considered the application and the documents proposed to be filed under seal. Based on the foregoing, for good cause shown, and pursuant to the Protective Order entered in this case,

IT IS HEREBY ORDERED THAT the Reply in Support of Plaintiffs' Application for Preliminary Injunction to Preserve Assets and Reply Declaration of Steven B. Fabrizio in Support of Plaintiffs' Application for a Preliminary Injunction to Preserve Assets are hereby filed under seal.

IT IS SO ORDERED.

Dated: APR 1 8 2008, 2008 Florence-Marie Cooper

HON. FLORENCE-MARIE COOPER
U.S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 15, 2008, I served a true copy of the **[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** on the parties in this cause

[X] ***(VIA OVERNIGHT DELIVERY)*** by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

[X] (***ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION***) based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the respective e-mail address of the party as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Kirk J. Retz, Esq.
Law Offices of Kirk J. Retz
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

**Email: kretz@retzlaw.com**

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net**

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all

correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008, at Los Angeles, California.

Vicki S. Henderson