Columbia Pictures Industries Inc v. Bunnell
Doc. 367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**THIS DOCUMENT IS CURRENTLY**

**UNDER SEAL**

**AND**

**IS RESTRICTED FROM**

**PUBLIC VIEWING**



Dockets.Justia.com