JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, | Case No. CV-06-1093 FMC (JCx) |
| Plaintiffs, | **DECLARATION OF ALFRED CLINTON PERRY IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | Date: May 5, 2008 |
| JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, | Time: 10:00 a.m. |
| Defendants. | Crtrm: 750 |
| | Judge: Hon. Florence-Marie Cooper |

## DECLARATION OF ALFRED PERRY

I, Alfred Clinton Perry, hereby declare, under oath, as follows:

1. I am the Vice President, Content Protection, Intellectual Property for Paramount Pictures Corporation ("Paramount"), one of the plaintiffs in this action. The facts contained herein are based on my personal knowledge, or my review of corporate books and records and inquiry of appropriate corporate personnel. If called and sworn as a witness, I could competently testify thereto.

2. As the Vice President, Content Protection, Intellectual Property at Paramount, I am knowledgeable with respect to the records of Paramount in relation to its copyrights and the registration and recording of its copyrighted works with the United States Copyright Office.

3. Paramount, by itself and through its related and affiliated companies, is engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, video/DVDs and related products.

4. Paramount is the owner of the copyright or exclusive online distribution rights under the United States Copyright Act for each of the works listed in Exhibit 1 annexed hereto.

5. Paramount has never licensed to any of the defendants the right to distribute or reproduce (*i.e.*, in this context, download, upload or exchange), or to authorize others to distribute or reproduce, any of its motion pictures or other works, including those works in Exhibit 1 hereto. In addition, Paramount has never authorized the free and unrestricted distribution or downloading of any of its motion pictures, including those works in Exhibit 1, through the BitTorrent network or the Internet in general.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008.

Alfred Clinton Perry