Columbia Pictures Industries Inc v. Bunnell Doc. 370

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV-06-1093 FMC (JCx)<br><br>**DECLARATION OF DAVID KAPLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 5, 2008<br><br>Time: 10:00 a.m.<br><br>Crtrm: 750<br><br>Judge: Hon. Florence-Marie Cooper |



Dockets.Justia.com

**DECLARATION OF DAVID KAPLAN**

I, David Kaplan, hereby declare, under oath, as follows:

1. I am the Vice President Intellectual Property Counsel for Warner Bros. Entertainment Inc. ("Warner Bros."), one of the plaintiffs in this action. The facts contained herein are based on my personal knowledge, or my review of corporate books and records and inquiry of appropriate corporate personnel. If called and sworn as a witness, I could competently testify thereto.

2. As the Vice President Intellectual Property Counsel at Warner Bros., I am knowledgeable with respect to the records of Warner Bros. in relation to its copyrights and the registration and recording of its copyrighted works with the United States Copyright Office.

3. Warner Bros., by itself and through its related and affiliated companies, is engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and related products.

4. Warner Bros. is the owner of the copyright or exclusive online distribution rights under the United States Copyright Act for each of the works listed in Exhibit 1 annexed hereto.

5. Warner Bros. has never licensed to any of the defendants the right to distribute or reproduce (*i.e.*, in this context, download, upload or exchange), or to authorize others to distribute or reproduce, any of its motion pictures or television programs or other works, including those works in Exhibit 1 hereto. In addition, Warner Bros. has never authorized the free and unrestricted distribution or downloading of any of its motion pictures or television programs, including those works in Exhibit 1, through the BitTorrent network or the Internet in general.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008.

David Kaplan