Columbia Pictures Industries Inc v. Bunnell Doc. 371

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, | ) Case No. CV-06-1093 FMC (JCx) |
| Plaintiffs, | ) **DECLARATION OF STEVE KANG IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | ) Date: May 5, 2008 |
| JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, | ) Time: 10:00 a.m. |
| Defendants. | ) Crtrm: 750<br>) Judge: Hon. Florence-Marie Cooper |



Dockets.Justia.com

## DECLARATION OF STEVE KANG

I, Steve Kang, hereby declare, under oath, as follows:

1. I am the Vice President and Senior Counsel, Antipiracy Legal Affairs for Universal City Studios LLLP ("Universal Studios") and Assistant Secretary for Universal City Studios Productions LLLP ("Universal Productions"), two of the plaintiffs in this action. The facts contained herein are based on my personal knowledge, or my review of corporate books and records and inquiry of appropriate corporate personnel. If called and sworn as a witness, I could competently testify thereto.

2. As the Vice President and Senior Counsel, Antipiracy Legal Affairs at Universal Studios and Assistant Secretary at Universal Productions, I am knowledgeable with respect to the records of Universal Studios and Universal Productions in relation to their copyrights and the registration and recording of their copyrighted works with the United States Copyright Office.

3. Universal Studios and Universal Productions, by themselves and through their related and affiliated companies, are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and related products.

4. Universal Studios or Universal Productions is the owner of the copyright or exclusive online distribution rights under the United States Copyright Act for each of the works listed in Exhibit 1 annexed hereto.

5. Neither Universal Studios nor Universal Productions has ever licensed to any of the defendants the right to distribute or reproduce (*i.e.*, in this context, download, upload or exchange), or to authorize others to distribute or reproduce, any of its motion pictures or television programs or other works, including those works in Exhibit 1 hereto. In addition, neither Universal Studios nor Universal Productions has ever authorized the free and unrestricted distribution or

downloading of any of its motion pictures or television programs, including those works in Exhibit 1, through the BitTorrent network or the Internet in general.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008.

Steve Kang