Columbia Pictures Industries Inc v. Bunnell Doc. 374

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiffs, v. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, Defendants. | Case No. CV-06-1093 FMC (JCx)<br><br>**DECLARATION OF GARY LIM IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 5, 2008<br><br>Time: 10:00 a.m.<br><br>Crtrm: 750<br><br>Judge: Hon. Florence-Marie Cooper |



Dockets.Justia.com

**DECLARATION OF GARY LIM**

I, Gary Lim, hereby declare, under oath, as follows:

1. The facts contained herein are based upon my personal knowledge, my review of books and records, or information provided to me in my capacity as Senior Copyright Specialist, The Walt Disney Company, which the parent company of Disney Enterprises, Inc. ("DEI"), one of the plaintiffs in this action. If called and sworn as a witness, I could competently testify thereto.

2. DEI is the owner of the copyright or exclusive distribution rights under the United States Copyright Act for each of the works listed in Exhibit 1 annexed hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008.

Gary Lim