JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiffs, v. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, Defendants. | Case No. CV-06-1093 FMC (JCx)<br><br>**DECLARATION OF ALBERT CHENG IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Date: May 5, 2008<br><br>Time: 10:00 a.m.<br><br>Crtrm: 750<br><br>Judge: Hon. Florence-Marie Cooper |

## DECLARATION OF ALBERT CHENG

I, Albert Cheng, hereby declare, under oath, as follows:

1. The facts contained herein are based upon my personal knowledge, my review of books and records, or information provided to me in my capacity as Executive Vice President, Digital Media, Disney ABC Television Group, which is an affiliate of Disney Enterprises, Inc. ("DEI"), one of the plaintiffs in this action. If called and sworn as a witness, I could competently testify thereto.

2. Certain of DEI's affiliates are engaged in the creation, distribution, licensing, and marketing of theatrical motion pictures, television programming, video/DVDs and related products.

3. DEI and its affiliates have not licensed to defendants the right to distribute or reproduce, or to authorize others to distribute or reproduce, via the Torrentspy website, any full length motion pictures or television programs, including those works in Exhibit 1 hereto. In addition, DEI and its affiliates have not authorized the free and unrestricted distribution or downloading of any full length motion pictures or television programs, including those works in Exhibit 1, through the BitTorrent network or the Internet in general.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008.

Albert Cheng