Columbia Pictures Industries Inc v. Bunnell Doc. 378

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiffs, v. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, Defendants. | Case No. CV 06-1093 FMC (JCx) **REPLY DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION TO PRESERVE ASSETS** **REDACTED SUBJECT TO PROTECTIVE ORDER** Date: May 5, 2008 Time: 10:00 a.m. Crtrm: 750 Judge: Hon. Florence-Marie Cooper |



Dockets.Justia.com

# DECLARATION OF STEVEN B. FABRIZIO

I, Steven B. Fabrizio, declare as follows:

1. I am a partner with the law firm of Jenner & Block LLP, and represent the plaintiff motion picture studios in this action. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Application for a Preliminary Injunction to Preserve Assets. The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues working under my supervision on this case. If called to testify as a witness, I would testify as follows:

2. Based on my discussions with defendants' counsel over the past few months, it is not clear to me whether or not Sharestream, Ltd. is currently the owner of the TorrentSpy domain name. Defendants have represented to me that there have been transfers of TorrentSpy-related assets among the defendants, and in particular, that defendant Bunnell has divested himself of TorrentSpy. Plaintiffs cannot verify this information and, given the history of our dealings with defendants, candidly do not know what to make of it.

3. The assertion in defendants' opposition brief that defendants told me that they were shutting down the TorrentSpy website as part of settlement discussions appears to be deliberately misleading. Defendants assert this point in their opposition brief but not in the sworn declaration, and the brief is signed by an attorney for defendants who has not had any direct involvement in any of the settlement communications between defendants' counsel and me. Defendants' counsel who has handled all settlement communications with plaintiffs' counsel is Mr. Kirk Retz, and neither Mr. Retz's name nor that of anyone from his firm appears in the signature block of the opposition. I would be quite surprised if Mr. Retz would be prepared to support defendants' assertion.

4. In truth, defendants shut down TorrentSpy abruptly, without any notice to plaintiffs and without ever discussing it beforehand. The shutdown came at a moment when settlement discussions were breaking down and, in context of the discussions that had occurred, was an act that, to me, clearly seemed designed to terminate settlement discussions, not advance them. After the shutdown, when plaintiffs' counsel spoke with Messrs. Retz and Bunnell, Mr. Bunnell initially hesitated to state a reason for the shutdown, and then, in a manner and with a demeanor that clearly indicated to me that Mr. Bunnell was fabricating a reason, suggested he shut down TorrentSpy to advance settlement discussions. I immediately understood that statement to be false and discounted it entirely. It was also completely contradicted by the unequivocal statement by defendants on their TorrentSpy website.

5. Attached as Exhibit 1 are true and correct copies of excerpts of the deposition of Justin Bunnell, taken June 27-28, 2007, in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 15, 2008, in Washington, DC.

Steven B. Fabrizio

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| -------------------------------- | ) | |
| COLUMBIA PICTURES INDUSTRIES, | ) | |
| INC., | ) | No. 06-01093 FMC |
| Plaintiff, | ) | VOLUME I |
| vs. | ) | |
| JUSTIN BUNNELL, | ) | |
| Defendant. | ) | |
| -------------------------------- | ) | |

Deposition of JUSTIN BUNNELL, taken at 10100 Santa Monica Boulevard, Los Angeles, California, commencing at 10:14 a.m., Wednesday, June 27, 2007, before Janice Schutzman, CSR No. 9509

PAGES 1 - 246



4

a468d868-c1af-42ca-9ead-e892d5864af2

REDACTED

REDACTED