Karen R. Thorland, Esq. (SBN 172092)
kthorland@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., ET AL.<br>PLAINTIFF(S)<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC<br>DEFENDANT(S). | CASE NUMBER:<br>CV-06-1093-FMC (JCx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

REPLY DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION AGAINST DEFENDANTS

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated ____________________
- ☐ Manual Filing required (*reason*):

April 28, 2007
Date

/s/KAREN R. THORLAND
Attorney Name

Attorney for Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com