JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**(Assigned to Hon. Florence-Marie Cooper)**<br><br>**NOTICE OF ERRATA RE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS**<br><br>Date: May 5, 2008<br>Time: 10:00 a.m.<br>Ctrm: 750 |



Dockets.Justia.com

TO THE COURT AND DEFENDANTS' ATTORNEYS OF RECORD:

Plaintiffs respectfully submit this Notice of Errata to make the following correction: the **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS** should be linked to plaintiff's Notice of Motion and Motion for Permanent Injunction (Docket No. 356), but was linked in error to plaintiff's Ex Parte Application for Temporary Restraining Order as to Preliminary Injunction To Preserve Assets And Order to Show Cause (Docket No. 345).

A true and correct copy of the **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS** is attached hereto as Exhibit A.

Dated: April 28, 2008

LOEB & LOEB LLP
Karen R. Thorland

By: _______________/s/______________
KAREN R. THORLAND
Attorney for Plaintiffs