Columbia Pictures Industries Inc v. Bunnell Doc. 387

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiffs, v. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, Defendants. | Case No. CV 06-1093 FMC (JCx)<br>**(Assigned to Hon. Florence-Marie Cooper)**<br>**PROOF OF SERVICE** |



Dockets.Justia.com

## PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On April 28, 2008 I served a true copies of the following:

**1. REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS;**

**2. REPLY DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS;**

**3. PLAINTIFFS' APPLICATION FOR FILING DOCUMENT UNDER SEAL; AND**

**4. [PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENT UNDER SEAL**

on the parties in this cause as follows:

[X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 224
Novato, CA 94949

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

Vicki S. Henderson

PS SHIP™ FedEx

*package id*
0006684
*ship date*
Mon, Apr 28
*to*
Ira P. Rothken, Esq.
Rothken Law Firm
3 Hamilton Lndg
Ste 280
Novato , CA 94949-8271 US
408-000-0000
*residential address*
No
*return label*
No

*notification type*
Label Creation
Delivery
*notification recipients*
vhenderson@loeb.com

*from*
V HENDERSON (10412)
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles , CA 90067 US
310.282.2044
*billing*
MOTION PICTURE ASSOC... INC..TORRENTSPY (203351.10010)
*operator*
Vicki Henderson
310-282-2044
vhenderson@loeb.com
*create time*
04/28/08, 3:43PM

*vendor*
FedEx
*tracking number*
798929829220
*service*
FedEx Priority
*packaging*
FedEx Envelope
*signature*
No signature required

*courtesy quote*
15.86
*The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.*

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
Other product and company names listed are trademarks or trade names of their respective companies.

# PROOF OF SERVICE

I, Gerardo Gomez the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484 ), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On April 28, 2008, I served a true copy of the following:

1. **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS;**

2. **REPLY DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF MOTION FOR A PERMANENT INJUNCTION AGAINST DEFEFNDANTS;**

3. **PLAINTIFFS' APPLICATION FOR FILING DOCUMENT UNDER SEAL; AND**

4. **[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENT UNDER SEAL**

by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Law Offices of Kirk J. Retz
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

Signature