COPY

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
08 APR 21 PM 4:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiffs, v. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10, Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>The Hon. Florence-Marie Cooper<br><br>**[redacted] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING DOCUMENTS UNDER SEAL** |



Dockets.Justia.com

Plaintiffs' Application for Filing Documents Under Seal, having come before the Court, the Court has considered the application and the documents proposed to be filed under seal. Based on the foregoing, for good cause shown, and pursuant to the Protective Order entered in this case,

IT IS HEREBY ORDERED THAT the Declaration of Duane C. Pozza in Support of Plaintiffs' Motion for Entry of Default Judgment is hereby filed under seal. (4 volumes)

IT IS SO ORDERED.

Dated: April 29, 2008

HON. FLORENCE-MARIE COOPER
U.S. DISTRICT COURT JUDGE