Columbia Pictures Industries Inc v. Bunnell Doc. 393

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:06-cv-01093-FMC-JCx | Date | April 30, 2008 |
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| | |
|---|---|
| Present: The Honorable | FLORENCE-MARIE COOPER |

| | | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** ORDER CORRECTING DOCKET and TERMINATING "MOTION" (In Chambers)

On December 13, 2007, the Court granted Plaintiffs' Motion for Terminating Sanctions and ordered the Clerk to enter the Defendants' default (docket no. 325). The Clerk entered Defendants' Default on December 17, 2007 (docket no. 326). On March 31, 2008, the Court set a default prove-up hearing, and ordered Plaintiffs to file and serve their Proposed Permanent Injunction by April 14, 2008 and Defendants to file any objections by April 21, 2008. (Docket no. 342.)

The default prove-up hearing was later continued to May 5, 2008. (Docket no. 347.) On April 11, 2008, the Court ordered Plaintiffs to file any declarations in support of damages by April 21, 2008 and gave Defendants until April 28, 2008 to file any declarations in opposition. (Docket no. 352.)

On April 21, 2008, Plaintiffs complied with the Court's April 11, 2008 Order regarding declarations in support of damages, but *incorrectly filed its response as a Motion for Default Judgment*, noticing hearing for May 5, 2008. Along with this motion, Plaintiffs filed a number of declarations in support of damages. Accordingly, the Court orders the Clerk to rename Plaintiffs' docket entry no. 368 (incorrectly titled Notice of Motion and Motion for Default Judgment) "MISC-Request for Judgment." The related declarations shall be renamed "Declaration of (Name) in Support of Request for Judgment." (Docket Nos. 369-375.) No Motion for Default Judgment is pending before the Court. The Court will consider Plaintiffs' papers, and Defendants' response thereto, in connection with the determination of damages at the default prove-up hearing on May 5, 2008.

: N/A

Initials of Preparer AM



Dockets.Justia.com