Columbia Pictures Industries Inc v. Bunnell Doc. 397

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# THIS DOCUMENT IS CURRENTLY

# UNDER SEAL

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING



Dockets.Justia.com