Ira P. Rothken - Bar No. 160029
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, California 94949-8271
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
District Court Counsel

Thomas J. Polis - Bar No. 119326
POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com
Bankruptcy Counsel

Counsel for Defendant,
Wesley Parker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br>Plaintiffs,<br>v.<br>JUSTIN BUNNELL, et al.,<br>Defendants. | Case No. 06-01093 FMC (JCx)<br><br>**NOTICE OF BANKRUPTCY STAY**<br><br>**[Defendant Wesley Parker]** |

**PLEASE TAKE NOTICE** that on April 30, 2008 Defendant, Wesley Parker, commenced a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code (11 U.S.C. 101, et seq.) Defendant Wesley Parker's Chapter 7 bankruptcy case is presently pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division and is designated Case No. LA 08-15854SB.

**PLEASE TAKE FURTHER NOTICE** that as a result of Defendant Wesley Parker's April 30, 2008 bankruptcy filing, the imposition of the automatic stay of Section 362 of the Bankruptcy Code went into effect to immediately stay any and all litigation matters, including but, without limitation the above-captioned action pending in this Court.

**DATED: May 1, 2008** **POLIS & ASSOCIATES, APLC**

**By: /s/ Thomas J. Polis**
**Thomas J. Polis**
**Attorneys for Wesley Parker**