**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorneys for Defendants
Justin Bunnell, Forrest Parker, Wes Parker and Valence Media, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>Defendants. | **Case No. 06-01093 FMC (JCx)**<br><br>**DEFENDANT VALENCE MEDIA, LTD.'S NOTICE OF FILING FOREIGN BANKRUPTCY PETITION AND REQUEST FOR STAY**<br><br>Date: May 5, 2008<br>Time: 10:00 a.m.<br>Judge: Florence Marie Cooper<br>Ctrm: 750 |



Dockets.Justia.com

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS' OF RECORD HEREIN:

PLEASE TAKE NOTICE that a petition for bankruptcy was submitted in the Wycombe District Court in England on May 1, 2008 on behalf of English creditors to whom Valence Media, Ltd. is substantially indebted. United States counsel for Valence has not yet received the document bearing the official seal of the court but has received confirmation of its filing. Consequently, counsel is hereby informing the court of this matter as soon as it learned of the filing over the weekend. Counsel will file documents bearing the official stamp or seal of the U.K. Court as soon as they are received.

As all defendants in this matter are now in bankruptcy, counsel respectfully requests that the court stay the entire action or, in the alternative, continue the hearing to allow counsel to brief the issue of comity[1]. Further, since all defendants are in bankruptcy, California Counsel reviewing their authority to argue this matter prior to appointment by the respective bankruptcy estates.

Dated: May 5, 2008

Respectfully submitted,
ROTHKEN LAW FIRM LLP

Jared R. Smith, Esq.,
Attorneys for Defendants

---

[1] A federal court has the inherent discretion to stay the proceedings before it. *See Landis v. North American Co.*, 299 U.S. 248, 57 S.Ct. 163, 81 L.Ed. 153 (1936). U.S. Bankruptcy law provides for consideration of comity when bankruptcy is filed in a foreign jurisdiction. (see, e.g. In re Tri-Continental Exchange Ltd. 349 B.R. 627, 47 Bankr.Ct.Dec. 31 (Bkrtcy.E.D.Cal.,2006) and In re Artimm, S.r.L. 335 B.R. 149, 45 Bankr.Ct.Dec. 208 (Bkrtcy.C.D.Cal.,2005))