JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**REPLY DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF MOTION FOR A PERMANENT INJUNCTION AGAINST DEFENDANTS**<br><br>**REDACTED PURSUANT TO PROTECTIVE ORDER**<br><br>Date: May 5, 2008<br>Time: 10:00 a.m.<br>Crtrm: 750<br>Judge: Hon. Florence-Marie Cooper |

# DECLARATION OF STEVEN B. FABRIZIO

I, Steven B. Fabrizio, declare as follows:

1. I am a partner with the law firm of Jenner & Block LLP, and represent the plaintiff motion picture studios in this action. I submit this reply declaration in support of Plaintiffs' Motion for a Permanent Injunction Against Defendants. The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues working under my supervision on this case. If called to testify as a witness, I would testify as follows:

2. Attached as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the deposition of Wes Parker taken on July 11-13, 2007 in the above-captioned case.

3. Attached as Exhibit 2 is a true and correct copy of Deposition Exhibit No. 91 in the above-captioned case.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the deposition of Professor Ellis Horowitz taken on November 28, 2007 in the above-captioned case.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from the transcript of the hearing before the Magistrate Judge on April 3, 2007 in the above-captioned case.

6. Attached as Exhibit 5 is a true and correct copy of the Stipulation and Consent Judgment entered in *Arista Records LLC v. Metamachine, Inc.*, No. 06-6991 (S.D.N.Y.).

7. Attached as Exhibit 6 is a true and correct copy of the Stipulation and Judgment and Permanent Injunction entered in *Capitol Records, Inc. v. Free Peers, Inc.*, No. 06-3378 (S.D.N.Y.).

8. Attached as Exhibit 7 is the Consent Judgment and Permanent Injunction entered in *Columbia Pictures Indus., Inc. v. Webber*, No. 04-2642 (N.D. Tex.).

9. Attached as Exhibit 8 is a true and correct copy of "The BitTorrent Protocol Specification," printed on April 28, 2008, from the website http://www.bittorrent.org/beps/bep_0003.html.

10. Attached as Exhibit 9 is a true and correct copy of the "BitTorrent Open Source License," printed on April 28, 2008, from the website http://www.bittorrent.com/bittorrent-open-source-license.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2008, in Washington, DC.

Steven B. Fabrizio