UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:06-cv-01093-FMC-JCx | Date | May 5, 2008 |
| Title | Columbia Pictures Industries Inc et al v. Justin Bunnell et al | | |

| | |
|---|---|
| Present: The Honorable | FLORENCE-MARIE COOPER |

| | | |
|---|---|---|
| Alicia Mamer | Sandra Becerra | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven B Fabrizio | Ira P Rothken<br>Kirk J Retz |

**Proceedings:** DEFAULT PROVE-UP HEARING
and
HEARING ON MOTION FOR PERMANENT INJUNCTION [356]

The Court hears oral argument in the above-referenced matters. The Court's ruling is taken UNDER SUBMISSION.

The Court will contact the parties if it determines that further briefing is needed on the issue of the bankruptcy filings.

: 17

Initials of Preparer AM



Dockets.Justia.com