Columbia Pictures Industries Inc v. Bunnell Doc. 413

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**DECLARATION OF STEVEN B. FABRIZIO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CERTIFY JUDGMENT UNDER RULE 54(b)**<br><br>Ctrm: 750<br>Judge: Hon. Florence-Marie Cooper |



Dockets.Justia.com

# DECLARATION OF STEVEN B. FABRIZIO

I, Steven B. Fabrizio, declare as follows:

1. I am a partner with the law firm of Jenner & Block LLP, and represent the plaintiff motion picture studios in this action. I submit this declaration in support of Plaintiffs' Ex Parte Application to Certify Judgment Under Rule 54(b). The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues working under my supervision on this case. If called to testify as a witness, I would testify as follows:

2. Although the Court directed that a "final" judgment be entered against defendant Valence Media, the need to foreclose any ambiguity as to the enforceability of the Amended Judgment and Permanent Injunction dated May 7, 2008 under Rule 54 in a timely manner necessitates the filing of this request *ex parte*.

3. I first informed counsel for defendant Valence Media of plaintiffs' intent to file this ex parte application last Friday, May 16.

4. To date, defendant Valence Media has declined to take any position as to this Application; as they did at the May 5, 2008 hearing, counsel for defendant Valence Media profess to be uncertain as to their ability to take any action in light of the bankruptcy petitions filed in the Central District of California by defendants Forrest Parker, Wes Parker, and Justin Bunnell (the "Individual Defendants") and the purported bankruptcy petition filed on behalf of defendant Valence Media in England.

5. Plaintiffs have received no notice of a motion by Valence Media under Chapter 15 of the United States Bankruptcy Code, and have no reason to believe one has ever been filed.

6. Attached as Exhibit 1 hereto is a true and correct copy of a print-out from the website blog.wired.com, printed on May 21, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2008, in Washington, DC.

Steven B. Fabrizio