**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorneys for Defendants
Justin Bunnell, Forrest Parker, Wes Parker and Valence Media, Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>Defendants. | Case No. 06-01093 FMC (JCx)<br><br>**DEFENDANT VALENCE MEDIA, LTD.'S OBJECTION TO PLAINTIFFS' EX-PARTE APPLICATION TO CERTIFY JUDGMENT UNDER RULE 54(b)** |



Dockets.Justia.com

VALENCE MEDIA, LTD., ("Valence") objects to the Plaintiffs' Ex-Parte Application To Certify Judgment Under Rule 54(b), on the ground a petition for bankruptcy was submitted in the Wycombe District Court in England on May 1, 2008 on behalf of English creditors to whom Valence Media, Ltd. is indebted. United States counsel for Valence has not yet received the document bearing the official seal of the Wycombe District Court but has received confirmation of its filing from its counsel.

Valence objects on the ground this matter should proceed by noticed motion, to provide an opportunity to fully brief the effect and status of the Valence insolvency proceeding, and to allow Valence's foreign representative the opportunity to file a Chapter 15 proceeding.

Dated: May 22, 2008

Respectfully submitted,
ROTHKEN LAW FIRM LLP

Jared R. Smith, Esq.,
Attorneys for Defendants