Columbia Pictures Industries Inc v. Bunnell Doc. 416

JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>*Plaintiffs*,<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>*Defendants*. | ) | Case No. **2:06-cv-01093-FMC-JCx**<br><br>The Hon. Florence-Marie Cooper<br><br>**[~~PROPOSED]~~ ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION TO CERTIFY JUDGMENT UNDER RULE 54(b)** |



Dockets.Justia.com

Plaintiffs' Ex Parte Application to Certify Judgment Under Rule 54(b), having come before the Court, the Court has considered the Application and the accompanying Declaration of Steven B. Fabrizio dated May 21, 2008 and exhibits thereto. Based on the pleadings before it, and all matters of record in this action, and having found good cause shown, IT IS HEREBY ORDERED that the Application is granted.

It is FURTHER ORDERED THAT the Amended Judgment and Permanent Injunction dated May 7, 2008 is hereby modified to include therein an additional paragraph stating: "Pursuant to Federal Rule of Civil Procedure 54(b), this Court determines that there is no just reason for delay in entering final judgment against defendant Valence Media."

IT IS SO ORDERED.

Dated: May 27, 2008

Florence-Marie Cooper

HON. FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE