JENNER & BLOCK LLP
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Columbia Pictures Industries, Inc., et al. PLAINTIFF(S) | CASE NUMBER<br>CV-06-1093 FMC (JCx) |
| v.<br>Justin Bunnell, et al. DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, Duane C. Pozza (*Name*), 225933 (*CA Bar ID Number*), dpozza@jenner.com (*E-mail Address*)

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

___

___

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ TO UPDATE NAME OR FIRM INFORMATION:

☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to ___
New Firm/Government Agency Name ___
New Address 1099 New York Avenue, N.W. Suite 900, Washington, DC 20001-4412
New Telephone Number ___ New Facsimile Number ___
New E-mail address ___

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on ___

☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name ___ CA State Bar Number ___
Firm/Government Agency Name ___
Address: ___
Telephone Number ___ Facsimile Number ___
E-mail address ___


Dockets.Justia.com

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: ______________________________.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

****This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: June 2, 2008 /s/ Duane C. Pozza

*Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.