**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881
Attorneys for Defendant VALENCE MEDIA LTD.[1],

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC. PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT, INC., Delaware Corporation, UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, Delaware limited liability partnerships, Plaintiffs, vs. JUSTIN BUNNELL, FORREST PARKER, WES PARKER, individuals, VALENCE MEDIA, LLC, a limited liability company, and DOES 1-10, Defendants. | Case No. 06-01093 FMC (JCx)<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

[1] Individual defendants Justin Bunnell, Wes Parker and Forrest Parker have filed for Bankruptcy, resulting in an automatic stay as to the actions against them prior to Final Judgment. Accordingly, appeal as to their cases is not ripe.

Notice is hereby given that VALENCE MEDIA LTD.[2], Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the AMENDED JUDGMENT AND PERMANENT INJUNCTION ("Final Judgment") entered on May 7, 2008 (Docket No. 410), and all Orders giving rise to that Final Judgment, including but not limited to the following:

> 05/27/2008, Docket No. 416 ORDER, by Judge Florence-Marie Cooper, GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CERTIFY JUDGMENT UNDER RULE 54(b)
>
> 05/05/2008, Docket No. 409 JUDGMENT AND PERMANENT INJUNCTION by Judge Florence-Marie Cooper, in favor of Plaintiffs, which was amended by Docket No. 410 above.
>
> 04/11/2008, Docket No. 352 ORDER, by Judge Florence-Marie Cooper, DENYING EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM IN CONNECTION WITH DEFAULT HEARING, Docket No. 348.
>
> 04/04/2008, Docket No. 346 TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO PRESERVE ASSETS by Judge Florence-Marie Cooper.
>
> 12/13/2007, Docket No. 325 ORDER, by Judge Florence-Marie Cooper, GRANTING PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS.
>
> 05/10/2006, Docket No. 22 ORDER, by Judge Florence-Marie Cooper, DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM.

Defendant further appeals the discovery orders in this action, including, but

---

[2] Individual defendants Justin Bunnell, Wes Parker and Forrest Parker have filed for Bankruptcy, resulting in an automatic stay as to the actions against them prior to Final Judgment. Accordingly, appeal as to their cases is not ripe. Valence Media, LTD was incorrectly sued as Valence Media, LLC.

not limited to the following orders and pending orders regarding discovery and attorneys' fees:

10/31/2007, Docket No. 321 ORDER, by Judge Florence-Marie Cooper, DENYING MOTION FOR REVIEW OF AUGUST 8, 2007 ORDER FOR SANCTIONS, Docket No. 240.

08/27/2007, Docket No. 255 ORDER, by Judge Florence-Marie Cooper, DENYING EX PARTE APPLICATION FOR STAY OF AUGUST 8, 2007 ORDER FOR SANCTIONS, Docket No. 240.

08/24/2007, Docket No. 254 ORDER, by Judge Florence-Marie Cooper, DENYING DEFENDANTS MOTION FOR REVIEW OF ORDER REGARDING SERVER LOG DATA, Docket No. 177.

08/20/2007, Docket No. 247 ORDER, by Magistrate Judge Jacqueline Chooljian, DENYING DEFENDANTS' EX PARTE APPLICATION FOR STAY OF ENFORCEMENT OF AUGUST 8, 2007 ORDER, Docket No. 240, PENDING REVIEW.

08/08/2007, Docket No. 240 ORDER, by Magistrate Judge Jacqueline Chooljian, (1) GRANTING PLAINTIFFS' EX PARTE APPLICATION; (2) GRANTING PLAINTIFFS' REQUEST FOR SANCTIONS, ATTORNEYS' FEES AND COSTS; (3) DENYING DEFENDANTS' REQUEST FOR ATTORNEYS' FEES AND COSTS; AND (4) CAUTIONING DEFENDANTS REGARDING POTENTIAL NON-MONETARY CONSEQUENCES OF FURTHER VIOLATIONS OF DISCOVERY OBLIGATIONS AND ORDERS.

07/27/2007, Docket No. 226 ORDER, by Magistrate Judge Jacqueline Chooljian,  GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION FOR PROTECTIVE ORDER.

07/19/2007, Docket No. 222 ORDER, by Magistrate Judge Jacqueline Chooljian, GRANTING IN PART AND DENYING IN PART MPAA'S EX PARTE APPLICATION FOR A PROTECTIVE

ORDER REGARDING DEFENDANTS' SUBPOENA FOR DEPOSITION OF THE MPAA, AND FOR ATTORNEY'S FEES AND COSTS.

06/22/2007, Docket No. 179 ORDER, by Judge Florence-Marie Cooper, AMENDING COURT'S ORDER FILED JUNE 21, 2007 (Docket No. 178). The Court hereby amends its ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION (Docket No. 178) AS FOLLOWS ON THE FIRST PAGE: This matter is before the Court on Defendants' Motion for Review and Reconsideration of Certain Rulings of the Magistrate Judge on Defendants' Motion to Compel Production of Documents Pursuant to Subpoena to the Motion Picture Association of America (MPAA), filed on April 10, 2007 May 30, 2007 (Docket No. 132, Docket No. 173). AND ON PAGE 7: For the foregoing reasons, the Court hereby DENIES Defendants' Motion For Review and Reconsideration (Docket No. 132 Docket No. 173).In all other aspects and particulars, the order is unchanged. ***MINUTE ORDER NOT AVAILABLE ON PACER****

06/21/2007, Docket No. 178 ORDER, by Judge Florence-Marie Cooper, DENYING DEFENDANTS MOTION FOR REVIEW AND RECONSIDERATION, Docket No. 132.

05/29/2007, Docket No. 177 ORDER, by Magistrate Judge Jacqueline Chooljian, GRANTING IN PART AND DENYING IN PART PLAINTIFFS MOTION TO REQUIRE DEFENDANTS TO PRESERVE AND PRODUCE SERVER LOG DATA AND FOR EVIDENTIARY SANCTIONS; AND DENYING DEFENDANTS REQUEST FOR ATTORNEYS FEES AND COSTS.

05/15/2007, Docket No. 156 ORDER, by Magistrate Judge Jacqueline Chooljian, DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION TO COMPEL PRODUCTION.

05/03/2007, Docket No. 135 ORDER, by Magistrate Judge Jacqueline Chooljian, (1) GRANTING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS; (2) GRANTING PLAINTIFFS' REQUEST FOR DEFENDANTS' REVIEW AND RE-DESIGNATION OF HIGHLY

CONFIDENTIAL DOCUMENTS; (3) TENTATIVELY GRANTING PLAINTIFFS' REQUEST FOR REASONABLE EXPENSES AND ATTORNEYS' FEES AND SETTING DATE FOR DEFENDANTS TO BE HEARD RE SAME; (4) DENYING DEFENDANTS' REQUEST FOR REASONABLE EXPENSES AND ATTORNEYS' FEES; AND (5) RE POTENTIAL NON-COMPLIANCE WITH ORDER.

04/16/2007, Docket No. 118 ORDER, by Judge Florence-Marie Cooper, DENYING DEFENDANTS' MOTION FOR REVIEW AND RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL, Docket No. 85.

02/13/2007, Docket No. 85 ORDER, by Magistrate Judge Jacqueline Chooljian, GRANTING IN PART, DENYING IN PART, DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET 2 AND DENYING DEFENDANTS' REQUEST FOR SANCTIONS, Docket No. 69; GRANTING IN PART, DENYING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER, Docket No. 52; AND DENYING PLAINTIFFS' REQUEST TO DELAY RULING ON MOTIONS.

Dated: June 3, 2008

ROTHKEN LAW FIRM LLP

________________________________
IRA P. ROTHKEN, ESQ.

KIRK J. RETZ, ESQ.
Law Offices of Kirk J. Retz, APC

Attorneys for Defendant
Valence Media, Ltd.

Defendant/Appellant Valence Media, Ltd. is represented by Ira P. Rothken, Rothken Law Firm, LLP, 3 Hamilton Landing, Suite 280, Novato, CA 94949 and Kirk J. Retz, Law Offices of Kirk J. Retz, APC, 21535 Hawthorne Boulevard Suite 200, Torrance, CA 90503. Accompanying this Notice of Appeal is a Representation Statement identifying all counsel for the parties. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: June 3, 2008

ROTHKEN LAW FIRM LLP

IRA P. ROTHKEN, ESQ.

KIRK J. RETZ, ESQ.
Law Offices of Kirk J. Retz, APC

Attorneys for Defendant
Valence Media, Ltd.

PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On June 3, 2008, I served the within:

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

By EMAIL and FEDEX on the person(s) or entities in that manner and address as follows:

**VIA EMAIL AND FEDEX**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

COUNSEL FOR PLAINTIFFS

**VIA FEDEX**
**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
818-995-6600

COUNSEL FOR PLAINTIFFS

**VIA EMAIL AND FEDEX**
**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
310-282-2000
Email: kthorland@loeb.com

COUNSEL FOR PLAINTIFFS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 3, 2008.