LOEB & LOEB LLP
KAREN THORLAND (SBN 172092)
kthorland@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., ET AL.<br>PLAINTIFF(S)<br>v.<br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, individuals, ET AL.<br>DEFENDANT(S). | CASE NUMBER:<br>2:06-cv-01093-FMC-JCx<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1. AFFIDAVIT OF IDENTITY AND [PROPOSED] ORDER; and
2. JUDGMENT CREDITORS' REQUEST AND [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated ____________________

☑ Manual Filing required (*reason*):
Document contains [Proposed] Order

June 11, 2008
Date

/s/ W. Allan Edmiston
Attorney Name

Plaintiffs: Columbia Pictures Industries, Inc., et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).



Dockets.Justia.com