JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (SBN 225933)
dpozza@jenner.com
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: 202-639-6000
Facsimile: 202-639-6066

LOEB & LOEB LLP
KAREN THORLAND (SBN 172092)
kthorland@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Plaintiffs/Judgment Creditors

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, individuals, VALENCE MEDIA, LLC, a corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:06-cv-01093-FMC-JCx<br><br>**NOTICE OF LODGING AFFIDAVIT OF IDENTITY AND [PROPOSED] ORDER**<br><br>**[F.R.C.P. Rule 4.1(a); Local Rule 64-2]**<br><br>**[No Hearing Required]** |



Dockets.Justia.com

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 11, 2008, Plaintiffs/Judgment Creditors Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Tristar Pictures, Inc., Twentieth Century Fox Film Corp., Warner Bros. Entertainment, Inc., Universal City Studios LLLP and Universal City Studios Productions, LLLP ("Plaintiffs/Judgment Creditors") lodged its AFFIDAVIT OF IDENTITY AND [PROPOSED] ORDER with the Court in the above-captioned action, a true and correct copy of which is attached hereto as Exhibit "1".

Dated: June 11, 2008

BY: /s/ W. Allan Edmiston
W. Allan Edmiston

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
15301 Ventura Boulevard, Bldg E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs/Judgment Creditors*