UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: Valence Media Ltd vs. Columbia Pictures Industries

Court of Appeals No. (leave blank if unassigned) ____________

U.S. District Court, Division & Judge Name Central California, LA. Hon.Florence M. Cooper

Criminal and/or Civil Case No. CV 06-01093 FMC(JCx)

Date Complaint/Indictment/Petition Filed: 02/23/06

Date Appealed order/judgment *entered*: 05/07/08

Date NOA *filed*: 06/03/08

Date(s) of Indictment ________ Plea Hearing ________ Sentencing ________

COA Status (check one): ☐ granted in full (attach order) ☐ denied in full (send record) ☐ granted in part (attach order) ☐ pending

Court Reporter(s) Name & Phone Number Dawn Bullock, 213-894-3015

***Magistrate Judge's Order? If so, please attach.***

**FEE INFORMATION**

Date Docket Fee Paid: ________ Date Docket Fee Billed: ________

Date FP granted: ________ Date FP denied: ________

Is FP pending? ☐ yes ☐ no Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes ☐ no

Companion Cases? Please list: ________

***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Ira P. Rothken
Rothken Law Firm LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Tel.415-924-4250

Appellee Counsel:

Steven B. Fabrizio. Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005.
Tel. 202-639-6000

☒ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other ________ *Please attach appointment order.*

**DEFENDANT INFORMATION**

Prisoner ID ________ Address:

Custody ________

Bail ________

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid 06/03/08 9th Circuit Docket Number ________

CB

Name & Phone Number of Person Completing this Form: C. Brizuela.
213-894-3570

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
6/3/2008 3:37:45 PM Receipt #: 100057
Cashier : ENAKADA [LA 1-1]
Paid by: ONE LEGAL LLC
2:CV06-01093
2008-086900 Appeals Filing Fees(1)
Amount : $105.00
2:CV06-01093
2008-510000Judicial Services ($150.00)(1)
Amount : $150.00
2:CV06-01093
2008-086400Appeals Filing fee - Special(1)
Amount : $200.00
Check Payment : 2001364-66 / 455.00
Total Payment : 455.00
(= NO REFUNDS WITHOUT WHITE RECEIPT =)



Dockets.Justia.com