JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (SBN 225933)
dpozza@jenner.com
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Telephone: 202-639-6000
Facsimile: 202-639-6066

LOEB & LOEB LLP
KAREN THORLAND (SBN 172092)
kthorland@loeb.com
W. ALLAN EDMISTON (SBN 228246)
aedmiston@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Plaintiffs/Judgment Creditors

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, individuals, VALENCE MEDIA, LLC, a corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:06-cv-01093-FMC-JCx<br><br>**JUDGMENT CREDITORS' REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>**[F.R.C.P. Rule 4.1(a); Local Rule 64-2]**<br><br>**[No Hearing Required]** |

Plaintiffs/Judgment Creditors Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Tristar Pictures, Inc., Twentieth Century Fox Film Corp., Warner Bros. Entertainment, Inc., Universal City Studios LLLP and Universal City Studios Productions, LLLP, pursuant to the provisions of Rule 4.1(a) of the Federal Rules of Civil Procedure and Rule 64-2 of the Local Rules of the United States District Court for the Central District of California, request that a process server from Nationwide Legal, Inc., who is at least 18 years of age, of suitable discretion, and not a party to the within action, be authorized and appointed to serve writs in the above case. The U.S. Marshals Office will remain the Levying Officer.

Dated: July 7, 2008

BY: /s/ W. Allan Edmiston
W. Allan Edmiston


STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
15301 Ventura Boulevard, Bldg E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs/Judgment Creditors*


**IT IS SO ORDERED**.

Dated: June 30, 2008

Florence-Marie Cooper

United States District Judge