JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. CV 06-1093 FMC (JCx)<br><br>**PLAINTIFFS' NOTICE OF BANKRUPTCY COURT ORDERS LIFTING AUTOMATIC STAY AND RENEWED REQUEST FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

Dockets.Justia.com

Plaintiffs hereby give notice to the Court that the United States Bankruptcy Court for the Central District of California has issued the attached Orders, lifting the automatic stay under Section 362 of the Bankruptcy Code for purposes of this litigation as to each of the defendants Justin Bunnell, Wes Parker, and Forrest Parker. *See* Exs. 1, 2, 3 (attached hereto). Plaintiffs respectfully renew their request for entry of judgment and permanent injunction against these Defendants.

At the time that Defendants Wes Parker and Justin Bunnell filed their bankruptcy petitions – April 30 and May 1, 2008, respectively – plaintiffs' motion for permanent injunction (Doc. #356, filed April 14, 2008) and request for judgment (Doc. #368, filed April 21, 2008) (the "Pending Motions"), were pending before the Court and had been fully briefed. This Court entered judgment against co-defendant Valence Media, Ltd. on May 5, 2008 based on the briefs and record jointly submitted by Justin Bunnell, Wes Parker and Valence Media, Ltd., and after oral argument presented by the same counsel as for Defendants Justin Bunnell, Wes Parker and Forrest Parker. Thus, in light of the Bankruptcy Court Orders lifting the automatic stay, plaintiffs hereby renew their requests for permanent injunction and judgment against Justin Bunnell and Wes Parker in the Pending Motions, and request that judgment be entered, there being no grounds for further delay. Plaintiffs have attached hereto a proposed judgment against Defendants Justin Bunnell and Wes Parker that is substantively identical to the judgment the Court entered against Defendant Valence Media, Ltd.

Plaintiffs also request that Defendant Forrest Parker be joined as a defendant to the Pending Motions (Docs. #356, 368). Forrest Parker filed for bankruptcy on April 7, triggering the automatic stay of litigation against him and preventing plaintiffs from moving against him in the first instance. However, all of plaintiffs' arguments in the Pending Motions apply equally to Forrest Parker, and but for the bankruptcy petition filed by Forrest Parker the Pending Motions would have been

heard against all Defendants at the May 5, 2008 hearing. On July 1, 2008, plaintiffs' counsel emailed defendants' counsel to ask if Forrest Parker would consent to joining the briefs already filed by the other defendants in response to the Pending Motions. He refused. Plaintiffs therefore respectfully request that the Court deem the Pending Motions applicable to Defendant Forrest Parker and set a briefing schedule for Defendant Forrest Parker's opposition, if any, and Plaintiffs' reply, if any. A proposed order is submitted herewith.

Respectfully submitted,

Dated: July 9, 2008

JENNER & BLOCK LLP

By: ____________________
Steven B. Fabrizio


STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
15301 Ventura Boulevard, Bldg E
Sherman Oaks, CA 91403

*Attorneys for Plaintiff*