JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br>Plaintiffs,<br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br>Defendants. | Case No. **2:06-cv-01093-FMC-JCx**<br><br>**ORDER REGARDING PLAINTIFFS' RENEWED REQUEST FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |



Dockets.Justia.com

Plaintiffs' Notice of Bankruptcy Court Orders Lifting Automatic Stay and Renewed Request for Entry of Judgment and Permanent Injunction, having come before the Court, the Court has considered the request. Based on the request, and all matters of record in this action, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion for permanent injunction (Doc. #356, filed April 14, 2008) and request for judgment (Doc. #368, filed April 21, 2008) (the "Pending Motions") are deemed applicable to Defendant Forrest Parker.

2. Defendant Forrest Parker shall file his opposition, if any, to the Pending Motions by July 28, 2008.

3. Plaintiffs shall file their reply, if any, to Defendant Forrest Parker's opposition by August 11, 2008.

4. The Court will hear argument, if necessary, on the Pending Motions on August 25, 2008.

Dated: July 10, 2008

Florence-Marie Cooper

Hon. Florence-Marie Cooper
United States District Judge