**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881

Attorney for Defendants
Justin Bunnell, Forrest Parker, Wes
Parker and Valence Media, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, et al.,<br><br>Defendants. | **Case No. 06-01093 FMC (JCx)**<br><br>**DEFENDANT FORREST PARKER'S OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND PLAINTIFFS' REQUEST FOR JUDGMENT**<br><br>Date: August 25, 2008<br>Time: 10:00 a.m.<br>Judge: Florence Marie Cooper<br>Ctrm: 750 |



Dockets.Justia.com

Defendant Forrest Parker ("Defendant") hereby submits his Opposition to Plaintiffs' motion for permanent injunction (Doc. #356, filed April 14, 2008) and Plaintiffs' request for judgment (Doc. #368, filed April 21, 2008) (the "Pending Motions"), which the Court has deemed applicable to Defendant Forrest Parker pursuant to the Court's Order of July 10, 2008.

On April 11, 2008, prior to the filing of the Pending Motions, Defendant filed a Notice of Bankruptcy Stay. On July 8, 2008 the stay was lifted. Accordingly, for the purposes of Defendant's oppositions and objections to the Pending Motions and in the interest of conservation of resources, Defendant incorporates by reference as though fully set forth herein, DEFENDANTS' OBJECTIONS TO PROPOSED PERMANENT INJUNCTION (Docket Number 376), DECLARATION OF JARED R. SMITH IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PROPOSED PERMANENT INJUNCTION (Docket Number 376-1) and DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTIONS TO PROPOSED PERMANENT INJUNCTION (Docket Number 376-2) as his opposing papers to Plaintiffs' motion for permanent injunction (Docket Number 356). Defendant further incorporates by reference as though fully set forth herein, the Objections to Declaration of Duane Pozza filed by Defendant's co-Defendants, Justin Bunnell, Wes Parker and Valence Media, LLC on April 28, 2008 (Docket Number 388) and the Declarations of Wes Parker (Docket Number 389), the Declaration of Justin Bunnell (Docket Number 389-1) and the Declaration of Jared R. Smith (Docket Number 390) as his opposing papers to Plaintiffs' request for judgment (Docket Number 368.) Defendant further supports his oppositions and objections with the Declaration of Forrest Parker, served and filed herewith.

Defendant respectfully requests that the Court deem such oppositions submitted on behalf of Defendant. For the reasons set forth in the opposing papers, Defendant respectfully request that the motion for permanent injunction and the request for judgment against Defendant Forrest Parker be denied.

Dated: July 28, 2008

Respectfully submitted,

ROTHKEN LAW FIRM

Ira P. Rothken, Esq.,
Attorney for Defendants