LOEB & LOEB, LLP
KAREN THORLAND (SBN 172092); W. ALLAN EDMISTON (SBN 228246)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200
Attorneys for Plaintiffs/Judgment Creditors

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
JUL 30 2008
FILED, DAWN BULLOCK
RECORDS SUPERVISOR

ISSUED W/E

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, Plaintiff(s) | CASE NUMBER: 2:06-cv-01093-FMC-JCx |
| v. | |
| JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, Defendants) | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

*(check one)* ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
☐ STATE OF ______________, COUNTY OF ______________

I, W. ALLAN EDMISTON hereby state under penalty of perjury that,

1. Judgment for $ 110,970,000.00 was entered on May 6, 2008 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP as Judgment Creditor, and against Valence Media, LLC a/k/a Valence Media, Ltd. as Judgment Debtor

***(If a Registered Judgment from another Court or District, include the following information)***

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No.______________ in the United States District Court for the ______________ District of ______________ and which has become FINAL.

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** CENTRAL **District of** CALIFORNIA are the following sums:

$ 85,735.80 accrued interest, computed at 1.88 % *(see note)*
$ ______________ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles State of California, this 7th day of July 2008

*Signature*
W. ALLAN EDMISTON



American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com