LOEB & LOEB LLP
KAREN THORLAND (SBN 172092); W. ALLAN EDMISTON (SBN 228246)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200
Attorneys for Plaintiffs/Judgment Creditors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,

Plaintiff(s)

v.

JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC,

Defendant(s)

CASE NUMBER
2:06-cv-01093-FMC-JCx

## WRIT OF EXECUTION

FOR OFFICE USE ONLY

**TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 6, 2008 a judgment was entered in the above-entitled action in favor of: Plaintiffs COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORP., WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS LLLP and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, (which Judgment was amended on May 7, 2008, and certified on May 27, 2008)

as Judgment Creditor and against:
Valence Media LLC a/k/a Valence Media, Ltd.

as Judgment Debtor, for:

FOR OFFICE USE ONLY

$ 110,970,000.00 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 0.00 Costs, making a total amount of
$ 110,970,000.00 **JUDGMENT AS ENTERED**

****NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**


American LegalNet, Inc.
www.FormsWorkflow.com
Dockets.Justia.com

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ 85,735.80 accrued interest, and
$ 0.00 accrued costs, making a total of
$ 85,735.80 **ACCRUED COSTS AND ACCRUED INTEREST**

FOR OFFICE USE ONLY

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 111,055,735.80 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 110,970,000.00 Is due on the judgment as entered and bears interest at 1.88% percent per annum, in the amount of $ 5,715.72 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

SEAL

Dated: JUL 30 2008

By: DAWN BULLOCK
Deputy Clerk



American LegalNet, Inc
www.FormsWorkflow.com

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Valence Media, Ltd.
10866 Washington Blvd., Suite 208
Culver City, CA 90232

Ira P. Rothken
Rothken Law Firm LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Counsel for Valence Media, Ltd.

FOR OFFICE USE ONLY

Kirk J. Retz
Law Offices of Kirk J. Retz, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Counsel for Valence Media, Ltd.

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.



American LegalNet, Inc.
www.FormsWorkflow.com