**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800
Facsimile: (310) 540-9881
Attorneys for Defendants JUSTIN BUNNELL, FORREST PARKER, WES PARKER and VALENCE MEDIA, LLC. [1],

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC. PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT, INC., Delaware Corporation, UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, Delaware limited liability partnerships,<br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, individuals, VALENCE MEDIA, LLC, a limited liability company, and DOES 1-10,<br>Defendants. | Case No. 06-01093 FMC (JCx)<br><br>**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]** |

[1] Valence Media, Ltd's appeal is pending as Appeal Docket No. 08-55940. Justin Bunnell has filed a separate Notice of Appeal. Final Judgment has not yet been entered as to Forrest Parker, so appeal as to his case is not ripe.



Dockets.Justia.com

## REPRESENTATION STATEMENT

The undersigned represents Defendant/Appellant WES PARKER[2], in this matter, and no other party. The following list shows all counsel for the respective parties to the action below, identified by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

**COUNSEL FOR PLAINTIFFS**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
Telephone: 310-282-2000
Facsimile:
Email: kthorland@loeb.com

**COUNSEL FOR DEFENDANT**
**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
Email: ira@techfirm.com

**Kirk J. Retz (#170208)**
Law Offices of Kirk J. Retz, APC
21535 Hawthorne Blvd., #200
Torrance, CA 90503
Telephone: (310) 540-9800;
Facsimile: (310) 540-9881
Email: kretz@retzhopkins.com

---

[2] Valence Media, Ltd filed a Notice of Appeal on June 3, 2008, Docket No. 420, which is pending as Appeal Docket No. 08-55940. Individual defendants Justin Bunnell, Wes Parker and Forrest Parker filed for Bankruptcy, resulting in an automatic stay as to the actions against them prior to the Final Judgment against Valence Media, Ltd. (Docket No. 410), which stay has been lifted. Judgment has been entered as to Justin Bunnell and Wes Parker, who are filing separate Notices of Appeal. Final Judgment has not yet been entered as to Forrest Parker. Accordingly, appeal as to his case is not ripe.

**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
Telephone: 818-995-6600

Dated: August 7, 2008

ROTHKEN LAW FIRM LLP

IRA P. ROTHKEN, ESQ.

KIRK J. RETZ, ESQ.
Law Offices of Kirk J. Retz, APC

Attorneys for Defendants
JUSTIN BUNNELL, FORREST PARKER, WES PARKER and VALENCE MEDIA, LLC.

PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On August 7, 2008, I served the within:

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**

By EMAIL and EFILING on the person(s) or entities in that manner and address as follows:

**VIA EMAIL AND EFILING**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

COUNSEL FOR PLAINTIFFS

**VIA EFILING**
**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
818-995-6600

COUNSEL FOR PLAINTIFFS

**VIA EMAIL AND EFILING**
**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
310-282-2000
Email: kthorland@loeb.com

COUNSEL FOR PLAINTIFFS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2008.

