JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
KATHERINE A. FALLOW (*pro hac vice*)
kfallow@jenner.com
DUANE C. POZZA (State Bar No. 225933)
dpozza@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005
Telephone: 202-639-6000
Facsimile: 202-639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, TRISTAR PICTURES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., UNIVERSAL CITY STUDIOS LLLP, and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>*Plaintiffs*,<br>v.<br><br>JUSTIN BUNNELL, FORREST PARKER, WES PARKER, VALENCE MEDIA, LLC, and DOES 1-10,<br><br>*Defendants*. | Case No. CV 06-1093 FMC (JCx)<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AND REQUEST FOR JUDGMENT AGAINST DEFENDANT FORREST PARKER**<br><br>Judge: Hon. Florence-Marie Cooper<br>Ctrm: 750<br>Date: August 25, 2008<br>Time: 10:00 a.m. |



Dockets.Justia.com

In his Opposition to Plaintiffs' Motion for Permanent Injunction and Plaintiffs' Request for Judgment, defendant Forrest Parker adopts the opposition briefing already submitted by his co-defendants in this action. The accompanying declaration is essentially the same as the ones filed by Justin Bunnell and Wes Parker months ago (Docs #389, 389-2, filed April 28, 2008). Plaintiffs therefore incorporate by reference their Reply in Support of Plaintiffs' Motion for a Permanent Injunction Against Defendants (Doc #384, filed April 28, 2008), the Reply Declaration of Steven B. Fabrizio in Support of Motion for a Permanent Injunction Against Defendants (Doc #391, filed April 28, 2008), Plaintiffs' Response to Defendants' Evidentiary Objections (filed May 1, 2008), and the Declaration of Duane C. Pozza in Response to Defendants' Evidentiary Objections (filed May 1, 2008).[1]

Defendant Forrest Parker has not presented any reason or basis for a different final outcome, and plaintiffs request that the Court enter the same Judgment and Permanent Injunction against Forrest Parker as it already has entered against Valence Media, Ltd., Justin Bunnell, and Wes Parker, a proposed version of which is submitted herewith.

//

//

//

//

---

[1] The under-seal versions of Plaintiffs' Response to Defendants' Evidentiary Objections and the Declaration of Duane C. Pozza in Response to Defendants' Evidentiary Objections were manually filed on May 1, 2008 (Doc #394). Although the Court granted plaintiffs' application for filing these documents under seal (Doc #401, entered May 2, 2008), only the redacted versions currently appear on the docket (Docs #407, 408, filed May 6, 2008).

Respectfully submitted,

Dated: August 11, 2008

JENNER & BLOCK LLP

By: Stephen B. Fabrizio /MG
Steven B. Fabrizio

STEVEN B. FABRIZIO
KATHERINE A. FALLOW
DUANE C. POZZA
JENNER & BLOCK LLP

KAREN R. THORLAND
W. ALLAN EDMISTON
LOEB & LOEB LLP

GREGORY P. GOECKNER
LAUREN T. NGUYEN
15301 Ventura Boulevard, Bldg. E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*