UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: Columbia Pictures Industries Inc et al v. Justin Bunnell et al (436)
Court of Appeals No. (leave blank if unassigned) 08-56299
U.S. District Court, Division & Judge Name Central California, Hon. Florence-Marie Cooper
Criminal and/or Civil Case No. 2:06-cv-01093-FMC-JC
Date Complaint/Indictment/Petition Filed: 02/23/2006
Date Appealed order/judgment *entered*: 4/10/08
Date NOA *filed*: 8/07/08
Date(s) of Indictment ______ Plea Hearing ______ Sentencing ______

COA Status (check one): ☐ granted in full (attach order) ☐ denied in full (send record) ☐ granted in part (attach order) ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

***Magistrate Judge's Order? If so, please attach.***

**FEE INFORMATION**

Date Docket Fee Paid: 8/07/08 Date Docket Fee Billed: ______
Date FP granted: ______ Date FP denied: ______
Is FP pending? ☐ yes ☐ no Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: ______

***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Rothken Law Offices
Three Hamilton Landing, Suite 280
Novato, CA 94949
Tel: 415 924-4250
Email: ira@techfirm.com

Appellee Counsel:

Jenner and Block
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel: 202 639-6027
Email: dpozza@jenner.com

☒ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other ______ *Please att...*

**DEFENDANT INFORMATION**

Prisoner ID ______ Address:
Custody ______
Bail ______

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid 8-7-08 9th Circuit Docket Number _

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
8/7/2008 3:36:04 PM Receipt #: 110161
Cashier : LLUNG [LA 1-1]
Paid by: ONE LEGAL LLC
2:CV06-01093
2008-086900 Appeals Filing Fees(1)
Amount : $105.00
2:CV06-01093
2008-510000Judicial Services ($150.00)(1)
Amount : $150.00
2:CV06-01093
2008-086400Appeals Filing fee - Special(1)
Amount : $200.00
Comment: APPEAL FOR THE 9TH CIRCUIT, JUST IN BUNNELL
Check Payment : 1711-713 / 455.00
Total Payment : 455.00



Dockets.Justia.com