Reset Form

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title: Columbia Pictures Industries Inc et al v. Wes Parker (439)

Court of Appeals No. (leave blank if unassigned) 08-56300

U.S. District Court, Division & Judge Name Central California, Hon. Florence-Marie Cooper

Criminal and/or Civil Case No. 2:06-cv-01093-FMC-JC

Date Complaint/Indictment/Petition Filed: 02/23/2006

Date Appealed order/judgment *entered*: 4/10/08

Date NOA *filed*: 8/07/08

Date(s) of Indictment ______ Plea Hearing ______ Sentencing ______

COA Status (check one): ☐ granted in full (attach order) ☐ denied in full (send record) ☐ granted in part (attach order) ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

***Magistrate Judge's Order? If so, please attach.***

**FEE INFORMATION**

Date Docket Fee Paid: 8/07/08 Date Docket Fee Billed: ______

Date FP granted: ______ Date FP denied: ______

Is FP pending? ☐ yes ☐ no Was FP limited ☐? Revoked ☐?

US Government Appeal? ☐ yes ☐ no

Companion Cases? Please list: ______

***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Rothken Law Offices
Three Hamilton Landing, Suite 280
Novato, CA 94949
Tel: 415 924-4250
Email: ira@techfirm.com

Appellee Counsel:

Jenner and Block
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel: 202 639-6027
Email: dpozza@jenner.com

☒ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other ______ ***Please attach appointment order.***

**DEFENDANT INFORMATION**

Prisoner ID ______ Address:

Custody ______

Bail ______

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid ______ 9th Circuit Docket Number ______

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570



Dockets.Justia.com