Michelle A. Groman
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Columbia Pictures Industries, Inc., et al.<br>Plaintiff(s)<br>v.<br>Justin Bunnell, et al.<br>Defendant(s). | CASE NUMBER<br>06-1093 FMC (JCx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

Dockets.Justia.com

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, Michelle A. Groman, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: (see attached) by whom I have been retained.

My *out-of-state* business information is as follows:

Jenner & Block LLP
*Firm Name*

1099 New York Avenue, NW, Suite 900
*Street Address*

Washington, DC 20001
*City, State, Zip*

mgroman@jenner.com
*E-Mail Address*

(202) 639-6000
*Telephone Number*

(202) 639-6066
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
|---|---|
| Massachusetts | 11/28/06 |
| District of Columbia | 11/5/07 |
| U.S. Court of Appeals for the D.C. Circuit | 7/17/08 |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Karen R. Thorland as local counsel, whose business information is as follows:

Loeb & Loeb LLP
*Firm Name*

10100 Santa Monica Boulevard, Suite 2200
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

kthorland@loeb.com
*E-Mail Address*

(310) 282-2000
*Telephone Number*

(310) 282-2200
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated August 19, 2008

Michelle A. Groman
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated August 19, 2008

Karen R. Thorland
*Designee's Name (please print)*

*Designee's Signature*

SBN 172092
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

Attachment to Application of Non-Resident Attorney Michelle A. Groman
to Appear in a Specific Case

Plaintiffs by whom Michelle A. Groman has been retained:
Columbia Pictures Industries, Inc.
Disney Enterprises, Inc.
Paramount Pictures Corporation
TriStar Pictures, Inc.
Twentieth Century Fox Film Corporation
Universal City Studios LLLP
Universal City Studios Productions LLLP
Warner Bros. Entertainment Inc.