Michelle A. Groman
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
mgroman@jenner.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Columbia Pictures Industries, Inc., et al.<br>Plaintiff(s)<br>v.<br>Justin Bunnell, et al.<br>Defendant(s). | CASE NUMBER<br>2:06-cv-01093-FMC-JCx<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Michelle A. Groman,
*Applicant's Name*

of Jenner & Block LLP, 1099 New York Ave., NW, Suite 900, Washington, DC 20001
*Firm Name / Address*

(202) 639-6000 — *Telephone Number*

mgroman@jenner.com — *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of X Plaintiff ☐ Defendant

Columbia Pictures Industries, Inc., et al.

and the designation of Karen R. Thorland / SBN 172092
*Local Counsel Designee /State Bar Number*

of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067
*Local Counsel Firm / Address*

(310) 282-2000 — *Telephone Number*

kthorland@loeb.com — *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

■ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 8-20-08

Florence-Marie Cooper

U. S. District Judge FLORENCE-MARIE COOPER



Dockets.Justia.com