ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Karen Thorland, Esq., (SBN 172092)<br>W. Allan Edmiston, Esq., (SBN 228246)<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Telephone No.: (310) 282-2000<br>Fax No.: (310) 282-2200<br>Attorney(s) for: Judgment Creditors<br>Ref: 89197.aj | FILED<br>2008 AUG 25 AM 11:04<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY ___ |
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION | |
| Plaintiff: Columbia Pictures Industries, Inc., et al.<br><br>Defendant: Justin Bunnell, et al. | |

| PROOF OF SERVICE | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | 2:06-cv-01093-FMC-JCx | 2:06-cv-01093-FMC (JCx) |

1. *At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:*

- NOTICE OF LEVY [ To: Bank of America, noticed as Person other than judgment debtor]
- MEMORANDUM OF GARNISHEE
- WRIT OF EXECUTION

RECEIVED
U.S. MARSHAL'S SERVICE
LOS ANGELES, CA
08 AUG -5 PM 2:31

2. a. *Name of Party served:* Bank of America

   b. *Person with whom left with:* Maritsa Vaquereno, Branch Manager

   c. *Address:* Bank of America
   3809 Culver Center Street
   Culver City, California 90232

3. *I served the party named in item 2a. by personally delivering the copies to the person served as follows:*

   (1) *on*: 08/01/08 (2) *at*: 3:45 PM

4. *I received this document(s) for service on (date):* 08/01/08

5. *Person serving:*
Alex Terriquez
*NATIONWIDE LEGAL, INC.*
*207 South Broadway, 6th Floor*
*Los Angeles, California 90012*
*(213) 625-9100*

a. *Fee for service* $
b. ☐ Is not a *Registered California Process Server*
c. ☒ Is a *Registered California Process Server*
d. ☒ *Employee or Independent Contractor*
   *(1) Registration No.:* 5534
   *(2) County:* Los Angeles

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Date: August 4, 2008

[signature]

Rule 982(a)(23) Judicial Council of California

***PROOF OF SERVICE***