Columbia Pictures Industries Inc v. Bunnell

Doc. 455

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Karen Thorland, Esq., (SBN 172092)<br>W. Allan Edmiston, Esq., (SBN 228246)<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Telephone No.: (310) 282-2000<br>Fax No.: (310) 282-2200<br>*Attorney(s) for:* Judgment Creditors<br>*Ref:* 89322.aj | FILED<br>2008 AUG 25 AM 11:04<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY |
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION | |
| Plaintiff: Columbia Pictures Industries, Inc., et al.<br><br>Defendant: Justin Bunnell, et al. | |

| ***PROOF OF MAILING*** | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | 2:06-cv-01093-FMC-JCx | 2:06-cv-01093-FMC-JCx |

*At the time of mailing, I was at least 18 years of age and not a party to this action*

*I mailed copies of the following documents:*

- NOTICE OF LEVY [ re: Bank of America / person notified: Valence Media LLC a/k/a Valence Media, Ltd., , noticed as judgment debtor]
- WRIT OF ATTACHMENT EXECUTION
- EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENT

*Addressed as follows:*

08 AUG -5 PM 2:31
RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA

Valence Media, Ltd.
Ira P. Rothken
Rothken Law Firm LLP
3 Hamilton Landing, Suite 280
Novato, California 94949

Date: *** August 1, 2008 ***

Place: *** Los Angeles, CA 90012 ***

Type of Mailing: First Class

*Person serving:*
Alex Terriquez
*NATIONWIDE LEGAL, INC.*
*207 South Broadway, 6th Floor*
*Los Angeles, California 90012*
*(213) 625-9100*

*a. Fee for service $*
*b.* ☐ *Is not a Registered California Process Server*
*c.* ☒ *Is a Registered California Process Server*
*d.* ☒ *Employee or Independent Contractor*
*(1) Registration No.:* 5534
*(2) County:* Los Angeles

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Date: August 5, 2008

Rule 982(a)(23) Judicial Council of California

***PROOF OF MAILING***

Dockets.Justia.com