**ORIGINAL**

**FILED**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | FOR COURT USE ONLY |
|---|---|
| Karen Thorland, Esq., (SBN 172092)<br>W. Allan Edmiston, Esq., (SBN 228246)<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Telephone No.: (310) 282-2000<br>Fax No.: (310) 282-2200<br>*Attorney(s) for:* Judgment Creditors<br>*Ref:* 89328.aj | 2008 AUG 25 AM 11:04<br>CLERK US DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY<br>NK |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

Plaintiff: Columbia Pictures Industries, Inc., et al.

Defendant: Justin Bunnell, et al.

| *PROOF OF SERVICE* | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.:<br>2:06-cv-01093-FMC-JCx | CASE NUMBER:<br>2:06-cv-01093-FMC (JCx) |
|---|---|---|---|---|

1.    At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

- NOTICE OF LEVY [ re: Bank of America / person notified: Valence Media LLC a/k/a Valence Media, Ltd., , noticed as judgment debtor]
- WRIT OF EXECUTION
- EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

2. *a. Name of Party served:*     Valence Media, Ltd., c/o Kirk J. Retz, Esq.

   *b. Person with whom left with:*     Annite Covert, Receptionist

   *c. Address:*     Law Offices of Kirk J. Retz, APC<br>21535 Hawthorne Blvd., Suite #200<br>Torrance, California 90503

3. *I served the party named in item 2a. by personally delivering the copies to the person served as follows:*

    (1) *on:* 08/04/08       (2) *at:* 2:15 PM

4. *I received this document(s) for service on (date):* 08/01/08

5. *Person serving:*
Roberto Prado
*NATIONWIDE LEGAL, INC.*
*207 South Broadway, 6th Floor*
*Los Angeles, California 90012*
*(213) 625-9100*

   *a. Fee for service* $
   *b.* ☐ *Is not a Registered California Process Server*
   *c.* ☒ *Is a Registered California Process Server*
   *d.* ☒ *Employee or Independent Contractor*
     *(1) Registration No.:* 5814
     *(2) County:* Los Angeles

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Date: August 4, 2008          _____

Rule 982(a)(23) Judicial Council of California

*PROOF OF SERVICE*