| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Karen Thorland, Esq., (SBN 172092)<br>W. Allan Edmiston, Esq., (SBN 228246)<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Telephone No.: (310) 282-2000<br>Fax No.: (310) 282-2200<br>*Attorney(s) for:* Judgment Creditors<br>*Ref:* 89327.aj | **ORIGINAL**<br>FILED<br>2008 AUG 25 AM 11:04<br>CLERK US DISTRICT COURT<br>CENTRAL DIST. C. CALIF.<br>LOS ANGELES<br>BY |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

Plaintiff: Columbia Pictures Industries, Inc., et al.

Defendant: Justin Bunnell, et al.

| PROOF OF SERVICE | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.:<br>2:06-cv-01093-FMC-JCx | CASE NUMBER:<br>2:06-cv-01093- FMC (JCx) |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    - NOTICE OF LEVY [ re: Bank of America / person notified: Valence Media LLC a/k/a Valence Media, Ltd., , noticed as judgment debtor]
    - WRIT OF EXECUTION
    - EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

2.  a. *Name of Party served:*          Valence Media, Ltd., c/o Ira P. Rothken, Esq.

    b. *Person with whom left with:*    Left at the door

    c. *Address:*                        Law Offices of Kirk J. Retz, APC
                                         3 Hamilton Landing, Suite 280
                                         Novato, California 94949

    RECEIVED U.S. MARSHALS SERVICE LOS ANGELES, CA 08 AUG -5 PM 2:31

3.  *I served the party named in item 2a. by personally delivering the copies to the person served as follows:*

    (1) *on:* 08/04/08        (2) *at:* 2:20 PM

4.  *I received this document(s) for service on (date):* 08/01/08

5.  *Person serving:*
    Allan Mendieta
    NATIONWIDE LEGAL, INC.
    207 South Broadway, 6th Floor
    Los Angeles, California 90012
    (213) 625-9100

    a. Fee for service $
    b. ☐ Is not a *Registered California Process Server*
    c. ☒ Is a *Registered California Process Server*
    d. ☒ *Employee or Independent Contractor*
       (1) Registration No.: 1018
       (2) County: San Francisco

6.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Date: August 4, 2008                                            *[signature]*

---

Rule 982(a)(23) Judicial Council of California          **PROOF OF SERVICE**