ORIGINAL — FILED

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Karen Thorland, Esq., (SBN 172092)<br>W. Allan Edmiston, Esq., (SBN 228246)<br>LOEB & LOEB LLP<br>10100 Santa Monica Boulevard, Suite 2200<br>Los Angeles, California 90067<br>Telephone No.: (310) 282-2000<br>Fax No.: (310) 282-2200<br>*Attorney(s) for:* Judgment Creditors<br>Ref: 89321.aj | 2008 AUG 25 AM 11:04<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY ____ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

Plaintiff: Columbia Pictures Industries, Inc., et al.

Defendant: Justin Bunnell, et al.

| PROOF OF MAILING | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.:<br>2:06-cv-01093-FMC-JCx | CASE NUMBER:<br>2:06-cv-01093-FMC-JCx |
|---|---|---|---|---|

At the time of mailing, I was at least 18 years of age and not a party to this action

I mailed copies of the following documents:

- NOTICE OF LEVY [ re: Bank of America / person notified: Valence Media LLC a/k/a Valence Media, Ltd., , noticed as judgment debtor]
- WRIT OF ATTACHMENT EXECUTION
- EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENT

Addressed as follows:

> Valence Media, Ltd.
> Kirk J. Retz
> Law Offices of Kirk J. Retz, APC
> 21535 Hawthorne Blvd., Suite #200
> Torrance, California 90503

Date: *** August 1, 2008 ***

Place: *** Los Angeles, CA 90012 ***

Type of Mailing: First Class

Person serving:
Alex Terriquez
NATIONWIDE LEGAL, INC.
207 South Broadway, 6th Floor
Los Angeles, California 90012
(213) 625-9100

a. Fee for service $
b. ☐ Is not a *Registered California Process Server*
c. ☒ Is a *Registered California Process Server*
d. ☒ *Employee or Independent Contractor*
  (1) Registration No.: 5534
  (2) County: Los Angeles

RECEIVED U.S. MARSHALS SERVICE LOS ANGELES, CA — 08 AUG -5 PM 2:30

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Date: August 5, 2008          _____ [signature]

Rule 982(a)(23) Judicial Council of California

**PROOF OF MAILING**