# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Columbia Pictures Industries, Inc., et al. | 2:06-cv-01093 FMC JCx |
| DEFENDANT | TYPE OF PROCESS |
| Justin Bunnell, et al. | Writ of execution Bank levy |

**SERVE →** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3809 Culver Center Street, Culver City, CA 90232, Tel: (310) 247-2080

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

W. Allan Edmiston
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Any and all bank accounts, including certificates of deposit, standing in the name of Valence Media, Ltd. or Valence Media LLC, whether alone or together with third persons, at Bank of America, 3809 Culver Center Street, Culver City, CA 90232, Tel: (310) 247-2080, including but not limited to Business Advantage account number ▓▓▓▓▓ and Business Savings account number ▓▓▓▓▓

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (310) 282-2000
DATE: 8/1/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 12
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk: Saenz for L. Kim
Date: 8-1-08

REMARKS:
SERVED ON: 8-1-08
MAILED ON: 8-1-08

PRIOR EDITIONS MAY BE USED                 1. CLERK OF THE COURT                 FORM USM-285 (Rev. 12/15/80)

Dockets.Justia.com