**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:     (415) 924-4250
Facsimile:     (415) 924-2905

**Kirk J. Retz (#170208)**
LAW OFFICES OF KIRK J. RETZ, APC
21535 Hawthorne Blvd., #200
Torrance, CA  90503
Telephone:     (310) 540-9800
Facsimile:     (310) 540-9881
Attorneys for Defendants JUSTIN BUNNELL,
FORREST PARKER, WES PARKER and
VALENCE MEDIA, LLC. [1],

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., ) | Case No. 06-01093 FMC (JCx) |
| DISNEY ENTERPRISES, INC.                       ) | |
| PARAMOUNT PICTURES CORPORATION, ) | **REPRESENTATION** |
| TRISTAR PICTURES, INC., TWENTIETH        ) | **STATEMENT** |
| CENTURY FOX FILM CORPORATION,            ) | **[F.R.A.P. 12(b); Circuit Rule 3-** |
| WARNER BROS. ENTERTAINMENT, INC., ) | **2(b)]** |
| Delaware Corporation, UNIVERSAL CITY       ) | |
| STUDIOS LLLP, and UNIVERSAL CITY         ) | |
| STUDIOS PRODUCTIONS, LLLP, Delaware  ) | |
| limited liability partnerships,                          ) | |
| Plaintiffs,       ) | |
|                                                                    ) | |
| vs.                                                     ) | |
|                                                                    ) | |
| JUSTIN BUNNELL, FORREST PARKER,        ) | |
| WES PARKER, individuals, VALENCE          ) | |
| MEDIA, LLC, a limited liability company, and ) | |
| DOES 1-10,                                               ) | |
| Defendants.       ) | |

---

[1] Valence Media, Ltd's appeal is pending as Appeal Docket No. 08-55940.  Justin Bunnell's appeal is pending as Appeal Docket No. 08-56299.  Wes Parker's appeal is pending as Appeal Docket No. 08-56300.

1

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**

# REPRESENTATION STATEMENT

The undersigned represents Defendant/Appellant FORREST PARKER[2], in this matter, and no other party. The following list shows all counsel for the respective parties to the action below, identified by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

**COUNSEL FOR PLAINTIFFS**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

**COUNSEL FOR DEFENDANT**
**Ira P. Rothken (SBN #160029)**
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:  (415) 924-4250
Facsimile:   (415) 924-2905
Email: ira@techfirm.com

**Karen B. Thorland**
Loeb and Loeb
10100 Santa Monica Blvd, Ste 2200
Los Angeles, CA 90067-4164
Telephone:  310-282-2000
Facsimile:
Email: kthorland@loeb.com

**Kirk J. Retz (#170208)**
Law Offices of Kirk J. Retz, APC
21535 Hawthorne Blvd., #200
Torrance, CA  90503
Telephone:   (310) 540-9800;
Facsimile:    (310) 540-9881
Email: kretz@retzhopkins.com

**Gregory Paul Goeckner**
**Lauren T Nguyen**
Motion Picture Association of America
15503 Ventura Blvd
Encino, CA 91436
Telephone:  818-995-6600

---

[2] Valence Media, Ltd filed a Notice of Appeal on June 3, 2008, Docket No. 420, which is pending as Appeal Docket No. 08-55940.  Justin Bunnell filed a Notice of Appeal on August 7, 2008, Docket No. 436, which is pending as Appeal Docket No. 08-56299.  Wes Parker filed a Notice of Appeal on August 7, 2008, Docket No. 439, which is pending as Appeal Docket No. 08-56300.

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**

Dated: August 28, 2008

ROTHKEN LAW FIRM LLP

_____
IRA P. ROTHKEN, ESQ.

KIRK J. RETZ, ESQ.
Law Offices of Kirk J. Retz, APC

Attorneys for Defendants
JUSTIN BUNNELL, FORREST PARKER,
WES PARKER and VALENCE MEDIA,
LLC.

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**

PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, CA 94949.

On August 28, 2008, I served the within:

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**

By EMAIL and EFILING on the person(s) or entities in that manner and address as follows:

**VIA EMAIL AND EFILING**
**Steven B Fabrizio**
**Katherine A Fallow**
**Duane Charles Pozza**
Jenner and Block
1099 New York Avenue, N.W. Suite 900,
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
Email: sfabrizio@jenner.com
Email: kfallow@jenner.com
Email: dpozza@jenner.com

COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| **VIA EFILING** | **VIA EMAIL AND EFILING** |
| **Gregory Paul Goeckner** | **Karen B. Thorland** |
| **Lauren T Nguyen** | Loeb and Loeb |
| Motion Picture Association of America | 10100 Santa Monica Blvd, Ste 2200 |
| 15503 Ventura Blvd | Los Angeles, CA 90067-4164 |
| Encino, CA 91436 | 310-282-2000 |
| 818-995-6600 | Email: kthorland@loeb.com |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR PLAINTIFFS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 28, 2008.

_Jared R Smith_

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); Circuit Rule 3-2(b)]**