UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Columbia Pictures Industries Inc et al v. Justin Bunnell et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, Hon. Florence-Marie Cooper
Criminal and/or Civil Case No. 2:06-cv-01093-FMC-JC
Date Complaint/Indictment/Petition Filed: 2/23/2006
Date Appealed order/judgment *entered*: 08/19/2008
Date NOA *filed*: 8/28/2008
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____          Date Docket Fee Billed: 9/02/08
Date FP granted: _____                Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:

Ira P Rothken
Rothken Law Offices
Three Hamilton Landing, Suite 280
Novato, CA 94949
Tel: 415 924-4250  Email:ira@techfirm.com
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____

Appellee Counsel:

Duane Charles Pozza
Jenner and Block
1099 New York Avenue NW  Suite 900
Washington, DC 20001-4412
Tel: 202 639-6027   Email: dpozza@jenner.com
*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____       Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid  8-28-08       9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
(213) 894-3570

A-8 (08/02) (CA9-014)       NOTICE OF APPEAL NOTIFICATION FORM

```
CLERK'S OFFICE U.S.D.C.
       LOS ANGELES
8/28/2008 3:50:47 PM  Receipt #: 110774
      Cashier : ABELLAMY [LA 1-1]
Paid by: ONE LEGAL LLC
2:CV06-01093
2008-086900      Appeals Filing Fees(1)
Amount :                        $105.00
2:CV06-01093
2008-510000Judicial Services ($150.00)(1)
Amount :                        $150.00

2:CV06-01093
2008-086400Appeals Filing fee - Special(1
)
Amount :                        $200.00
-------------------------------------------
Check Payment : 1727/1728/1729 /   455.00
-------------------------------------------
Total Payment :                    455.00
```