# FILED

APR 06 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| COLUMBIA PICTURES INDUSTRIES, INC.; et al., | Nos. 08-55940, 08-56299, 08-56300, 08-56428 |
|---|---|
| Plaintiffs - Appellees, | D.C. No. 2:06-CV-01093-FMC-JC Central District of California, Los Angeles |
| v. | |
| JUSTIN BUNNELL; et al., | |
| Defendants - Appellants. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The appellees' motion for extensions of time in which to file the answering brief and reply brief is construed as a motion to stay appellate proceedings pending settlement negotiations and is granted. These appeals are stayed until June 26, 2009. At or prior to the expiration of the stay, the appellees shall file the answering brief or a motion for appropriate relief. If the answering brief is filed, the optional reply brief shall be due 14 days after service of the answering brief.

The filing of the answering brief or the failure to file a further motion will terminate the stay.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court

                              Teresa A. Haugen, Deputy Clerk
                              9th Cir. R. 27-7/Advisory Note to R. 27
                                      and 9th Cir. R. 27-10

tah/03.30.09/Pro Mo

Dockets.Justia.com