FILED

MAY 26 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>              Plaintiffs - Appellees,<br><br>  v.<br><br>JUSTIN BUNNELL; et al.,<br><br>              Defendants - Appellants. | Nos. 08-55940, 08-56299,<br>      08-56300, 08-56428<br><br>D.C. No. 2:06-CV-01093-FMC-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



The appellees' motion to further stay appellate proceedings and for an extension of time in which to file the reply brief is granted. These appeals are stayed until August 25, 2009. At or prior to the expiration of the stay, the appellees shall file the answering brief or a motion for appropriate relief. If the answering brief is filed, the optional reply brief shall be due 44 days after service of the answering brief.

The filing of the answering brief or the failure to file a further motion will terminate the stay.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court

                              Teresa A. Haugen, Deputy Clerk
                              9th Cir. R. 27-7/Advisory Note to R. 27
                                  and 9th Cir. R. 27-10

tah/15.18.09/Pro Mo

Dockets.Justia.com