FILED

UNITED STATES COURT OF APPEALS

AUG 17 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>           Plaintiffs - Appellees,<br><br> v.<br><br>JUSTIN BUNNELL; et al.,<br><br>           Defendants - Appellants. | Nos. 08-55940, 08-56299, 08-56300, 08-56428<br><br>D.C. No. 2:06-CV-01093-FMC-JC<br>Central District of California, Los Angeles<br><br>ORDER |
|---|---|



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 22 2009
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

The appellees' motion to further stay appellate proceedings and for an extension of time in which to file the reply brief is granted. These appeals are stayed until October 26, 2009. At or prior to the expiration of the stay, the appellees shall file the answering brief or a motion for appropriate relief. If the answering brief is filed, the optional reply brief shall be due 44 days after service of the answering brief.

The filing of the answering brief or the failure to file a further motion will terminate the stay.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court

                              Teresa A. Haugen, Deputy Clerk
                              9th Cir. R. 27-7/Advisory Note to R. 27
                                  and 9th Cir. R. 27-10

tah/08.10.09/Pro Mo