**FILED**

UNITED STATES COURT OF APPEALS

DEC 23 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>　　　　　Plaintiffs - Appellees,<br>v.<br><br>JUSTIN BUNNELL; et al.,<br><br>　　　　　Defendants - Appellants. | Nos. 08-55940, 08-56299,<br>　　　08-56300, 08-56428<br><br>D.C. No. 2:06-CV-01093-FMC-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |
|---|---|



Before: Peter L. Shaw, Appellate Commissioner

The appellees' motion to further stay appellate proceedings pending approval of the settlement agreement by the United States Bankruptcy Court is granted. These appeals are stayed until February 19, 2010. At or prior to the expiration of the stay, the appellees shall file the answering brief or a motion for appropriate relief. If the answering brief is filed, the optional reply brief shall be due 44 days after service of the answering brief.

The filing of the answering brief or the failure to file a further motion will terminate the stay.

tah/12.21.09/Pro Mo