**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>JUSTIN BUNNELL; et al.,<br><br>        Defendants - Appellants. | No. 08-55940<br><br>D.C. No. 2:06-cv-01093-FMC-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>JUSTIN BUNNELL,<br><br>        Defendant - Appellant. | No. 08-56299<br><br>D.C. No. 2:06-cv-01093-FMC-JC<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v. | No. 08-56300<br><br>D.C. No. 2:06-cv-01093-FMC-JC<br>Central District of California,<br>Los Angeles |

lje/Mediation

| | |
|---|---|
| JUSTIN BUNNELL,<br><br>        Defendant,<br><br>and<br><br>WES PARKER, an individual,<br><br>        Defendant - Appellant. | |
| COLUMBIA PICTURES INDUSTRIES, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>v.<br><br>FORREST PARKER, individual,<br><br>        Defendant - Appellant. | No. 08-56428<br><br>D.C. No. 2:06-cv-01093-FMC-JC<br>Central District of California,<br>Los Angeles |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

                                    FOR THE COURT:

                                    By: Lisa J. Evans<br>                                    Circuit Mediator